HID 011 Request for Media Blogging
Amended 09/2015

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA vs. Kealoha et. al.   Case No. 17 - 00582
Presiding District or Magistrate Judge: Richard Puglisi
Media Outlet: The Associated Press
Representative(s): Jennifer Kelleher, Audrey McAvoy, Caleb Jones
Email Address To Send Completed Request Form: jkelleher@ap.org, amcavoy@ap.org
☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 10/20/17 | 11:30 | Initial appearance and all future on-the-record proceedings in open court. |

DATED: 10/20/17   SIGNATURE: [signature]
PRINTED NAME: Audrey McAvoy

IT IS SO ORDERED.

☒ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: 10/20/17   [signature]