JEFFERSON B. SESSIONS III
United States Attorney General
ALANA W. ROBINSON
Acting United States Attorney
MICHAEL G. WHEAT, CBN 118598
ERIC J. BESTE, CBN 226089
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/6695/8817/9144
Email: eric.beste@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>KATHERINE P. KEALOHA (1),<br>  *aka Katherine E. Kealoha,*<br>  *aka Kathy Kealoha,*<br>  *aka Kat,*<br>  *aka Alison Lee Wong*,<br> LOUIS M. KEALOHA (2),<br> DEREK WAYNE HAHN (3),<br> MINH-HUNG NGUYEN (4),<br>  *aka Bobby Nguyen*,<br> GORDON SHIRAISHI (5), and<br> DANIEL SELLERS (6),<br><br>         Defendants. | Case No. CR 17-00582-JMS<br><br>NOTICE OF PENDENCY OF ACTION |

| Property Address:<br><br>7014 Niumalu Loop, Honolulu HI 96825; TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS. | |
|---|---|

## NOTICE OF PENDENCY OF ACTION

Pursuant to § 634-51 (Regular System) of the Hawaii Revised Statutes, notice is hereby given that Plaintiff United States of America has commenced a criminal action in the above-entitled Court against Defendants KATHERINE P. KEALOHA (1), *aka Katherine E. Kealoha, aka Kathy Kealoha, aka Kat, aka Alison Lee Wong*; and LOUIS M. KEALOHA (2), and the real property located at 7014 Niumalu Loop, Honolulu HI 96825, titled in the name(s) of Louis Mahina Kealoha and Katherine Elizabeth Kealoha, and designated as Tax Map Key Number (TMK) (1) 3-9-065-046, together with all appurtenances and improvements and more fully described as:

> All of that certain parcel of land situate at Maunalua, Honolulu, City and County of Honolulu, State of Hawaii, being LOT 84 of the "LUNA-KAI MARINA, UNIT 9-A", as shown on File Plan Number 1116, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 7,508 square feet, more or less.

The object of said action is to forfeit the defendants' interest in the real property, pursuant to Title 18, United States Code, Section 982(a)(2)(A), as property constituting, or derived from, proceeds the defendants obtained directly or indirectly as the result of a violation of Title 18, United States Code, Section 1344.

The latest conveyance of record with reference to the defendant real property is found as a recordation at the Bureau of Conveyances of the Regular System of the State of Hawaii, as Document No. A-63800431. The names of the persons whose interests are intended to be affected are Louis Mahina Kealoha and Katherine Elizabeth Kealoha.

Dated: October 24, 2017.

        JEFFERSON B. SESSIONS III
        United States Attorney General

        ALANA W. ROBINSON
        Acting United States Attorney

        By /s/ Eric J. Beste

        MICHAEL G. WHEAT
        ERIC J. BESTE
        JANAKI S. GANDHI
        COLIN M. MCDONALD
        Special Attorneys to the Attorney General

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE P. KEALOHA (1), et al.,<br><br>　　　　　　Defendants. | Case No. CR 17-00582-JMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

　　I, Eric J. Beste, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on October 24, 2017.


　　　　　　　　　　　　　　　　　　　　s/ Eric J. Beste
　　　　　　　　　　　　　　　　　　　　ERIC J. BESTE