HID 011 Request for Media Blogging
Amended 08/2015

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **USA v. Kealoha et al**      Case No. **17-00582**

Presiding District or Magistrate Judge: **Chief Judge J. Michael Seabright**

Media Outlet: **The Associated Press**

Representative(s): **Jennifer Kelleher, Caleb Jones, Audrey McAvoy**

Email Address To Send Completed Request Form: **jkelleher@ap.org aphonolulu@ap.org**

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|------|------|--------------|
| 11/8/17 | 10 a.m. | status conference |
| various | various | all subsequent on-the-record proceedings in open court. |
|  |  |  |
|  |  |  |

DATED: **11/6/17**      SIGNATURE: _[signature]_

PRINTED NAME: **Jennifer Kelleher**

---

IT IS SO ORDERED.

☑ APPROVED      ☐ APPROVED AS MODIFIED      ☐ DENIED

DATED: **11/6/17**      _[signature]_