MYLES S. BREINER   4364-0
myles@breinerlaw.net
841 Bishop Street, Suite 2115
Honolulu, HI 96813
Tel: 808-526-3426
Attorney for defendant KATHERINE P. KEALOHA (1)

GARY A. MODAFFERI
modafferilaw@gmail.com
815 South Casino Center Boulevard
Las Vegas, Nevada 89101
Tel: 702-327-3033
Attorney for defendant LOUIS M. KEALOHA (2)

Of Counsel:
SUMIDA AU & WONG, LLLC

KEVIN P.H. SUMIDA   2544-0
ksumida@hawaiilaw411.com
735 Bishop Street, Suite 411
Honolulu, Hawai`i 96813
Telephone No. 808-356-2600
Facsimile No. 808-587-6197

Attorneys for Defendants
KATHERINE P. KEALOHA (1) and
LOUIS M. KEALOHA (2)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA (1)<br>  *aka Katherine E. Kealoha,* | Case No. CR 17-00582-JMS<br><br>JOINT MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF PRO HAC VICE CJA COUNSEL; DECLARATION OF KEVIN P.H. SUMIDA; MEMORANDUM IN SUPPORT OF MOTION |
|---|---|

*aka Kathy Kealoha,*
*aka Kat,*
*aka Alison Lee Wong,*
LOUIS M. KEALOHA (2),
DEREK WAYNE HAHN (3),
MINH-HUNG NGUYEN (4),
 *aka Bobby Nguyen,*
GORDON SHIRAISHI (5), and
DANIEL SELLERS (6),

                Defendants.

## JOINT MOTION TO WITHDRAW AS COUNSEL
## AND FOR APPOINTMENT OF PRO HAC VICE CJA COUNSEL

COMES NOW MYLES S. BREINER, attorney for defendant Katherine P. Kealoha, GARY A. MODAFFERI, attorney for Louis M. Kealoha, and KEVIN P.H. SUMIDA, attorney for Katherine P. Kealoha and Louis M. Kealoha, and hereby respectfully and jointly move this Honorable Court for leave to withdraw as counsel from this case.

Attorneys also request that this Court appoint *pro hac vice* CJA counsel to represent the defendants.

This motion is supported by the attached memorandum.

DATED: HONOLULU, HAWAII, November 7, 2017.

/s/ Kevin P.H. Sumida
KEVIN P. H. SUMIDA
Attorneys for Defendant
KATHERINE P. KEALOHA (1)
and LOUIS M. KEALOHA (2)

DATED: HONOLULU, HAWAII, November 7, 2017.

/s/ *Myles S. Breiner*
MYLES S. BREINER
Attorneys for Defendant
KATHERINE P. KEALOHA (1)

DATED: HONOLULU, HAWAII, November 7, 2017.

/s/ *Gary A. Modafferi*
GARY A. MODAFFERI
Attorneys for Defendant
LOUIS M. KEALOHA (2)