# LARS ROBERT ISAACSON

### ATTORNEY AT LAW

547 HALEKAUWILA STREET, SUITE 102
HONOLULU, HAWAI'I 96813
PHONE: 808-497-3811  FAX: 866-616-2132
EMAIL: HAWAII.DEFENDER@EARTHLINK.NET

---

November 15, 2017

Hon. Michael Seabright
United States District Court
District of Hawai'i
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

Re: *United States v. Katherine Kealoha, et. al*, CR-17-0582 JMS, United States District Court, District of Hawai'i.

Dear Judge Seabright,

On Monday November 13, 2017 at 6:55pm, and updated at November 14, 2017 at 8:57 a.m., Hawaii News Now reporter Lynn Kawano reported that Cynthia Kagiwada and Russ Barbee would be appointed to represent Katherine and Louis Kealoha, respectively, in this case. *See* Exhibit "A" enclosed in this letter. I recall seeing this announcement on the morning news on November 14 and immediately checked my email to see if the appointments had been entered on PACER. They had not.

The actual CJA 20 notices of appointment were filed on PACER on November 14, 2017 at 1:24 p.m. and 1:29 p.m. respectively. *See* Exhibits "B" and "C" enclosed in this letter. Today, I spoke to Ms. Kagiwada, and she indicated that Ms. Kawano contacted her on November 13 in an attempt to confirm that Ms. Kagiwada was going to be appointed as counsel for Ms. Kealoha, but Ms. Kagiwada refused to do so.

These events lead me to believe that there may be someone in either the Magistrate's chambers or in the clerk's office that is giving information to Ms. Kawano. While the disclosure of the names of new counsel for two defendants may be innocuous in itself, it gives me concern that, in the future, the contents of sealed documents may similarly be leaked to my client's prejudice.

I would respectfully request the Court look into this matter so any further leaks may be prevented.

Sincerely yours,

*/s/*

_____
LARS ROBERT ISAACSON

Cc/Michael Wheat, Esq.
Janaki Ghandi, Esq.
Colin M. McDonald, Esq.
Eric J. Beste, Esq.
Cynthia Kagiwada, Esq.
Birney B. Brevar, Esq.
Randall Hironaka, Esq.
Rustam Barbee, Esq.
Rick H.S. Sing, Esq.

Job Link Now | HNN808 | Tributes | Career Opportunities





**71°**
Broken Clouds
Hilo                     **FULL FORECAST**

Search

# Taxpayer-funded lawyers assigned to Kealohas in corruption trial

Published: Monday, November 13th 2017, 6:55 pm HST
Updated: Tuesday, November 14th 2017, 8:57 am HST
By Lynn Kawano, Anchor / Reporter   CONNECT

HONOLULU (HawaiiNewsNow) - The Kealohas now have taxpayer funded attorneys to defend them in the public corruption scandal.

Cynthia Kagiwada will represent Katherine Kealoha in court. Louis Kealoha will be represented by Russ Barbee. The Kealohas are fighting federal charges that could result in the biggest public corruption trial in Hawaii history.

The court-appointed lawyers come at a rate of about $125 an hour.

Last week, the Kealohas told U.S. District Court Chief Judge John Michael Seabright that they could not afford to pay for their defense team.

The judge said that Louis Kealoha's HPD pension, which Hawaii News Now estimates to be at least $150,000, barely pays the bills.

Their debt includes multiple mortgages and auto payments. Kealoha also got a $250,000 pay off from the police commission earlier this year, but it's unclear how that money was used.

**EXHIBIT A**

From: hid_resp@hid.uscourts.gov
Subject: Activity in Case 1:17-cr-00582-JMS-RLP USA v. Kealoha et al CJA 20 - Appointment
Date: November 14, 2017 1:24:47 PM HST
To: hawaii_cmecf@hid.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Hawaii**

**Notice of Electronic Filing**

The following transaction was entered on 11/14/2017 at 1:24 PM HST and filed on 11/13/2017
**Case Name:**    USA v. Kealoha et al
**Case Number:**    1:17-cr-00582-JMS-RLP
**Filer:**
**Document Number:** 102

