CYNTHIA A. KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail:  c_kagiwada@hotmail.com

Attorney for Defendant-Appellant
KATHERINE P. KEALOHA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | CR NO. 17-00582-JMS |
|---|---|
| Plaintiff, | DEFENDANT KATHERINE P. KEOLOHA'S MOTION FOR A BILL OF PARTICULARS; MEMORANDUM OF LAW; CERTIFICATE OF SERVICE |
| vs. | |
| KATHERINE P. KEOLOHA,  *aka Katherine E. Keoloha* (1), LOUIS M. KEOLOHA (2), DEREK WAYNE HAHN (3), MINH-HUNG NGUYEN,  *aka Bobby Nguyen* (4), GORDON SHIRAISHI (5), and DANIEL SELLERS (6), | |
| Defendants. | |

**DEFENDANT KATHERINE P. KEOLOHA'S
<u>MOTION FOR A BILL OF PARTICULARS</u>**

COMES NOW the defendant, KATHERINE P. KEALOHA, by and

through counsel, Cynthia A. Kagiwada, and hereby moves the court for an order

directing the government to file a bill of particulars.  Defendant is unable to

ascertain from the face of the indictment the nature of the case against her because of the lack of specificity and thus is unable to prepare her defense. Ms. Kealoha moves that the Court order the government to state the following:

COUNTS 2, 5 and 6

Obstruction of Official Proceeding (18 U.S.C. § 1512 (c) (2)):

1. The exact act(s) engaged in by defendant Katherine Kealoha which allegedly indicate(s), or tend(s) to indicate that she intentionally and/or knowingly obstructed an official proceeding;

2. The time and place of the act(s) engaged in by defendant Katherine Kealoha which allegedly constitute(s) the obstruction of an official proceeding; and,

3. The names and addresses of person or persons present at the time when the defendant Katherine Kealoha allegedly obstructed an official proceeding.

COUNT 7

False Statements to Federal Officer (18 U.S.C. §1001)

1. The exact act(s) engaged in by defendant Katherine Kealoha which allegedly indicate(s), or tend(s) to indicate that she intentionally and/or knowingly made a false statement to a federal officer;

2. The time and place of the act(s) engaged in by defendant Katherine Kealoha which allegedly constitute(s) a false statement to a federal officer; and

3. The names and addresses of person or persons present at the time when the defendant Katherine Kealoha allegedly made a false statement to a federal officer.

This motion is filed pursuant to Federal Rules of Criminal Procedure 7(f) and 47, Crim. L.R. 12.2 (D. Haw.), the attached memorandum of law, the underlying record herein, and such other evidence and argument as the Court may consider at a hearing on the instant motion.

DATED: Kaneohe, Hawaii, December 7, 2017.

Respectfully submitted,

  /s/  Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant-Appellant
KATHERINE P. KEALOHA