JEFFERSON B. SESSIONS III
United States Attorney General
ADAM L. BRAVERMAN
United States Attorney
MICHAEL G. WHEAT, CBN 118598
ERIC J. BESTE, CBN 226089
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/6695/8817/9144
Email: michael.wheat@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>KATHERINE P. KEALOHA (1), *et al.*,<br><br>                    Defendants. | Case No. 17-CR-00582-JMS-RLP<br><br>UNITED STATES' MOTION TO FILE RESPONSE IN EXCESS OF THE LIMITATIONS SET FORTH IN LOCAL RULE 7.5 |

The United States of the America, through its counsel, hereby requests leave to file a response brief in excess of 30 pages or 9,000 words. This request is supported by good cause. The brief presents one omnibus response to five separate defense motions spanning approximately 90 pages. The United States' omnibus response is 38 pages in length and contains approximately 9,962 words. Despite our

best efforts, the number of arguments made by the defendants in the present series of motions precluded one omnibus response under the page and word limit.

For these reasons, the United States respectfully requests leave to file an oversized omnibus brief.

Dated: March 28, 2018.

>Respectfully submitted,
>
>JEFFERSON B. SESSIONS III
>United States Attorney General
>
>ADAM L. BRAVERMAN
>United States Attorney
>
>*s/ Janaki S. Gandhi*
>MICHAEL G. WHEAT
>ERIC J. BESTE
>JANAKI S. GANDHI
>COLIN M. MCDONALD
>Special Attorneys to the Attorney General

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE P. KEALOHA (1), *et al.*,<br><br>Defendants. | Case No. 17-CR-00582-JMS-RLP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Janaki S. Gandhi, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2018.

*s/ Janaki S. Gandhi*
JANAKI S GANDHI
