# MINUTES

CASE NUMBER:     1:17-cr-00582 JMS

CASE NAME:       United States of America v. Katherine P. Kealoha, et al.

JUDGE:   J. Michael Seabright     DATE:     03/28/2018

COURT ACTION:  EO:  On March 28, 2018, the Government filed a Motion seeking court authorization to file an omnibus Response to five separate Motions to Sever that exceeds the page limits set forth in Local Rule 7.5.  ECF No. 175.  For the reasons set forth in the Motion and finding good cause, the court GRANTS the Motion.

Submitted by: Shelli Mizukami, Courtroom Manager