HID 011 Request for Media Blogging
Amended 09/2015

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA v. Kealoha et al   Case No. MC 18-00061-JMS-RLP

Presiding District or Magistrate Judge: Seabright/Puglisi   CR 17-00582 JMS-RLP

Media Outlet: The Associated Press

Representative(s): Jennifer Kelleher, Caleb Jones, Audrey McAvoy, Sophia Yan

Email Address To Send Completed Request Form: jkelleher@ap.org; aphonolulu@ap.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 3/29/18-ongoing | 2:30 p.m., various | motion hearing and all future on-the-record proceedings in open court. |
| 3/29/18 | 2:00 pm | |
| | | |
| | | |

DATED: 3/28/18   SIGNATURE: /s/

PRINTED NAME: Jennifer Kelleher

---

IT IS SO ORDERED.

☑ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: 28 March 2018