PTS-HI (4/2016))

**ORIGINAL**

# UNITED STATES PRETRIAL SERVICES OFFICE
## PASSPORT RECEIPT

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 04 2018
at 3 o'clock and 26 min. P M.
SUE BEITIA, CLERK

RE:   Kealoha, Katherine

Year of Birth:   1970

Place of Birth:   Hawaii

Case Number:   1:17CR0582JMS-01 and 1:18CR00068JMS-01

COURT ORDER entered on October 20, 2017
   The above-named defendant surrendered (select one)
   ☐ United States Passport
   ☐ Foreign Passport (Country Enter Country)

   Passport Number Enter number to the custody of the U.S. Pretrial Services Office on Enter Date.

   ☒ Other:  Global Entry Card,  994232060 SC118 to the custody of the U.S. Pretrial Services Office on September 4, 2018.

_____   _____
Defendant's Signature       Officer's Signature

**Recorded in the Passport Log (Sign and Date)**
Logged IN                  Logged OUT

_____   _____
Signature and Date         Signature and Date

This will acknowledge receipt of Passport Number Enter number or Other Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

Date Returned_____   Received by: _____

Purpose Returned
   ☐ Defendant not convicted       ☐ Other
   ☐ Defendant sentenced

   ☐ Mailed via Certified Mail