WILLIAM P. BARR
Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
ERIC J. BESTE, CBN 226089
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/6695/8817/9144
michael.wheat@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>KATHERINE P. KEALOHA (1),<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>GORDON SHIRAISHI (5),<br><br>               Defendants. | CR. NO. 17-00582 JMS-RLP<br><br>NOTICE OF DEPOSITION |

## **NOTICE TO:**

Cynthia A. Kagiwada
P.O. Box 368
Kaneohe, HI 96744
Counsel for Defendant K. Kealoha

Rustam A. Barbee
Law Office of Rustam A. Barbee
1188 Bishop Street, Suite 2606
Honolulu, HI 96813
Counsel for Defendant L. Kealoha

Birney B. Bervar                          Randall K. Hironaka
Bervar & Jones                            Miyoshi & Hironaka LLC
1100 Alakea Street, 20th Floor            345 Queen Street, Suite 600
Honolulu, HI 96813                        Honolulu, HI 96813
Counsel for Defendant Derek Hahn          Counsel for Defendant Bobby Nguyen

Lars R. Isaacson
Law Offices of Lars Robert Isaacson
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Counsel for Defendant Gordon Shiraishi

***

PLEASE TAKE NOTICE that, as authorized by the District Court for the District of Hawaii, the United States of America, through its counsel, will take the following deposition on the date, time, and place indicated:

| NAME AND ADDRESS | DATE/TIME/PLACE |
| --- | --- |
| Florence Puana<br>c/o Eric A. Seitz, Attorney at Law<br>820 Mililani St # 714,<br>Honolulu, HI 96813 | Tuesday, April 30, 2019, 9:00 a.m.<br>Office of the U.S. Marshals Service<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd,<br>Honolulu, HI 96850 |

The deposition shall be conducted pursuant to the rules and procedures set forth in Federal Rule of Criminal Procedure 15. The deposition shall occur before an officer authorized to administer oaths from the office of Ralph Rosenberg Court Reporters, Inc. The deposition will be transcribed and video recorded.

//

//

You are invited to attend and cross-examine.

Dated: April 26, 2019        WILLIAM P. BARR
United States Attorney General

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Colin M. McDonald*
MICHAEL G. WHEAT
ERIC J. BESTE
JANAKI S. GANDHI
COLIN M. MCDONALD
Special Attorneys to the Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>KATHERINE P. KEALOHA (1),<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>GORDON SHIRAISHI (5),<br><br>           Defendants. | CR. NO. 17-00582 JMS-RLP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Colin M. McDonald, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2019.

*/s/ Colin M. McDonald*
COLIN M. MCDONALD