WILLIAM P. BARR
United States Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/6695/8817/9144
michael.wheat@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KATHERINE P. KEALOHA (1), et al.,<br><br>　　　　　Defendants. | Case No. CR 17-00582-JMS-RLP<br><br>COMBINED WITNESS LIST |

Combined Witness List

Pursuant to the Court's directive, ECF Nos. 482 and 572, the parties have exchanged witness lists for the trial in this matter. Accordingly, attached hereto is a combined witness list in alphabetical order by last name for all parties. We have listed the employment and location of each witness, where known. In addition to

the individuals listed below, the defense has also included the following individuals on their witness lists: "All witnesses named in discovery" and "All witnesses named by the government."

| | |
|---|---|
| Dated: May 6, 2019. | Respectfully submitted, |
| | WILLIAM P. BARR<br>United States Attorney General |
| | ROBERT S. BREWER, JR.<br>United States Attorney |
| | /s/ *Janaki S. Gandhi*<br>MICHAEL G. WHEAT<br>JOSEPH J.M. ORABONA<br>JANAKI S. GANDHI<br>COLIN M. MCDONALD<br>Special Attorneys to the Attorney General |

*UNITED STATES V. KEALOHA, ET AL.*
CR 17-00582-JMS-RLP
COMBINED WITNESS LIST (UNITED STATES/DEFENSE)
Trial: May 13, 2019

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| ACKERMAN, Caryn | Federal Bureau of Investigation (FBI) | Portland, OR |
| AIWOHI, Kasey | Pilot | Oahu, HI |
| AKAGI, Dru | Honolulu Police Department (HPD) | Oahu, HI |
| ALDRIDGE, David | American Association of Notaries | Houston, TX |
| ARAKAKI, Carrie | Retail/Sales | Honolulu, HI |
| ASATO, Sean | Honolulu Police Department (HPD) | Honolulu, HI |
| AWONG, William | Hawaii State Attorney General's Office | Honolulu, HI |
| AXT, William | Honolulu Police Department (HPD) – Retired | Honolulu, HI |
| BARTON, William | Videographer / Court Reporter | Honolulu, HI |
| BICKERTON, James | Attorney | Honolulu, HI |
| BLANCHETTE, Patricia MD | Physician | Honolulu, HI |
| BLYTHE, Teuila | Unknown | Oahu, HI |
| BROOM, Neil | Unknown | Huntington Beach, CA |
| BRUNER, Michelle | Unknown | Oahu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| CABRAL, Derek | Unknown | Oahu, HI |
| CALISTRO, Walter | Honolulu Police Department (HPD) - Retired | Honolulu, HI |
| CAMPBELL, Chuck | American Association of Notaries – Former Employee | Texas |
| CANARIO, James | Honolulu Police Department (HPD) | Oahu, HI |
| CAYETANO, Thomas | Hawaii Department of Public Safety - Sheriff | Honolulu, HI |
| CHANG, David | Honolulu Police Department (HPD) | Honolulu, HI |
| CHO, Michael | Honolulu Police Department (HPD) | Oahu, HI |
| CHU, Kyle | Honolulu Police Department (HPD) | Honolulu, HI |
| CHUN, Lynn | Honolulu Police Department (HPD) | Oahu, HI |
| CLOUGH, Scott | Solar Business | Hilo, HI |
| CREEKMUR, Kenneth | Honolulu Police Department (HPD) | Oahu, HI |
| CUSUMANO, Michael | Honolulu Police Department (HPD) | Oahu, HI |
| CUTWRIGHT, Lawrence | Real Estate Broker | Honolulu, HI |
| DEAN KRAMER, Julie Honey | Unknown | Honolulu, HI |
| DECAIRES, Letha | Honolulu Police Department (HPD) - Retired<br>City and County of Honolulu Ethics Commission - Retired | Oahu, HI |
| DEMELLO, Carolyn | Retired | Honolulu, HI |
| DEMELLO, Jaunette | YMCA | Honolulu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| DIEHL, Richard | Attorney | Honolulu, HI |
| DIERCKS, Lisa | Federal Bureau of Investigation (FBI) | Honolulu, HI |
| DRY, Derrick | Gibraltar – Former Employee | Laurel, MS |
| ELLIS, William | Honolulu Police Department (HPD) | Honolulu, HI |
| EWART, Terry | Real Estate Agent | Honolulu, HI |
| FELICETTI, Jill M. | Court Reporter | Florida |
| FRYER, Jeff | Unknown | Fountain Hills, AZ |
| GAMBLE, Michelle | Unknown | Ewa Beach, HI |
| GARCIA, Michael | Honolulu Police Department (HPD) | Honolulu, HI |
