**U.S. Department of Justice**

**WILLIAM P. BARR**
*United States Attorney General*

| | |
|---|---|
| Michael G. Wheat | Eric J. Beste |
| (619) 546-8437 | (619) 546-6695 |
| Janaki S. Gandhi | Colin M. McDonald |
| (619) 546-8817 | (619) 546-9144 |

*Special Attorneys to the Attorney General*

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

March 1, 2019

**Via Email**

Cynthia A. Kagiwada
P.O. Box 368
Kaneohe, HI 96744
c_kagiwada@hotmail.com

Rustam A. Barbee
Law Office of Rustam A. Barbee
1188 Bishop Street, Suite 2606
Honolulu, HI 96813
rustam@honoluluattorney.com

Birney B. Bervar
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, HI 96813
bbb@bervar-jones.com

Randall K. Hironaka
Miyoshi & Hironaka LLC
345 Queen Street, Suite 600
Honolulu, HI 96813
randy@808-law.com

Lars R. Isaacson
Law Offices of Lars Robert Isaacson
Attorney at Law
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
hawaii.defender@earthlink.net

Re:   **United States v. Kealoha, et al.**,
      Case No. 17CR00582-JMS-RLP (D. Hawaii)

Dear Counsel:

In December 2017, we produced in discovery the transcript of Special Agent Laura Salazar's testimony before the grand jury on October 20, 2016 (KEALOHA-GJT-003423 to 003434), as well as the exhibits to her testimony (KEALOHA-GJEX-LS-001.000001; KEALOHA-GJEX-LS-002.000001 through .000008; KEALOHA-GJEX-LS-003.000001). During her testimony, Special Agent Salazar summarized findings of an FBI digital extraction technician who reviewed the video surveillance hard drives produced by HPD. Some of the images extracted from these hard drives were also discussed during the testimony of Benji Tokioka (KEALOHA-GJT-003275 to 003314) and Alvin Lum (KEALOHA-GJT-003251 to 003274), and the process of copying over video surveillance hard drives was discussed during the testimony of Laine Yamakawa (KEALOHA-GJT-008482 to 8532).

EXHIBIT B

Letter to counsel
*U.S. v. Kealoha, et al.*, 17CR0582-JMS
March 1, 2019
Page 2 of 2

   If you are willing to stipulate to the substance of Agent Salazar's testimony and the accompanying exhibits, please let us know. If not, we intend to call Video Communications Specialist Thomas Woodard to testify at trial. Reports related to Specialist Woodard were provided to you in discovery as early as November 2017 (e.g., KEALOHA-REPORTS-019243; KEALOHA-REPORTS-032767; KEALOHA-REPORTS-032772; KEALOHA-REPORTS-021212; KEALOHA-REPORTS-001053). Although we do not believe Specialist Woodard's testimony would be covered by Fed. R. Evid. 702, out of an abundance of caution his curriculum vitae is attached.

   Please let us know if you have questions or wish to discuss a stipulation.

                Very truly yours,

                WILLIAM P. BARR
                United States Attorney General
                ROBERT S. BREWER, JR.
                United States Attorney

                */s/Eric J. Beste*
                MICHAEL G. WHEAT
                ERIC J. BESTE
                JANAKI S. GANDHI
                COLIN M. MCDONALD
                Special Attorneys to the Attorney General

# CURRICULUM VITAE

## Thomas A. Woodard Jr., M.Ed., GCCF

Federal Bureau of Investigation
Forensic Audio, Video Image Analysis Unit
ERF Building 27958A
Quantico, VA 22135
PHONE: 703-985-3916
FAX: 703-985-3483

## **PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| Sep. 2018 – Present | **Video Communications Specialist**<br>FBI Digital Evidence Laboratory<br>Federal Bureau of Investigation<br>Quantico, Va. |

Assigned to the Computer Analysis Response Team (CART) in an ASCLAD/LAB accredited laboratory, to analyze digital evidence, and reverse engineer CCTV DVR's, and document unknown operating systems as a Digital Evidence Extraction Technician (DExT).

