**U.S. Department of Justice**

*WILLIAM P. BARR*
*United States Attorney General*
*ROBERT S. BREWER, JR.*
*United States Attorney*

| | |
|---|---|
| *Michael G. Wheat* | *Eric J. Beste* |
| *(619) 546-8437* | *(619) 546-6695* |
| *Janaki S. Gandhi* | *Colin M. McDonald* |
| *(619) 546-8817* | *(619) 546-9144* |
| **Special Attorneys to the Attorney General** | |

*San Diego County Office*
*Federal Office Building*
*880 Front Street, Room 6293*
*San Diego, California 92101-8893*

March 27, 2019

<u>Via Email</u>

Cynthia A. Kagiwada
P.O. Box 368
Kaneohe, HI 96744

Rustam A. Barbee
Law Office of Rustam A. Barbee
1188 Bishop Street, Suite 2606
Honolulu, HI 96813

Birney B. Bervar
Bervar & Jones
1100 Alakea Street, 20th Floor
Honolulu, HI 96813

Randall K. Hironaka
Miyoshi & Hironaka LLC
345 Queen Street, Suite 600
Honolulu, HI 96813

Lars R. Isaacson
1100 Alakea Street, 20th Floor
Honolulu, HI 96813

> Re:   *United States v. Kealoha, et al.*, CR 17-00582-JMS-RLP/18-00068-JMS-RLP
> Discovery Production #14

Dear Counsel:

On March 21, 2019, we produced an unencrypted wallet drive containing Production #14 via Federal Express to all counsel except Ms. Kagiwada. On March 22, 2019, we produced an unencrypted wallet drive containing Production #14 via certified USPS mail to Ms. Kagiwada. Please let us know if you have not received the discovery package yet. Once you receive the package, we ask that you please download the items to your computers and return the wallet drive to us at the following address:

> Santy Smith
> United States Attorney's Office
> Federal Office Building
> 880 Front Street, Room 6293
> San Diego, CA 92101-8893

Production #14 consists of approximately 518 new pages of discovery and 22 media files, as discussed further below. The items were produced subject to the terms of the Protective Order in this case and divided amongst the following folders on the wallet drive:

EXHIBIT
C

Letter to Counsel
*U.S. v. Kealoha, et al.*, CR 17-00582-JMS-RLP/18-00068-JMS-RLP
March 27, 2019
Page 2 of 4

     1. GJ Exhibits
     2. GJ Returns
     3. GJ Transcripts
     4. Media_GJ Audio
     5. Other
     6. Reports

The "GJ Returns" folder contains returns from Hawaii Central Federal Credit Union ("KEALOHA-GJ-BL792-HCFCU"). This return consists of approximately 363 pages. This discovery is related to the charges in the bank fraud case – CR 18-00068-JMS-RLP – and will not be introduced during the United States' case-in-chief in the mailbox trial.

The "GJ Transcripts" folder contains three grand jury transcripts. Two of these transcripts – pertaining to the testimonies of Daniel Sellers and Maile Rego – were previously produced in redacted form on December 15, 2017, in Production #2 ("KEALOHA-GJT-003759-R" and "KEALOHA-GJT-005619-R"). Approximately two of 88 pages were redacted from "KEALOHA-GJT-003759-R" (transcript of Daniel Sellers) and approximately two of 59 pages were redacted from "KEALOHA-GJT-005619-R" (transcript of Maile Rego). We have now re-produced the transcripts in an unredacted format.

The "Media_GJ Audio" folder contains additional audio recordings obtained by the United States of grand jury testimony of witnesses. (In Production #13, the United States produced audio recordings from Gordon Shiraishi and Minh-Hung Nguyen's grand jury appearances.) These recordings are being produced pursuant to a Court order authorizing disclosure under Federal Rule of Evidence 6(e). *See* CR 17-00582-JMS-RLP at ECF No. 487. The transcripts from this grand jury testimony were previously produced to all counsel on December 15, 2017, in Production #2, and March 16, 2018, in Production #4.