**Docket Text:**
CJA 20 Appointment of Counsel CYNTHIA A. KAGIWADA, ESQ. as to (01) Katherine P. Kealoha:
Cynthia A. Kagiwada, Esq. substituting for retained attorneys Kevin P.H. Sumida, Esq. and Myles S. Breiner, Esq.
Signed by MAGISTRATE JUDGE RICHARD L. PUGLISI on 11/13/2017. (afc)

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF).
Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry

**1:17-cr-00582-JMS-RLP-1 Notice has been electronically mailed to:**

Myles S. Breiner    myles@breinerlaw.net, Elinor@breinerlaw.net, Kristen@breinerlaw.net, assistant@breinerlaw.net, taylor@breinerlaw.net

Birney B. Bervar    bbb@bervar-jones.com, pg@bervar-jones.com

Kevin P.H. Sumida    ksumida@hawaiilaw411.com, knekomoto@hawaiilaw411.com

Gary A. Modafferi    gmodafferi@hotmail.com

Richard H.S. Sing    ricksing@hawaii.rr.com, elisha@hayakawalaw.com

Lars R. Isaacson    hawaii.defender@earthlink.net

Randall K. Hironaka    randy@808-law.com

Cynthia A. Kagiwada    c_kagiwada@hotmail.com

Michael Wheat    michael.wheat@usdoj.gov

Janaki S. Gandhi    Janaki.Gandhi@usdoj.gov

Colin M. McDonald    Colin.McDonald@usdoj.gov

Eric J. Beste    Eric.Beste@usdoj.gov, Dina.Alejandre@usdoj.gov, Nicole.Campana@usdoj.gov

**1:17-cr-00582-JMS-RLP-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=11/14/2017] [FileNumber=2363688-
0] [2c36307daa9f377f90415080a8a86f7cc56d717b4a03b1a8774520ec13bc9a9838
e40376d94b877add407f6135b6f30e8133936c483aab099ef09dba20a4ef75]]

**EXHIBIT B**

From: hid_resp@hid.uscourts.gov
Subject: Activity in Case 1:17-cr-00582-JMS-RLP USA v. Kealoha et al CJA 20 - Appointment
Date: November 14, 2017 1:29:04 PM HST
To: hawaii_cmecf@hid.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Hawaii**

**Notice of Electronic Filing**

The following transaction was entered on 11/14/2017 at 1:29 PM HST and filed on 11/13/2017
**Case Name:**     USA v. Kealoha et al
**Case Number:**   1:17-cr-00582-JMS-RLP
**Filer:**
**Document Number:** 103

**Docket Text:**
CJA 20 Appointment of Counsel RUSTAM A. BARBEE, ESQ. as to (02) Louis M. Kealoha:
Rustam A. Barbee, Esq. substituting for retained attorneys Gary A. Modafferi, Esq., Kevin P.H. Sumida, Esq. and Myles S. Breiner, Esq.
Signed by MAGISTRATE JUDGE RICHARD L. PUGLISI on 11/13/2017. Nunc Pro Tunc: 11/9/2017. (afc)

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF).
Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry

**1:17-cr-00582-JMS-RLP-2 Notice has been electronically mailed to:**

Myles S. Breiner    myles@breinerlaw.net, Elinor@breinerlaw.net, Kristen@breinerlaw.net, assistant@breinerlaw.net, taylor@breinerlaw.net

Birney B. Bervar    bbb@bervar-jones.com, pg@bervar-jones.com

Rustam Barbee    rustam@honoluluattorney.com, rustambarbee@yahoo.com

Kevin P.H. Sumida    ksumida@hawaiilaw411.com, knekomoto@hawaiilaw411.com

Gary A. Modafferi    gmodafferi@hotmail.com

Richard H.S. Sing    ricksing@hawaii.rr.com, elisha@hayakawalaw.com

Lars R. Isaacson    hawaii.defender@earthlink.net

Randall K. Hironaka    randy@808-law.com

Cynthia A. Kagiwada    c_kagiwada@hotmail.com

Michael Wheat    michael.wheat@usdoj.gov

Janaki S. Gandhi    Janaki.Gandhi@usdoj.gov

Colin M. McDonald    Colin.McDonald@usdoj.gov

Eric J. Beste    Eric.Beste@usdoj.gov, Dina.Alejandre@usdoj.gov, Nicole.Campana@usdoj.gov

**1:17-cr-00582-JMS-RLP-2 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=11/14/2017] [FileNumber=2363...



EXHIBIT ___C___