| GIBO, Chad | Honolulu Police Department (HPD) | Honolulu, HI |
| GOMES, Gordon | Honolulu Police Department (HPD) – Retired | Oahu, HI |
| GONYEA, Mark | Federal Bureau of Investigation (FBI) | San Diego, CA |
| GONZAGA, Priscilla | Court Reporter | Honolulu, HI |
| GONZALES, Deborah | Hawaii State Attorney General's Office | Honolulu, HI |
| GOODENOW, Steven | Unknown | Oahu, HI |
| HARTSELL, Kay | Retired | Honolulu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| HAXTON, Yvonne | Unknown | Honolulu, HI |
| HEROLD, Noel | Federal Bureau of Investigation (FBI) | Washington, D.C. |
| ICHINOSE, Sampson | Unknown | Honolulu, HI |
| IKEHARA, Raynor | Honolulu Police Department (HPD) | Oahu, HI |
| INOUYE, Cindy | State of Hawaii - Dept. of Human Resources Development | Honolulu, HI |
| INOUYE, Darin | Financial Advison | Honolulu, HI |
| ISHIDA, Allen | Honolulu Police Department (HPD) | Honolulu, HI |
| ITO, Brandon | Attorney | Honolulu, HI |
| ITO, Jennifer | Physician | Honolulu, HI |
| JOHNSON, Elise | Unknown | Oahu, HI |
| KANDA, Wilma | Bank of Hawaii | Honolulu, HI |
| KANESHIRO, David | Honolulu Police Department (HPD) | Honolulu, HI |
| KAWANO, Lynn aka: KRESTA, Lynn | Unknown | Honolulu, HI |
| KIMHAN, Miles | Mortgage Broker | Honolulu, HI |
| KISSEL, Curtis | Honolulu Police Department (HPD) | Oahu, HI |
| KIYOHIRO, Sharon | Honolulu Police Department (HPD) | Oahu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| KOCH, Mike | Unknown | Oahu, HI |
| KOGA, Katherine | Attorney | Honolulu, HI |
| KUBO, Carolee | City and County of Honolulu | Honolulu, HI |
| KURASHIMA, Gerald | Attorney | Honolulu, HI |
| LAVARIAS, Phillip | Honolulu Police Department (HPD) | Honolulu, HI |
| LEONG, Stuart | Honolulu Police Department (HPD) | Oahu, HI |
| LOWE, Jordan | Bureau of Alcohol, Tobacco and Firearms (ATF) | Oahu, HI |
| LUM, Alvin | Honolulu Police Department (HPD) - Retired | Oahu, HI |
| LUM, Carly | Federal Bureau of Investigation (FBI) | Kapolei, HI |
| LUTU, Malcom | Honolulu Police Department (HPD) | Honolulu, HI |
| MAKAAWAAWA, Brandon | Community Activist | Waimanalo, HI |
| MALINAO, Clarissa | Attorney | Honolulu, HI |
| MALOTT, Charlotte | Retired | Oahu, HI |
| MARSHALL, Jeff | Bank of Hawaii | Honolulu, HI |
| MARTIN, Mallory | Attorney | Honolulu, HI |
| MCCARTHY, John | Honolulu Police Department (HPD) | Honolulu, HI |
| MCCAULEY, Marie | Honolulu Police Department (HPD) | Oahu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| MCCORMICK, Greg | Honolulu Police Department (HPD) | Honolulu, HI |
| MCCORRISTON, William | Attorney | Honolulu, HI |
| MCDONALD, Matthew M. | Federal Bureau of Investigation (FBI) | Oahu, HI |
| MIURA, Yvette | Honolulu Police Department (HPD) | Oahu, HI |
| NAITO, Sean | Honolulu Police Department (HPD) | Oahu, HI |
| NAKASATO, Davin | Bank of Hawaii | Honolulu, HI |
| NAM, Edwin | Federal Bureau of Investigation (FBI) | Washington, DC |
| NILSEN, David | Honolulu Police Department (HPD) | Honolulu, HI |
| OKU, Allen Jr. | Honolulu Police Department (HPD) | Oahu, HI |
| OLEKSOW, Dave | Forensic Document Examiner | California |
| ORNELLAS, Rick | Retired | Honolulu, HI |
| OSBORNE, Leslie | Assistant United States Attorney - Former | Honolulu, HI |
| OTSUKA, Laurice | Federal Bureau of Investigation (FBI) | Kapolei HI |
| OTT, Cynthia | U.S. Federal Court District of Hawaii – Court Reporter | Honolulu, HI |
| OWEN, Mark | SERVCO | Honolulu, HI |
| PIIOHIA, Jamie | Unemployed | Honolulu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| POWERS, Jenness | Court Reporter | California |
| PUANA, Florence | Retired | Honolulu, HI |
| PUANA, Gerard | Unemployed | Honolulu, HI |
| PUANA, Lealani | Retired | Big Island of Hawaii and Denver, CO |
| PUANA, Lynn | Physician | Big Island of Hawaii and Denver, CO |
| PUANA, Ruldolph, Sr. | Unknown | Denver, CO |