Technical Lead for CCTV DVR recovery, support examinations of digital evidence, maintains the DVR research/examination laboratory, and conduct research.

| | |
|---|---|
| Oct. 2015 – Sep. 2018 | **Video Communications Specialist**<br>FBI Digital Evidence Laboratory<br>Federal Bureau of Investigation<br>Quantico, Va. |

Assigned to the Forensic Audio, Video Image Analysis Unit (FAVIAU) in an ASCLAD/LAB accredited laboratory, to analyze digital evidence, and reverse engineer CCTV DVR's, and document unknown operating systems as a Digital Evidence Extraction Technician (DExT).

Technical Lead for CCTV DVR recovery, support examinations of digital evidence, maintains the DVR research/examination laboratory, and conduct research.

| | |
|---|---|
| Feb. 2014 – Oct. 2015 | **Training Liaison and Change Management Specialist**<br>FBI Digital Evidence Laboratory<br>Federal Bureau of Investigation<br>Quantico, Va. |

Assigned to the Forensic Audio Video Image Analysis Unit (FAVIAU) in an ASCLAD/LAB accredited laboratory, to analyze digital evidence, and reverse engineer CCTV DVR's, and document unknown operating systems as a Digital Evidence Extraction Technician (DExT).

Technical Lead for CCTV DVR recovery, support examinations of digital evidence, initial setup of and maintenance of the DVR research/examination laboratory, and conduct research.

| | |
|---|---|
| Jul. 2012 – Feb 2014 | **Training Liaison and Change Management Specialist**<br>FBI Digital Evidence Laboratory<br>Federal Bureau of Investigation<br>Quantico, Va. |

Assigned to Computer Analysis Response Team (CART) OSU (Operational Support Unit). Assigned to write a Digital Extraction Technician Curriculum and instructed this training to Computer Forensic Technicians. Assisted in the management of the DExT program. Designated as the FOU SME for X-Ways, and DExT.

Nov. 2011 – Jul. 2012    **Senior Computer Forensic Examiner (CART TECH Program Manager)**
FBI Digital Evidence Laboratory
Federal Bureau of Investigation
Quantico, Va.

Extended Temporary Duty Assignment from CART FAU (Forensic Analysis Unit) to CART OSU (Operational Support Unit). Assigned to write a Computer Forensic Technician Training Curriculum and provide instruction to Computer Forensic Technicians. Assisted in the management of the CART TECH and DExT programs. Became Senior Examiner upon completing required tasks (passing Sr. Written test, Conduct and present approved research).

Sep. 2010 – Nov. 2011    **Computer Forensic Examiner (CART TECH Program Manager)**
FBI Digital Evidence Laboratory
Federal Bureau of Investigation
Quantico, Va.

One year Temporary Duty Assignment from CART FAU (Forensic Analysis Unit) to CART OSU (Operational Support Unit). Assigned to write a Computer Forensic Technician Training Curriculum and provide instruction to Computer Forensic Technicians. Assisted in the management of the CART TECH program.

Sep. 2008 – Sep. 2010    **Computer Forensic Examiner**
FBI Digital Evidence Laboratory
Federal Bureau of Investigation
Quantico, Va.

As a forensic computer examiner in an ASCLD/LAB accredited laboratory, examined physical evidence under a documented quality assurance program that included annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.

Conducted forensic examinations on digital evidence, carried out research and development activities, and performed search and seizure operations. Instructed Image Scan Classes; Provided phone support to users of Image Scan. Instructed classes to New Agents at the FBI Academy. Instructed classes to Intelligence analysts at FBI Cyber Academy.

Sep. 2006 – Sep. 2008    **Computer Forensic Examiner Trainee**
FBI Digital Evidence Laboratory
Federal Bureau of Investigation
Quantico, Va.

As a forensic computer examiner trainee in an ASCLD/LAB accredited laboratory, examined physical evidence under a documented quality assurance program that included annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures under the supervision of a certified computer forensic examiner.

Conducted forensic examinations on digital evidence, carried out research and development activities, and performed search and seizure operations under the supervision of a certified computer forensic examiner.

Aug. 2004 – Sep. 2006    **Computer Forensic Examiner**
Central Florida Computer Forensics
Orlando, Fl.

Conducted forensic examinations on computers, and conducted data recovery services.