The "Other" folder contains additional documents obtained from Supervisory Special Agent ("SSA") Edwin Nam ("KEALOHA-NAM-00014" and "KEALOHA-NAM-00015"). With this production, the United States is providing additional notice regarding the testimony of SSA Nam. This notice supplements the prior notice regarding SSA Nam given to all counsel by letter dated February 7, 2019. In Production #2 on December 15, 2017, the United States produced cell data for cellular telephone number (808) 220-4984, used by Gerard Puana (KEALOHA-15MC0157-8082204984-000001 through 316). The cell data produced by the service provider, Mobi PCS, included cell site data. However, Mobi PCS did not produce to the United States the tools necessary to interpret the cell site data in its production pursuant to the court order. SSA Nam obtained those tools through a law enforcement database, and they are now being provided to you in Production #14 ("KEALOHA-NAM-00014" and "KEALOHA-NAM-00015"). Using those tools, SSA Nam analyzed Gerard Puana's cell site data for the time period of June 2013. SSA Nam's analysis is attached to this letter. The United States intends to offer SSA Nam's testimony regarding his analysis in its case-in-chief at trial.

Letter to Counsel
*U.S. v. Kealoha, et al.*, CR 17-00582-JMS-RLP/18-00068-JMS-RLP
March 27, 2019
Page 3 of 4

     We have also included a searchable Index listing the items produced in this round of discovery. As previously agreed upon, we are providing the Index solely as a tool to assist you in locating and identifying items in discovery; the Index itself is not evidence. The Index lists the description of the item and the beginning and ending Bates-numbers. All discovery items are provided in a searchable format, as either a native file or searchable PDF file. You may notice gaps in the Bates-numbering; these gaps are intentional. However, please advise us if, after a review of the documents, you believe you are missing a document or a document is not viewable.

     Further, in Production #13, we produced items recovered from a hard drive obtained from HPD ("KEALOHA-LK-HD-000001"). Our letter dated March 8, 2019, accompanying Production #13, listed some of the search terms that were used to search the hard drive. Below, as Attachment A to this letter, is an updated list of all the search terms used.

     Finally, as a continuing reminder, physical evidence is available for viewing at the FBI's Honolulu Field Office located at 91-1300 Enterprise Street, Kapolei, HI 96707. If you wish to view these items in advance of trial, please contact us to coordinate a mutually convenient time.

     Any discovery provided that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials, the United States does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations. The United States will continue to comply with its discovery obligations.

     To date, the United States has only received reciprocal discovery from Defendant Derek Hahn. The United States continues to request all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The United States also continues to request notice of any intention of your clients to rely on a defense involving entrapment, duress, alibi, or mental condition.

     Please do not hesitate to contact us if you have any questions about any of the above or any original physical evidence in the custody of the FBI.

                     Sincerely,

                     WILLIAM P. BARR
                     Attorney General

                     ROBERT S. BREWER, JR.
                     United States Attorney

                     */s/ Janaki S. Gandhi*
                     JANAKI S. GANDHI
                     Special Attorney to the Attorney General

Letter to Counsel
*U.S. v. Kealoha, et al.*, CR 17-00582-JMS-RLP/18-00068-JMS-RLP
March 27, 2019
Page 4 of 4

<u>Attachment A</u>

| | | |
|---|---|---|
| 1. Puana | 32. Larry Tong |
| 2. Gerard | 33. Perjure |
| 3. Gerry | 34. Stolen |
| 4. Uncle | 35. Sellers |
| 5. Florence | 36. Danny |
| 6. Flo | 37. Reverse Mortgage |
| 7. Grand jury | 38. Identity Theft |
| 8. Subpoena | 39. Fentanyl |
| 9. Mailbox | 40. McKinney |
| 10. Kealaolu | 41. Rudy |
| 11. Shiraishi | 42. Katherine |
| 12. Gordo | 43. Kat |
| 13. Gordon | 44. Kathy |
| 14. Hahn | 45. Letha |
| 15. Derek | 46. EC#14-284 |
| 16. Bobby Nguyen | 47. Mama |
| 17. Minh-Hung | 48. Toandfrompepper |
| 18. Bobby | 49. Diego |
| 19. Niall Silva | 50. Conspiracy |
| 20. Niall | 51. FJC |
| 21. Alison | 52. Kaneshiro |
| 22. Tiffany | 53. alisonleewong@yahoo.com |
| 23. Masunaga | 54. toandfrompepper@yahoo.com |
| 24. Ahn | 55. kathykealoha@yahoo.com |
| 25. Adam Wong | 56. kealoha1ohana@gmail.com |
| 26. Ghost Ticket | 57. kathykealoha@gmail.com |
| 27. Lexus | 58. wizardhawaii4@gmail.com |
| 28. Acura | 59. gclifford90@yahoo.com |
| 29. Arakaki | 60. bob.win2006@gmail.com |
| 30. Les | 61. dhahn22@gmail.com |
| 31. Osborne | |