| REGO, Maile | Honolulu Police Department (HPD) | Honolulu, HI |
| ROBINSON, Richard | Honolulu Police Department (HPD) – Retired | Honolulu, HI |
| ROSSKOPF, Frederick | Honolulu Police Department (HPD) | Honolulu, HI |
| SAWICKI, John | Unknown | Tallahassee, FL |
| SCHEIDT, Dave | Unknown | California |
| SCHWARTZ, Michael | Unknown | Washington |
| SELLERS, Daniel | Honolulu Police Department (HPD) | Oahu, HI |
| SHAUGHNESSY, Brian | United States Postal Inspector (USPIS) | Honolulu, HI |
| SHIRAISHI, Natashia | Unknown | Oahu, HI |
| SILVA, Lian | Unknown | Oahu, HI |
| SILVA, Niall | Honolulu Police Department (HPD) - Retired | Oahu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| SILVERT, Alexander | Federal Public Defender's Office | Honolulu, HI |
| SIMPSON, Rualani | Unknown | Chicago, IL |
| SMITH, Kristen | Unknown | Oahu, HI |
| SOOTO, Nalei | Unknown | Seattle, WA |
| SUMI, Miles | Mail Carrier - Retired | Honolulu, HI |
| SUMIDA, Kevin | Unknown | Honolulu, HI |
| SWEET, Kristina | First American Title | Honolulu, HI |
| TABBARA, Kal | American Association of Notaries | Houston, TX |
| TAFAOA, Landon | Honolulu Police Department (HPD) | Oahu, HI |
| TAFLINGER, Tom | Honolulu Police Department (HPD) | Oahu, HI |
| TAKEDA, Leslie | Court Reporter | Honolulu, HI |
| TIBAR, Anabel | Unknown | Honolulu, HI |
| TOKIOKA, Benjy | Honolulu Police Department (HPD) | Oahu, HI |
| TOKIOKA, Bronson | Island Insurance Office | Honolulu, HI |
| TONG, Calvin | Honolulu Police Department (HPD) | Oahu, HI |
| TONG, Larry | Assistant U.S. Attorney<br>U.S. Attorney's Office | Honolulu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| TOTTO, Charles | Honolulu Ethics Commission – Retired | Honolulu, HI |
| TRANNI, Phillip | Honolulu Police Department (HPD) | Oahu, HI |
| TURNER, Destinie | Unknown | Oahu, HI |
| UYEMA, Lynn | Honolulu Police Department (HPD)<br>Legal Advisor | Honolulu, HI |
| VALLIERES, Nicole | Federal Bureau of Investigation (FBI) | Oahu, HI |
| WATSON-SPROAT, Trisha | Attorney and Civil Beat Reporter | Honolulu, HI |
| WESTENHAVER, Jared | Unknown | Oahu, HI |
| WESTENHAVER, Mindy | Unknown | Oahu, HI |
| WONG, Anthony | Attorney | Honolulu, HI |
| WONG, Mark | Department of Information and Technology<br>Director and CIO | Honolulu, HI |
| WONG, Shari | State of Hawaii Attorney | Honolulu, HI |
| WONG, Wesley | U.S. Attorney's Office | Oahu, HI |
| WOODARD, Tom | Federal Bureau of Investigation (FBI)<br>Forensic Audio, Video Image Analysis Unit | Quantico, VA |
| YAMAKAWA, Laine | Honolulu Police Department (HPD) | Oahu, HI |
| YAMAMOTO, Halford | Hawaiian Airlines – Baggage Handler<br>Honolulu Police Department (HPD) - RETIRED | Honolulu, HI |
| YASHIRO, Lane | Honolulu Police Department (HPD) | Oahu, HI |
| YIN, Kimberly | Uknown | Oahu, HI |

| WITNESS | EMPLOYMENT | CITY AND STATE |
|---|---|---|
| YOKOMOTO, Susan | Bank of Hawaii | Honolulu, HI |
| **CUSTODIANS** | | |
| CUSTODIAN: AT&T | | |
| CUSTODIAN: ARBONNE | | |
| CUSTODIAN: FACEBOOK | | |
| CUSTODIAN: SPRINT | | |
| CUSTODIAN: VERIZON | | |
| CUSTODIAN: YAHOO | | |
| CUSTODIAN: FIRST HAWAIIAN BANK | | |
| CUSTODIAN: BANK OF HAWAII | | |
| CUSTODIAN: STATE OF HAWAII, DEPARTMENT OF HEALTH | | |
| CUSTODIAN: STATE OF HAWAII SENATE | | |
| OTHER CUSTODIANS OF RECORD AS NEEDED | | |

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>KATHERINE P. KEALOHA (1), et al.,<br><br>                    Defendants. | Case No. CR 17-00582-JMS-RLP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Janaki S. Gandhi, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 6, 2019.

                                                    s/ *Janaki S. Gandhi*
                                                    JANAKI S. GANDHI
                                                    Special Attorney to the Attorney General