## EDUCATION

| | |
|---|---|
| July 2004 | University of Central Florida<br>Orlando, Florida<br>Graduate Certificate in Computer Forensics (GCCF) |
| December 1998 | National-Louis University<br>Evanston, Illinois<br>Master of Education in Curriculum and Instruction (M.Ed.) |
| December 1994 | Lander University<br>Greenwood, South Carolina<br>Bachelor of Science in Sociology (B.S.) |

## PROFESSIONAL TRAINING

| | |
|---|---|
| October 2018 | Open Source Digital Forensics Conference (OSDFCon)<br>8 Hour Conference 10-17-2018<br>Herndon, Virginia |
| May 2018 | Grant Frederick's presentation<br>3 Hour presentation on Video Forensics 5-29-2018<br>Quantico, Virginia (FBI National Academy) |
| October 2017 | ISO Based Media File Format (MP4, MOV, 3GP) - AVPreserve<br>16 Hour Class 10-25-17 to 10-26-17<br>Quantico, Virginia) |
| June 2017 | 2017 AES International Conference on Audio Forensics<br>Audio Engineering Society<br>8 Hour Conference 6-15-2017<br>Arlington, Virginia |
| June 2017 | Advanced analysis and authentication - University of Colorado (Denver)<br>National Center for Media Forensics<br>16 Hour Class 6-8-17 to 6-9-17<br>Quantico, Virginia |
| August 2017 | Digital Evidence Committee Meeting, International Association for Identification<br>Group meeting 8-9-17 |
| October 2016 | Open Source Digital Forensics Conference (OSDFCon)<br>8 Hour Conference 10-26-2016<br>Herndon, Virginia |
| September 2016 | Amped Five<br>32 Hour Class 9-26-16 to 9-29-16<br>Quantico, Virginia |
| September 2016 | Meta data class AVPreserve (updated version)<br>16 Hour Class 8-21-16 to 8-22-16<br>Quantico, Virginia |
| September 2016 | Photoshop Forensics<br>Resolution Video<br>32 Hour Class 9-12-16 to 9-15-16<br>Quantico, Virginia) |

| | |
|---|---|
| September 2016 | Fundamentals of Digital Image and Video Processing<br>Northwestern University<br>Class 6-26-16 to 9-19-16 (Completed 8/18/2016)<br>On-Line (through Coursera) |
| August 2016 | Adobe Premiere for Forensics (Updated Version)<br>Resolution Video<br>24 Hour Class 8-24-16 to 8-26-16<br>Quantico, Virginia |
| August 2016 | Digital Evidence Committee Meeting, International Association for Identification<br>Group meeting 8-10-16 |
| June 2016 | Ad Hoc Committee CCTV DVR Data recovery (Chair)<br>Scientific Working Group Digital Evidence<br>Group meeting 6-6-16 to 6-10-16<br>Denver, Colorado (University of Colorado) |
| May 2016 | Adobe Premiere for Forensics<br>Resolution Video<br>24 Hour Class 5-16-16 to 5-18-16<br>Quantico, Virginia |
| May 2016 | FFMPEG for Forensics<br>Resolution Video<br>16 Hour Class 5-18-16 to 5-20-16<br>Quantico, Virginia |
| January 2016 | Ad Hoc Committee CCTV DVR Data recovery (Chair)<br>Scientific Working Group Digital Evidence<br>Group meeting 1-11-16 to 1-14-16<br>Fort Worth, Texas (Fort Worth Police) |
| September 2015 | Ad Hoc Committee CCTV DVR Data recovery (Chair)<br>Scientific Working Group Digital Evidence<br>Group meeting 9-14-15 to 9-18-15<br>San Jose, California (Adobe) |
| August 2015 | Meta data class AVPreserve<br>16 Hour Class 8-26-15 to 8-27-15<br>Quantico, Virginia |
| August 2015 | Reverse Engineering class (Harris Corporation)<br>16 Hour Class 8-11-15 to 8-12-15<br>Quantico, Virginia |
| August 2015 | International Association for Investigation - Educational Conference<br>Presentations 8-3-15 to 8-7-15 (Also a Presenter)<br>Sacramento, California |
| June 2015 | Ad Hoc Committee CCTV DVR Data recovery (Chair)<br>Scientific Working Group Digital Evidence<br>Group meeting 6-1-15 to 6-5-15<br>Denver, Colorado (University of Colorado) |
| March 2015 | FBI Audio/Video Basic Course<br>32 Hours Class 3-24-15 to 3-27-15<br>Quantico, Virginia |