# FEDERAL BUREAU OF INVESTIGATION
# CELLULAR ANALYSIS SURVEY TEAM



## Cellular Analysis

| | |
|---|---|
| **Phone Number:** | (808) 220-4984 |
| **Associated Name:** | Gerard Puana |
| **Mobile Network:** | Mobi PCS |

SA Edwin Nam

3/27/2019

1

# Historical Cell Site Analysis



### 1.        Background
The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) analyzed cell phone records for the phone number (808) 220-4984 ("target cell phone").

### 2.        Methodology
An analysis was performed on the call detail records obtained for the target cell phone.  The call detail records documented the network interactions to and from the target cell phone.  Additionally, the records documented the cell towers and cell sectors ("cell sites") that served the cell phone during the activity. Used in conjunction, the call detail records and a list of cell site locations were analyzed to illustrate an approximate location of the target cell phone when it initiated contact with the network.

### 2.1      Cell Site Locations
Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates provided by the service provider.  The cell sites associated with the target cell phone were located using the mapping software and the plotted cell site data.

### 3.        Conclusions
Historical cell site analysis was performed on the call detail records for the target cell phone.  The methods detailed in Sections 2 and 2.1 were used to produce the following historical cell site analysis maps.



# Sector Usage Illustration



Cell towers and sectors showing usage are illustrated on the following maps using this wedge symbol:



The shaded area inside the sector arms demonstrate the direction the antennas on the cell towers were oriented, not the RF footprint or coverage area of the cell sector.

These symbols will be used in the following pages to illustrate the cell sites and sectors used during the time period of analysis and the general area where the cellular telephones were located.



## Historical Cell Site Analysis
### Cell Tower Activations
May 31 - June 1, 2013 (HST)

Puana Residence
3934 Nioi Pl.
Honolulu, HI

CID 31-1

5/31/2013 10:33 PM
6/1/2013 12:06 AM
6/1/2013 7:26 AM

Kealoha Residence
1018 Kealaolu Ave.
Honolulu, HI

3/27/2019



## Historical Cell Site Analysis
**Cell Tower Activations**
June 7 - 8, 2013 (HST)

Puana Residence
3934 Nioi Pl.
Honolulu, HI

**CID 31-1**
6/7/2013 3:02 PM
6/8/2013 8:52 AM

Kealoha Residence
1018 Kealaolu Ave.
Honolulu, HI

3/27/2019



## Historical Cell Site Analysis
**Cell Tower Activations**
**June 14 - 15, 2013 (HST)**

Puana Residence
3934 Nioi Pl.
Honolulu, HI

CID 31-1
6/14/2013 5:42 PM
6/15/2013 8:56 AM

Kealoha Residence
1018 Kealaolu Ave.
Honolulu, HI

3/27/2019

2000ft



## Historical Cell Site Analysis
**Cell Tower Activations**
**June 21 - 22, 2013 (HST)**

Puana Residence
3934 Nioi Pl.
Honolulu, HI

**CID 31-1**
6/21/2013 2:18 PM
6/22/2013 8:25 AM

Kealoha Residence
1018 Kealaolu Ave.
Honolulu, HI

3/27/2019



## Historical Cell Site Analysis
**Cell Tower Activations**
**June 28 - 29, 2013 (HST)**

Puana Residence
3934 Nioi Pl.
Honolulu, HI

### CID 31-1
6/28/2013 5:42 PM
6/28/2013 7:22 PM
6/28/2013 9:46 PM
6/28/2013 9:48 PM
6/28/2013 10:00 PM
6/28/2013 10:12 PM

Kealoha Residence
1018 Kealaolu Ave.
Honolulu, HI

### CID 29-1
6/29/2013 10:48 AM

3/27/2019



## Historical Cell Site Analysis
**Cell Tower Activations on CID 32-3**
**Between June 21 - 28, 2013 (HST)**

Puana Residence
3934 Nioi Pl.
Honolulu, HI

Kealoha Residence
1018 Kealaolu Ave.
Honolulu, HI

**CID 32-3**

6/25/2013 2:12 PM
6/25/2013 5:25 PM
6/26/2013 2:06 PM

3/27/2019