| | |
|---|---|
| March 2015 | Digital Forensic Forum<br>8 Hour Group presentation 3-10-15<br>CIA Headquarters<br>Langley, Virginia |
| January 2015 | Ad Hoc Committee CCTV DVR Data recovery (Chair)<br>Scientific Working Group Digital Evidence<br>Group meeting 1-11-15 to 1-16-15<br>Houston, Texas (DEA Houston Office) |
| August 2014 | Instructional Strategies Course (ISC)<br>40 Hour Class 8-4-14 to 8-8-14<br>FBI Academy<br>Quantico, Virginia |
| August 2014 | DAC class (Digital Audio Corporation)<br>24 Hour Class 7-15-14 to 7-17-14<br>FBI FAVIAU Classroom ERF-E<br>Quantico, Virginia |
| March 2014 | Divert Class (CCTV DVR Recovery class)<br>40 Hour 3-10-14 to 3-14-14<br>FBI – DARC Lab – BWI<br>Baltimore, Maryland |
| March 2014 | Digital Evidence Extraction Technician<br>72 Hour Class 3-6-14 (Tested out)<br>FBI Academy<br>Quantico, Virginia |
| January 2014 | Presentation Skills Course (PSC)<br>24 Hour Class 1-14-14 to 1-16-14<br>FBI Academy<br>Quantico, Virginia |
| February 2013 | X-Ways Forensics (FBI Version)<br>24 Hour Class 2-26-13 to 2-28-13<br>Northwest RCFL<br>Portland, Oregon |
| August 2012 | Digital Evolution Workshop<br>40 Presentation Hours 8-26-12 to 8-30-12<br>(Also a presenter)<br>Norman, Oklahoma |
| August 2012 | Sans 408 System Forensics<br>40 Hour Class 7-28-12 to 8-3-12<br>Federal Bureau of Investigation at Heart of America Regional Computer Forensic Lab<br>Kansas City, Missouri |
| July 2012 | CART Basic Tools<br>24 Hour Class 7-24-12 to 7-26-12<br>FBI Academy<br>Quantico, Virginia |
| February 2012 | X-Ways (Vendor Version)<br>24 Hour Class 2-22-12 to 2-24-12<br>Houston, Texas |

| | |
|---|---|
| May 2011 | DriveQuest Train the Trainer<br>24 Hour Class 5-10-11 to 5-12-11<br>FBI – DARC Lab – BWI<br>Baltimore, Maryland |
| March 2011 | High Technology Crime Investigation Association Meeting<br>An Intro Into Mobile Device Forensics<br>3 Presentation Hours 3-30-11<br>George Washington University, Virginia |
| February 2011 | Live Capture<br>24 Classroom Hours 2-1-11 to 2-3-11<br>Federal Bureau of Investigation at Orange County Regional Forensic Laboratory<br>Orange County, California |
| January 2011 | Instructor – Basic<br>40 Classroom Hours 1-24-11 to 1-28-11<br>Federal Bureau of Investigation<br>Chantilly, Virginia |
| September 2010 | EnCase Computer Forensics II<br>24 Classroom Hours 9-14-10 to 9-17-10<br>Guidance Software at BWI CART Lab<br>Baltimore, Maryland |
| July 2010 | Challenges of Solid State Drive Forensic Analysis<br>Polytecnic Institue of New York University – Nasir Memon<br>2 Presentation Hours 7-28-10<br>Digital Evidence Laboratory – Federal Bureau of Investigation<br>Quantico, Virginia |
| June 2010 | Cybercop 310 (NTOS) NT Operating System<br>27 Classroom Hours 6-21-10 to 6-24-10<br>National White Collar Crime Center<br>Indianapolis, Indiana |
| June 2010 | InfinaDyne Presentation to FBI<br>CD/DVD Inspector automated examination tool<br>2 Presentation Hours 6-15-10<br>Digital Evidence Laboratory - Federal Bureau of Investigation<br>Quantico, Virginia |
| June 2010 | Window Forensics Registry (Advanced Course) (Version 3)<br>21 Classroom Hours 6-1-10 to 6-3-10<br>AccessData<br>Houston, Texas |
| April 2010 | Federal Bureau of Investigation Sr. Moot Court<br>4-26-10 to 4-29-10<br>Federal Bureau of Investigation<br>Albuquerque, New Mexico |
| March 2010 | High Technology Crime Investigation Association Meeting<br>Presentation Skills and Analysis of Structured Data<br>2 Presentation Hours 3-24-10<br>George Washington University, Virginia |
| March 2010 | Technology Awareness Forum – Impact of Wireless Technology<br>2 Presentation Hours 3-16-10<br>FBI Academy<br>Quantico, Virginia |

| | |
|---|---|
| June 2009 | SANS Security 606 Drive and Data Recovery Forensics<br>40 Classroom Hours 6-15-09 to 6-19-09<br>SANSFIRE 2009<br>Baltimore, Maryland |
| February 2009 | Linux Command Line<br>24 Classroom Hours 2-24-09 to 2-26-09<br>Federal Bureau of Investigation at Heart of America Regional Computer Forensic Lab<br>Kansas City, Missouri |
| December 2008 | Cybercop 401 – Linux File System<br>36 Classroom Hours 12-8-08 to 12-12-08<br>National White Collar Crime Center<br>Fairmont, West Virginia |
| October 2008 | Virtual Forensics for Linux<br>40 Classroom Hours 10-20-08 to 10-24-08<br>Federal Bureau of Investigation at Philadelphia Regional Computer Forensic Lab<br>Philadelphia, Pennsylvania |
| August 2008 | Data Recovery Course<br>32 Classroom Hours 8-12-08 to 8-14-08<br>CPR Tools<br>Labelle, Florida |
| July 2008 | Ethics Issues Confronting Forensic Labs<br>8 Classroom Hours 7-1-08<br>Digital Evidence Laboratory - Federal Bureau of Investigation<br>Quantico, Virginia |
| May 2008 | Image Scan Version 3<br>8 Classroom Hours 5-15-08<br>Federal Bureau of Investigation<br>Martinsburg, West Virginia |
| August 2007 | Federal Bureau of Investigation Moot Court<br>8-13-07 to 8-17-07<br>Federal Bureau of Investigation<br>Phoenix, Arizona |
| June 2007 | Net + test preparation<br>36 Classroom Hours 6-25-07 to 6-29-07<br>Federal Bureau of Investigation at Western New York Regional Computer Forensic Lab<br>Buffalo, New York |
| May 2007 | Basic Wintel Certification Training Practical's (5 Day Version)<br>36 Classroom Hours 5-7-07 to 5-11-07<br>Federal Bureau of Investigation<br>Fredericksburg, Virginia |
| February 2007 | Window Forensics (Advanced Course)<br>21 Classroom Hours 2-13-07 to 2-15-07<br>AccessData at Center for Computer Security Research<br>Mississippi State, Mississippi |
| January 2007 | AccessData Bootcamp (Intermediate Course)<br>21 Classroom Hours 1-9-07 to 1-11-07<br>AccessData at Denver Regional Computer Forensic Lab<br>Denver, Colorado |

| | |
|---|---|
| November 2006 | Cybercop 101 Basic Data Recovery and Acquisition Course (BDRA)<br>32 Classroom Hours 11-13-06 to 11-16-06<br>National White Collar Crime Center<br>Fairmont, West Virginia |
| December 2005 | Cyber-Investigation 100 (STOP) Secure Techniques for Onsite Preview<br>16 Classroom Hours 12-5-05 to 12-6-05<br>National White Collar Crime Center at National Center for Forensic Science<br>Orlando, Florida |
| August 2005 | Advanced Data Recovery and Acquisition Course – NTx (ADRA)<br>36 Classroom Hours 8-22-05 to 8-26-05<br>National White Collar Crime Center<br>Miami, Florida |
| August 2005 | Advanced Data Recovery and Acquisition Course – Inet (ADRA)<br>32 Classroom Hours 8-1-05 to 8-4-05<br>National White Collar Crime Center<br>Jacksonville, Florida |
| July 2005 | Introduction to Vmware<br>4 Presentation Hours 7-7-05<br>Vmware<br>Tampa, Florida |
| June 2005 | Computer Forensic Certified Examiner Course<br>80 Classroom Hours 6-1-05 to 6-16-05<br>International Association of Computer Investigative Specialists<br>Altamonte Springs, Florida |
| January 2005 | Advanced Data Recovery and Acquisition Course - E-Mail (ADRA)<br>36 Classroom Hours 1-10-05 to 1-14-05<br>National White Collar Crime Center<br>Orlando, Florida |
| September 2005 | AccessData Bootcamp (Intermediate Course)<br>21 Classroom Hours 8-30-05 to 9-1-05<br>AccessData at the National Center for Forensic Science<br>Orlando, Florida |
| April 2004 | Advanced Data Recovery and Acquisition Course - 9x (ADRA)<br>36 Classroom Hours 4-26-04 to 4-30-04<br>National White Collar Crime Center<br>Orlando, Florida |
| March 2004 | Basic Data Recovery and Acquisition Course (BDRA)<br>36 Classroom Hours 3-22-04 to 3-26-04<br>National White Collar Crime Center<br>Tampa, Florida |
| September 2002 | Ilook v.7<br>24 Classroom Hours 9-2-02 to 9-4-02<br>Federal Bureau of Investigation at the National Center for Forensic Science<br>Orlando, Florida |

**PROFESSIONAL AFFILIATIONS / COMMITTEES**

| | |
|---|---|
| 2015 - Present | Member of International Association for Identification (Member of Digital Evidence Committee) |
| 2015 – 2017 | Member of Scientific Working Group - Digital Evidence (SWGDE) Chair of DVR ad-hoc committee |

| | |
|---|---|
| 2010 – 2013 | Member, High Technology Crime Investigation Association (HTCIA) (Board Member in 2013) |
| 2005 – 2007 | Member, International Association of Computer Investigative Specialists (IACIS) |
| 2003 – 2005 | Associate Member, International Association of Computer Investigative Specialists (IACIS) |

**PERMANENT CERTIFICATIONS**

| | |
|---|---|
| August 2009 | Certified Data Recovery Professional – InfoSec Institute |
| March 2009 | Linux Command Line Certified - Federal Bureau of Investigation |
| December 2006 | A+ Certification - CompTIA. |
| June 2005 | Certified Electronics Evidence Collection Specialist (CEECS) - International Association of Computer Investigative Specialists. |

**ANNUAL CERTIFICATIONS**

| | |
|---|---|
| March 2014 (Recertified 2017) | Computer Analysis Response Team Technician – Federal Bureau of Investigation |
| November 2011 (expired 2012) | Computer Analysis Response Team Senior Forensic Examiner - Federal Bureau of Investigation |
| September 2009 | AccessData Certified Examiner – AccessData Corp. (expired 2012) |
| September 2008 | Computer Analysis Response Team Forensic Examiner - Federal Bureau of Investigation (expired 2012) |
| June 2008 | Image Scan Instructor - Federal Bureau of Investigation (expired 2012) |

**AWARDS**

| | |
|---|---|
| May 2015 | Nominated for the International Association of Chiefs of Police – August Vollmer Award for Innovation's in Forensic Science |
| April 2013 | Nominated for the FBI Directors Award – FBI HQ |
| April 2011 | Gold Star Award – FBI HQ – (Received with William Fitzpatrick, and Susan Komar.) |
| September 2010 | Cash Award ($300) – FBI HQ – Operation (Name redacted) |
| May 2010 | Certificate of Achievement – New York City Federal Executive Board |
| March 2010 | 16 Hour Time Off Award – FBI NY Cart – Operation High Rise |
| February 2010 | Letter of Appreciation – FBI HQ – Digital Evidence Section Chief Motta |
| January 2010 | Letter of Appreciation – Special Agent in Charge Welch (SAC Indianapolis) |
| December 2009 | 8 Hour Time Off Award – Forensic Support Unit |
| September 2009 | Letter of Appreciation – FBI NY Cart – Operation High Rise |
| May 2009 | Certificate of Achievement – Director Mueller |
| April 2009 | Cash Award ($300) – FBI HQ – Operation Achilles |

9 of 13

| | |
|---|---|
| March 2008 | Plaque – ImageScan v3 Beta Tester |
| September 2006 | Letter of Appreciation – FBI HQ – Digital Evidence Section Chief DiClemente |

**CLASSES TAUGHT**

| | |
|---|---|
| August 2015 | CCTV Security DVR Data Recovery by Date and Time - IAI Sacramento, Ca. |
| May 2015 | CCTV Security DVR Data Recovery by Date and Time - FBI Quantico, Va. |
| March 2015 | CCTV Security DVR Data Recovery by Date and Time - FBI Quantico, Va. |
| January 2014 | FBI CART TECH Class – FBI Quantico (annex), Va. |
| December 2013 | DExT Class – FBI Quantico (annex), Va. |
| August 2013 | DExT Class – FBI Quantico (annex), Va. |
| October 2013 | DExT Class – FBI Quantico (annex), Va. |
| June 2013 | DExT Class – FBI Quantico (annex), Va. |
| May 2013 | FBI CART TECH Class – FBI Quantico (annex), Va. |
| April 2013 | DExT Class – FBI Quantico (annex), Va. |
| March 2013 | DExT Class – FBI Quantico (annex), Va. |
| February 2013 | DExT Class – FBI Quantico (annex), Va. |
| October 2012 | Computer Scientist Class – FBI Academy Quantico, Va. (class 12-01) |
| September 2012 | DExT Class – FBI Quantico (annex), Va. |
| July 2012 | DExT Class – FBI Quantico (annex), Va. |
| June 2012 | DExT Class – FBI Quantico (annex), Va. |
| May 2012 | DExT Class – FBI Quantico (annex), Va. |
| April 2012 | DExT Class – FBI Quantico (annex), Va. |
| March 2012 | DExT Class – FBI Quantico (annex), Va. |
| February 2012 | DExT Class – FBI Quantico (annex), Va. |
| December 2011 | DExT Class – FBI Quantico (annex), Va. |
| October 2011 | DExT Class – FBI Quantico (annex), Va. |
| August 2011 | FBI CART TECH Class – FBI Quantico (annex), Va. |
| June 2011 | FBI New Agents Training – FBI Academy Quantico, Va. (class 11-09) |
| May 2011 | FBI New Agents Training – FBI Academy Quantico, Va. (class 11-07 and 11-08) |
| May 2011 | CART 101 Training – FBI Quantico (annex), Va. |
| March 2011 | FBI New Agents Training – FBI Academy Quantico, Va. (class 11-05 and 11-06) |

| | |
|---|---|
| March 2011 | FBI CART TECH Class – Quantico, Va Annex (Co-taught with Susan Komar) |
| February 2011 | FBI CART TECH Class – Quantico, Va Annex (Co-taught with Susan Komar) |
| January 2011 | Cyber 1101 Investigative Techniques and Recourses (Centra Class) |
| January 2011 | FBI New Agents Training – FBI Academy Quantico, Va. (class 11-02) |
| December 2010 | FBI CART TECH Beta class – Quantico, Va Annex (Co-taught with Susan Komar) |
| December 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 11-01) |
| October 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-19) |
| September 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-17 and 10-18) |
| September 2010 | CART 101 Training – FBI Quantico (annex), Va. |
| August 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-15 and 10-16) |
| August 2010 | Cyber 1101 Investigative Techniques and Recourses (Centra Class) |
| July 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-12 and 10-14) |
| June 2010 | Coach/Mentor to FE Ken Marr – CART 101 Training (June –September) |
| May 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-11) |
| April 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-08 and 10-09) |
| March 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-05, 10-06, 10-07) |
| February 2010 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-03) |
| December 2009 | FBI New Agents Training – FBI Academy Quantico, Va. (class 10-01 and 10-02) |
| November 2009 | FBI New Agents Training – FBI Academy Quantico, Va. (class 09-20) |
| October 2009 | FBI Staff Operations Specialist Training – Quantico, Va. (class 09-03) |
| October 2009 | FBI New Agents Training – FBI Academy Quantico, Va. (class 09-18) |
| September 2009 | FBI New Agents Training – FBI Academy Quantico, Va. (class 09-15 and 09-17) |
| April 2009 | Image Scan Class Version 3.02a – Hillsborough County SO Tampa, Fl. |
| April 2009 | Image Scan Class Version 3.02a – FDLE Lab Tampa, Fl. (two classes) |
| March 2009 | Image Scan Class Version 3.02 – BWI Lab Md. |
| January 2009 | Image Scan Class Version 3.02 – Norfolk Va. |
| July 2008 | Image Scan Class Version 3.01 – FBI Quantico Annex Va. |

**PAPERS / REPORTS WRITTEN**

January 2015    SWGDE Best Practices for the Recovery of Data from CCTV Digital Video Recorders (Primary Writer and Chair for SWGDE Ad Hoc committee) (This draft document is posted for public comment)

March 2013    Chromebook Forensics (Submitted to Unit Chief)

| | |
|---|---|
| December 2012 | Digital Evidence Extraction Technician Course (Designed Curriculum, Primary Writer of course) |
| October 2011 | Recovering Windows Logon Passwords in a Forensic Manner – FBI Technical Article. (Submitted to Unit Chief) |
| October 2011 | Using MHDD in Data Recovery – FBI Technical Article. (Submitted to Unit Chief) |
| April 2011 | Sr. CART Research Project-Forensic Testing of the TD-1 (Peer reviewed by FSU T and V, FSU UC, CART Wintel PM, CART UC.) |
| April 2011 | Self Paced Training for TD-1 Curriculum |
| April 2011 | TD-1 testing of new firmware v2.32 |
| February 2011 | CART TECH Curriculum Rewritten (co-authored by Program Manager Susan Komar) |
| January 2011 | Testing and validation of Tableau TD1 Hard Drive Duplicator (Sr. Research Project) |
| December 2010 | CART TECH Curriculum (co-authored by Program Manager Susan Komar) |
| December 2010 | "TD1 Problems located during testing" – Paper written, Peer reviewed, and sent to Tableau. |
| October 2010 | "TD1 Problems located and reported to Tableau" – Paper written, Peer Reviewed, and sent to Tableau. |
| June 2010 | New Agents Training CART Lesson Plan, rewritten for New Agents training. |
| November 2009 | New Agents Training CART Lesson Plan, rewritten for New Agents training. |
| July 2008 | Forensic Notebook Drivedock v4 Writeblock Failer. |
| November 2007 | Forensic Notebook Drivedock Writeblock Failer. (co-authored by FE Erin Gabor.) |

## PEER REVIEWS

| | |
|---|---|
| 01/13 to 09/13 | File System Research Papers (one of four graders authorized to grade Forensic Examiner Research papers within the FBI) |
| April 2011 | Proficiency Examination Grader for FBI Forensic Support Unit. |
| November 2009 | Proficiency Examination Grader for FBI Forensic Support Unit. |
| October 2009 | Proficiency Examination Grader for FBI Forensic Support Unit. |
| March 2009 | Beta Tester for Image Scan CD Version 3.02a |
| December 2008 | Proficiency Examination Grader for FBI Forensic Support Unit. |
| March 2008 | Beta Tester for ImageScan v3 CD for Computer Analysis Response Team. |

## PROFESSIONAL PUBLICATIONS

Woodard, T.A. (2009) Discovering if a HDD has an ATA Password using MHDD – FBI Technical Article. NewsBytes from the Digital Evidence Section (DES) – week ending 8/28/09 (2009)

Woodard, T.A. (2009) Verifying that MHDD Commands do not Write to Data Area of a Drive – FBI Technical Article. NewsBytes from the Digital Evidence Section (DES) – week ending 8/28/09 (2009)

## SOFTWARE PROGRAMS WRITTEN/DEVELOPED

Tom's Time Converter - GUI program to convert human readable date and time to four most common ways date and time is written in data area of CCTV Security DVR's (Hex). 1.0 written in December 2014 (Tested and validated in December 2014)

H264Demuxer - Program written to demux cameras from H264 Elementary Stream (DVR's) (command line tool) (co-authored by FE Emmanuel Velasco). (Beta) January 2015

H264Demuxer_IVNEI320 - Program written to demux cameras from H264 Elementary Stream (IVNEI320 Model DVR's) (command line tool) (co-authored by FE Emmanuel Velasco). (Beta) February 2015

H264Demuxer_NETROME - Program written to demux cameras from H264 Elementary Stream (NETROME Model DVR's) (command line tool) (co-authored by FE Emmanuel Velasco). (Beta) March 2015

Manny and Tom's Zigbee Time Converter - GUI program to convert human readable date and time to zigbee epoch date and time is written in seconds, and convert seconds to zigbee epoch time located in data area of CCTV Security DVR's (Hex). (Beta) written in March 2014

H264Demuxer - Program written to demux cameras from H264 Elementary Stream (DVR's) (command line tool) (co-authored by FE Emmanuel Velasco). v1.0 April 2015

**COURTROOM TESTIMONY**

State of Illinois v. Manuel Sanchez 09CR-6394 (Testified to Forensic Exam of Child Pornography)

Commonwealth of Virginia v. Jesse Edmond CR14F04012-00 (Testified to reverse engineering and recovery of DVR Video)