**Service** Facebook

**Target** 100000289012745

**Generated** 2017-01-09 17:01:21 UTC

**Date Range** 2005-01-01 10:00:00 UTC to 2016-12-28 09:59:00 UTC

**Name**

**First** Alison

**Middle**

**Last** Leewong

**Registered Email** alison.leewong@facebook.com
**Addresses** alisonleewong@yahoo.com

**Vanity Name** alison.leewong

**Registration Date** 2009-09-22 02:52:47 UTC

**Registration Ip**

**Account Closure Date**     **Account Still Active** true

**Phone Numbers**

**Credit Cards**

**Ip Addresses**

**IP Address** 206.195.188.253
**Time** 2013-05-29 02:14:42 UTC
**Action** Login

**IP Address** 173.117.203.170
**Time** 2012-10-19 06:05:23 UTC
**Action** Login



KEALOHA-16MC0366-FACEBOOK-AWONG-000014

**IP Address** 184.194.40.52
    **Time** 2012-09-11 21:36:41 UTC
**Action** Login

**IP Address** 72.62.34.75
    **Time** 2012-05-19 07:43:37 UTC
**Action** Login

**IP Address** 174.145.134.134
    **Time** 2012-05-01 03:34:04 UTC
**Action** Login

**IP Address** 74.82.64.35
    **Time** 2011-10-31 21:39:19 UTC
**Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-10-25 23:36:50 UTC
**Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-10-19 23:34:03 UTC
**Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-10-19 03:27:43 UTC
**Action** Session updated

**IP Address** 206.195.188.253
    **Time** 2011-10-19 02:26:15 UTC
**Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-09-02 02:28:33 UTC
**Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-07-18 21:19:43 UTC
**Action** Login

**IP Address** 206.195.188.253

**Time** 2011-07-18 21:14:16 UTC

**Action** Login

**Additional Properties** machines
ncmec_reports
unified_messages

**Previous Preservations** Preservation-1 (Date Range: 2005-01-01 10:00:00 UTC to 2016-12-19 21:17:36 UTC) (Date Generated: 2016-12-19 21:18:14 UTC)

KEALOHA-16MC0366-FACEBOOK-AWONG-000016

Machines

**Cookie BcMjV_2RdpurXlFUvEqxk94Q**
**First Seen** 2016-04-29 20:24:37 UTC
**Seen Count** 2
    **Seen** 2016-04-29 20:24:41 UTC
    **Seen** 2016-04-29 20:24:39 UTC

**Cookie f2SlURqhVMi52ZExQON8941o**
**First Seen** 2013-05-29 02:14:23 UTC
**Seen Count** 1
    **User** Alison Leewong (100000289012745)
    **Seen** 2013-05-29 02:14:42 UTC

**Cookie 7PugTUdYPVdpPeeQrN38L4Po**
**First Seen** 2011-04-10 00:38:04 UTC
**Seen Count** 8
    **User** Kristina Kealoha (100000327974482)
    **User** Alison Leewong (100000289012745)
    **User** Rudy Puana (100000536522743)
    **Seen** 2012-10-19 06:05:23 UTC
    **Seen** 2012-09-11 21:36:41 UTC
    **Seen** 2012-05-19 07:43:37 UTC
    **Seen** 2012-05-01 03:34:04 UTC
    **Seen** 2012-05-01 03:34:04 UTC
    **Seen** 2012-05-01 03:30:47 UTC
    **Seen** 2012-05-01 03:30:47 UTC
    **Seen** 2012-05-01 03:30:48 UTC

**Cookie i28kTptpOLJTW3-xny6Y_k4j**
**First Seen** 2011-07-18 17:38:19 UTC
**Seen Count** 1
    **User** Alison Leewong (100000289012745)
    **Seen** 2011-10-31 21:39:19 UTC

**Cookie V_XaTKUElznBl33jUblua7t5**
**First Seen** 2010-11-10 19:41:11 UTC

KEALOHA-16MC0366-FACEBOOK-AWONG-000017

**Seen Count** 7.

**User** Alison Leewong (100000289012745)

**Seen** 2011-10-25 23:36:50 UTC

**Seen** 2011-10-19 23:34:03 UTC

**Seen** 2011-10-19 03:27:43 UTC

**Seen** 2011-10-19 02:26:15 UTC

**Seen** 2011-09-02 02:28:33 UTC

**Seen** 2011-07-18 21:19:43 UTC

**Seen** 2011-07-18 21:14:16 UTC

KEALOHA-16MC0366-FACEBOOK-AWONG-000018

**Unified Messages** (id.635583306555869)

**Recipients** Steph Czech (1347020125)
Tiare Driver Leong (1015124695)
Michaela Putbres (100000309414695)
Tina Johannes (100000169551675)
Ann S. Freed (524090765)
Mattie Ferguson Ford (100000207770220)
Lisa Houghton (659621273)
Angelica Madamba (100000220737643)
Stacey Schiller (1208153542)
Kay Lorraine (1438243141)
Jocelyn Okudara (1344514889)
Shanna Oshiro (1804763)
Jackie Murphy (1105403795)
Jennifer Erwin (100000121110251)
Kalin Dudley (23411987)
Ethel Alikpala Ward (732474565)
Robin Hashimoto (1567580683)
Jules Vice (1432951898)
Masako Chambers (1239876820)
Miri Kiryu (594822930)
Giselle Limsingian (100001572760848)
Rita Eastmond (1665729460)
Sonia Petkewich (1204435303)
Brenda Ramones Strimpfel (1631184108)
Beth Tapec Lapenia (1600473070)
Yvette Vargas (1135548073)
Christina Rhodes-Tom (1354746124)
Carlota Ader (100000791631540)
Madeleine De Carvalho (745454347)
Christine Hirabayashi (1837818769)
Jay Em (100000658355223)
Heather Guerrero Wong (1439067971)
Lisa Hancock Gomes (1382864097)
Alma Joy Duldulao-Ybarra (656764878)
Carla Colburn (100000026194163)
Jennifer Chung (1255726079)
Pua Honi Honi Johnson (1607383987)
Holly Lewya (100003189656269)
Mary Byrd (1635728631)
Meredith Vining (1072024180)
Alison Leewong (100000289012745)
Jaye Andersen Daspit (100000545461945)
Malia Luna Love (1471573116)
Stephanie Grande-Misaki (1195122951)
Sofia Rodrigues (100001691719836)
Tess Keliikoa (1453711614)
Kelly Swartman-Hogan (100000353166639)

Lisa Lacroix (1108720570)
Sarai Peredo (100000137111042)
Lahela Langan (1521182167)
Nicole Wallace (1142290208)

**Author** Nicole Wallace (1142290208)

**Sent** 2014-08-22 21:25:15 UTC

**IP** 104.166.100.172

**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Jackie Murphy (1105403795)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)

KEALOHA-16MC0366-FACEBOOK-AWONG-000020

Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Tess Keliikoa (1453711614)

**Sent** 2014-08-22 21:30:07 UTC

**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)

KEALOHA-16MC0366-FACEBOOK-AWONG-000021

Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607783987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Sonia Petkewich (1204435303)

**Sent** 2014-08-22 21:34:23 UTC

**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)

KEALOHA-16MC0366-FACEBOOK-AWONG-000022

Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Sonia Petkewich (1204435303)

**Sent** 2014-08-22 21:34:25 UTC

**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)

KEALOHA-16MC0366-FACEBOOK-AWONG-000023

Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Sofia Rodrigues (100001691719836)

**Sent** 2014-08-22 21:34:38 UTC

**Deleted** true

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)

KEALOHA-16MC0366-FACEBOOK-AWONG-000024

Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Tess Keliikoa (1453711614)

**Sent** 2014-08-22 21:37:12 UTC

**Deleted** false


(xsLUHuxZ/NPDO+nIdqdZRg)

**Recipients** Eric Apaka (1567311178)
Alison Leewong (100000289012745)

**Author** Eric Apaka (1567311178)

**Sent** 2009-12-20 09:48:54 UTC

**Deleted** false


(x/L61TQYpAvfFor3wUWyNQ)

KEALOHA-16MC0366-FACEBOOK-AWONG-000025

**Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2009-11-09 19:38:08 UTC
**Deleted** false

**Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
Alison Leewong (100000289012745)
**Author** Trisha Kehaulani Watson-Sproat (1283873259)
**Sent** 2009-11-09 20:02:42 UTC
**Deleted** false

(mid.1396154803101:9c72f8d17e55fc9b17)
**Recipients** Alison Leewong (100000289012745)
(100001765406829)
**Author** (100001765406829)
**Sent** 2014-03-30 04:46:43 UTC
**IP** 64.62.201.9
**Deleted** false

(id.251347648250058)
**Recipients** Alison Leewong (100000289012745)
Brian Shimabukuro (100000232916476)
**Author** Brian Shimabukuro (100000232916476)
**Sent** 2011-10-21 08:02:40 UTC
**Deleted** false

(id.301095266582643)
**Recipients** Kristina Kealoha (100000327974482)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2011-10-19 02:53:09 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)

KEALOHA-16MC0366-FACEBOOK-AWONG-000026

**Author** Kristina Kealoha (100000327974482)

Sent 2011-10-19 03:25:55 UTC

**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)

**Author** Kristina Kealoha (100000327974482)

Sent 2011-12-27 23:57:46 UTC

**Deleted** false

**Recipients** Kristina Kealoha (100000327974482)
Alison Leewong (100000289012745)

**Author** Alison Leewong (100000289012745)

Sent 2012-10-19 06:14:06 UTC

**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)

**Author** Kristina Kealoha (100000327974482)

Sent 2014-01-11 06:15:16 UTC

**IP** 70.210.132.249

**Deleted** false

(mid.1396103124049:651f96769db063d034)

**Recipients** Alison Leewong (100000289012745)
(100002678176308)

**Author** (100002678176308)

Sent 2014-03-29 14:25:24 UTC

**IP** 64.62.201.6

**Deleted** false

(01cb55e03f71429ca2f81a94316add41)

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)

**Author** George Furukawa (1129921915)

Sent 2011-08-16 09:13:31 UTC

**Deleted** false

(mi5sMP0fvOIqdik76ZR+ig)

**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)
Facebook Site Governance (69178204322)

**Author** Facebook Site Governance (69178204322)

**Sent** 2009-10-29 20:51:36 UTC

**Deleted** false


**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)

**Author** Ross Bayer (201896)

**Sent** 2010-03-25 22:32:21 UTC

**Deleted** false


(mid.1455136760236:8c9d8843e450e86694)

**Recipients** Alison Leewong (100000289012745)
Imani Rose (100006205656941)

**Author** Imani Rose (100006205656941)

**Sent** 2016-02-10 20:39:21 UTC

**IP** 41.82.15.114

**Deleted** false


(Pi1gsz4bMqpGbbrp5jeUGw)

**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)

**Author** Junior Kekuewa Jr. (100000151862437)

**Sent** 2010-08-17 21:05:14 UTC

**Deleted** false


(V7FlhJTW+97fWmOV96yd5A)

**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)

**Author** Junior Kekuewa Jr. (100000151862437)

**Sent** 2010-01-29 18:49:52 UTC

**Deleted** false


(AuCoKqvZklV+Xsq3ajS37A)
       **Recipients** George Furukawa (1129921915)
                Alison Leewong (100000289012745)
       **Author** George Furukawa (1129921915)
          **Sent** 2011-01-14 09:15:50 UTC
       **Deleted** false

       **Recipients** George Furukawa (1129921915)
                Alison Leewong (100000289012745)
       **Author** George Furukawa (1129921915)
          **Sent** 2011-01-15 02:29:21 UTC
       **Deleted** false

       **Recipients** George Furukawa (1129921915)
                Alison Leewong (100000289012745)
       **Author** George Furukawa (1129921915)
          **Sent** 2011-01-15 17:48:49 UTC
       **Deleted** false

       **Recipients** George Furukawa (1129921915)
                Alison Leewong (100000289012745)
       **Author** George Furukawa (1129921915)
          **Sent** 2011-01-31 07:54:30 UTC
       **Deleted** false

       **Recipients** George Furukawa (1129921915)
                Alison Leewong (100000289012745)
       **Author** George Furukawa (1129921915)
          **Sent** 2011-03-12 07:17:29 UTC
       **Deleted** false

KEALOHA-16MC0366-FACEBOOK-AWONG-000029

Facebook Business Record                                    Page 1

**Service** Facebook
**Target** 100000289012745
**Generated** 2017-01-09 17:01:21 UTC
**Date Range** 2005-01-01 10:00:00 UTC to 2016-12-28 09:59:00 UTC
**NCMEC Cybertips**

**Name**              **First** Alison
                      **Middle**
                      **Last** Leewong

**Registered Email Addresses** alison.leewong@facebook.com
alisonleewong@yahoo.com

**Vanity Name** alison.leewong

**Registration Date** 2009-09-22 02:52:47 UTC

**Registration Ip**

**Account Closure Date**     **Account Still Active** true

**Phone Numbers**

**Credit Cards**

**Ip Addresses**      **IP Address** 206.195.188.253
                      **Time** 2013-05-29 02:14:42 UTC
                      **Action** Login

                      **IP Address** 173.117.203.170
                      **Time** 2012-10-19 06:05:23 UTC
                      **Action** Login

                      **IP Address** 184.194.40.52
                      **Time** 2012-09-11 21:36:41 UTC
                      **Action** Login

                      **IP Address** 72.62.34.75
                      **Time** 2012-05-19 07:43:37 UTC
                      **Action** Login

                      **IP Address** 174.145.134.134
                      **Time** 2012-05-01 03:34:04 UTC
                      **Action** Login

**IP Address**

74.82.64.35
**Time** 2011-10-31 21:39:19 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-10-25 23:36:50 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-10-19 23:34:03 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-10-19 03:27:43 UTC
**Action** Session updated

**IP Address** 206.195.188.253
**Time** 2011-10-19 02:26:15 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-09-02 02:28:33 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-07-18 21:19:43 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-07-18 21:14:16 UTC
**Action** Login

**Machines**

**Cookie** BcMjV_2RdpurXIFUvEqxk94Q
**First Seen** 2016-04-29 20:24:37 UTC
**Seen Count** 2
**Seen** 2016-04-29 20:24:41 UTC
**Seen** 2016-04-29 20:24:39 UTC

**Cookie** f2SIURqhVMi52ZExQON8941o
**First Seen** 2013-05-29 02:14:23 UTC
**Seen Count** 1
**User** Alison Leewong (100000289012745)
**Seen** 2013-05-29 02:14:42 UTC

**Cookie** 7PugTUdYPVdpPeeQrN38L4Po
**First Seen** 2011-04-10 00:38:04 UTC
**Seen Count** 8
**User** Kristina Kealoha (100000327974482)
**User** Alison Leewong (100000289012745)
**User** Rudy Puana (100000536522743)
**Seen** 2012-10-19 06:05:23 UTC
**Seen** 2012-09-11 21:36:41 UTC
**Seen** 2012-05-19 07:43:37 UTC
**Seen** 2012-05-01 03:34:04 UTC

EALOHA-16MC0366-FACEBOOK-AWONG-000031

**Seen**

    2012-05-01 03:34:04 UTC
**Seen** 2012-05-01 03:30:47 UTC
**Seen** 2012-05-01 03:30:47 UTC
**Seen** 2012-05-01 03:30:48 UTC


**Cookie** i28kTptpOLJTW3-xny6Y_k4j
**First Seen** 2011-07-18 17:38:19 UTC
**Seen Count** 1
    **User** Alison Leewong (100000289012745)
    **Seen** 2011-10-31 21:39:19 UTC


**Cookie** V_XaTKUElznBl33jUblua7t5
**First Seen** 2010-11-10 19:41:11 UTC
**Seen Count** 7
    **User** Alison Leewong (100000289012745)
    **Seen** 2011-10-25 23:36:50 UTC
    **Seen** 2011-10-19 23:34:03 UTC
    **Seen** 2011-10-19 03:27:43 UTC
    **Seen** 2011-10-19 02:26:15 UTC
    **Seen** 2011-09-02 02:28:33 UTC
    **Seen** 2011-07-18 21:19:43 UTC
    **Seen** 2011-07-18 21:14:16 UTC


**Unified** (id.635583306555869)
**Messages**  **Recipients** Steph Czech (1347020125)
    Tiare Driver Leong (1015124695)
    Michaela Putbres (100000309414695)
    Tina Johannes (100000169551675)
    Ann S. Freed (524090765)
    Mattie Ferguson Ford (100000207770220)
    Lisa Houghton (659621273)
    Angelica Madamba (100000220737643)
    Stacey Schiller (1208153542)
    Kay Lorraine (1438243141)
    Jocelyn Okudara (1344514889)
    Shanna Oshiro (1804763)
    Jackie Murphy (1105403795)
    Jennifer Erwin (100000121110251)
    Kalin Dudley (23411987)
    Ethel Alikpala Ward (732474565)
    Robin Hashimoto (1567580683)
    Jules Vice (1432951898)
    Masako Chambers (1239876820)
    Miri Kiryu (594822930)
    Giselle Limsingian (100001572760848)
    Rita Eastmond (1665729460)
    Sonia Petkewich (1204435303)
    Brenda Ramones Strimpfel (1631184108)
    Beth Tapec Lapenia (1600473070)
    Yvette Vargas (1135548073)
    Christina Rhodes-Tom (1354746124)
    Carlota Ader (100000791631540)

Madeleine De Carvalho (745454347)
Christine Hirabayashi (1837818769)
Jay Em (100000658355223)
Heather Guerrero Wong (1439067971)
Lisa Hancock Gomes (1382864097)
Alma Joy Duldulao-Ybarra (656764878)
Carla Colburn (100000026194163)
Jennifer Chung (1255726079)
Pua Honi Honi Johnson (1607383987)
Holly Lewya (100003189656269)
Mary Byrd (1635728631)
Meredith Vining (1072024180)
Alison Leewong (100000289012745)
Jaye Andersen Daspit (100000545461945)
Malia Luna Love (1471573116)
Stephanie Grande-Misaki (1195122951)
Sofia Rodrigues (100001691719836)
Tess Keliikoa (1453711614)
Kelly Swartman-Hogan (100000353166639)
Lisa Lacroix (1108720570)
Sarai Peredo (100000137111042)
Lahela Langan (1521182167)
Nicole Wallace (1142290208)

**Author** Nicole Wallace (1142290208)
**Sent** 2014-08-22 21:25:15 UTC
**IP** 104.166.100.172
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Jackie Murphy (1105403795)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)

EALOHA-16MC0366-FACEBOOK-AWONG-000033

Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Tess Keliikoa (1453711614)
**Sent** 2014-08-22 21:30:07 UTC
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)

EALOHA-16MC0366-FACEBOOK-AWONG-000034

Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Sonia Petkewich (1204435303)
**Sent** 2014-08-22 21:34:23 UTC
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)

EALOHA-16MC0366-FACEBOOK-AWONG-000035

Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Sonia Petkewich (1204435303)
**Sent** 2014-08-22 21:34:25 UTC
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)

Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Sofia Rodrigues (100001691719836)
**Sent** 2014-08-22 21:34:38 UTC
**Deleted** true

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Tess Keliikoa (1453711614)

EALOHA-16MC0366-FACEBOOK-AWONG-000037

**Sent**
2014-08-22 21:37:12 UTC
**Deleted** false


(xsLUHuxZ/NPDO+nidqdZRg)
**Recipients** Eric Apaka (1567311178)
Alison Leewong (100000289012745)
**Author** Eric Apaka (1567311178)
**Sent** 2009-12-20 09:48:54 UTC
**Deleted** false


(x/L61TQYpAvfFor3wUWyNQ)
**Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2009-11-09 19:38:08 UTC
**Deleted** false

**Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
Alison Leewong (100000289012745)
**Author** Trisha Kehaulani Watson-Sproat (1283873259)
**Sent** 2009-11-09 20:02:42 UTC
**Deleted** false


(mid.1396154803101:9c72f8d17e55fc9b17)
**Recipients** Alison Leewong (100000289012745)
(100001765406829)
**Author** (100001765406829)
**Sent** 2014-03-30 04:46:43 UTC
**IP** 64.62.201.9
**Deleted** false


(id.251347648250058)
**Recipients** Alison Leewong (100000289012745)
Brian Shimabukuro (100000232916476)
**Author** Brian Shimabukuro (100000232916476)
**Sent** 2011-10-21 08:02:40 UTC
**Deleted** false


(id.301095266582643)
**Recipients** Kristina Kealoha (100000327974482)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2011-10-19 02:53:09 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)

**Sent**
2011-10-19 03:25:55 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)
**Sent** 2011-12-27 23:57:46 UTC
**Deleted** false

**Recipients** Kristina Kealoha (100000327974482)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2012-10-19 06:14:06 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)
**Sent** 2014-01-11 06:15:16 UTC
**IP** 70.210.132.249
**Deleted** false


(mid.1396103124049:651f96769db063d034)
**Recipients** Alison Leewong (100000289012745)
(100002678176308)
**Author** (100002678176308)
**Sent** 2014-03-29 14:25:24 UTC
**IP** 64.62.201.6
**Deleted** false


(01cb55e03f71429ca2f81a94316add41)
**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-08-16 09:13:31 UTC
**Deleted** false


(mi5sMP0fvOIqdik76ZR+ig)
**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)
Facebook Site Governance (69178204322)
**Author** Facebook Site Governance (69178204322)
**Sent** 2009-10-29 20:51:36 UTC
**Deleted** false

**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)
**Author** Ross Bayer (201896)
**Sent** 2010-03-25 22:32:21 UTC
**Deleted** false

(mid.1455136760236:8c9d8843e450e86694)

**Recipients** Alison Leewong (100000289012745)
Imani Rose (100006205656941)
**Author** Imani Rose (100006205656941)
**Sent** 2016-02-10 20:39:21 UTC
**IP** 41.82.15.114
**Deleted** false


(Pi1gsz4bMqpGbbrp5jeUGw)

**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)
**Author** Junior Kekuewa Jr. (100000151862437)
**Sent** 2010-08-17 21:05:14 UTC
**Deleted** false


(V7FlhJTW+97fWmOV96yd5A)

**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)
**Author** Junior Kekuewa Jr. (100000151862437)
**Sent** 2010-01-29 18:49:52 UTC
**Deleted** false


(AuCoKqvZklV+Xsq3ajS37A)

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-14 09:15:50 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-15 02:29:21 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-15 17:48:49 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-31 07:54:30 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-03-12 07:17:29 UTC
**Deleted** false

EALOHA-16MC0366-FACEBOOK-AWONG-000040

This page intentionally left blank.

**Service** Facebook
**Target** 100000289012745
**Generated** 2016-12-19 21:18:14 UTC
**Date Range** 2005-01-01 10:00:00 UTC to 2016-12-19 21:17:36 UTC
**NCMEC Cybertips**

**Name**                    **First** Alison
                        **Middle**
                            **Last** Leewong

**Registered Email Addresses**

**Vanity Name** alison.leewong

**Registration Date** 2009-09-22 02:52:47 UTC

**Registration Ip**

**Account Closure Date**     **Account Still Active** true

**Phone Numbers**

**Credit Cards**

**Ip Addresses**     **IP Address** 206.195.188.253
                            **Time** 2013-05-29 02:14:42 UTC
                        **Action** Login

                    **IP Address** 173.117.203.170
                            **Time** 2012-10-19 06:05:23 UTC
                        **Action** Login

                    **IP Address** 184.194.40.52
                            **Time** 2012-09-11 21:36:41 UTC
                        **Action** Login

                    **IP Address** 72.62.34.75
                            **Time** 2012-05-19 07:43:37 UTC
                        **Action** Login

                    **IP Address** 174.145.134.134
                            **Time** 2012-05-01 03:34:04 UTC
                        **Action** Login

**IP Address**

74.82.64.35
**Time** 2011-10-31 21:39:19 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-10-25 23:36:50 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-10-19 23:34:03 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-10-19 03:27:43 UTC
**Action** Session updated

**IP Address** 206.195.188.253
**Time** 2011-10-19 02:26:15 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-09-02 02:28:33 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-07-18 21:19:43 UTC
**Action** Login

**IP Address** 206.195.188.253
**Time** 2011-07-18 21:14:16 UTC
**Action** Login

**Machines**          **Cookie** BcMjV_2RdpurXIFUvEqxk94Q
**First Seen** 2016-04-29 20:24:37 UTC
**Seen Count** 2
**Seen** 2016-04-29 20:24:41 UTC
**Seen** 2016-04-29 20:24:39 UTC

**Cookie** f2SlURqhVMi52ZExQON8941o
**First Seen** 2013-05-29 02:14:23 UTC
**Seen Count** 1
**User** Alison Leewong (100000289012745)
**Seen** 2013-05-29 02:14:42 UTC

**Cookie** 7PugTUdYPVdpPeeQrN38L4Po
**First Seen** 2011-04-10 00:38:04 UTC
**Seen Count** 8
**User** Kristina Kealoha (100000327974482)
**User** Alison Leewong (100000289012745)
**User** Rudy Puana (100000536522743)
**Seen** 2012-10-19 06:05:23 UTC
**Seen** 2012-09-11 21:36:41 UTC
**Seen** 2012-05-19 07:43:37 UTC
**Seen** 2012-05-01 03:34:04 UTC

EALOHA-16MC0366-FACEBOOK-AWONG-000043

**Seen**

    2012-05-01 03:34:04 UTC
**Seen** 2012-05-01 03:30:47 UTC
**Seen** 2012-05-01 03:30:47 UTC
**Seen** 2012-05-01 03:30:48 UTC


**Cookie** i28kTptpOLjTW3-xny6Y_k4j
**First Seen** 2011-07-18 17:38:19 UTC
**Seen Count** 1
    **User** Alison Leewong (100000289012745)
    **Seen** 2011-10-31 21:39:19 UTC


**Cookie** V_XaTKUElznBl33jUblua7t5
**First Seen** 2010-11-10 19:41:11 UTC
**Seen Count** 7
    **User** Alison Leewong (100000289012745)
    **Seen** 2011-10-25 23:36:50 UTC
    **Seen** 2011-10-19 23:34:03 UTC
    **Seen** 2011-10-19 03:27:43 UTC
    **Seen** 2011-10-19 02:26:15 UTC
    **Seen** 2011-09-02 02:28:33 UTC
    **Seen** 2011-07-18 21:19:43 UTC
    **Seen** 2011-07-18 21:14:16 UTC


**Unified** (xsLUHuxZ/NPDO+nldqdZRg)
**Messages**   **Recipients** Eric Apaka (1567311178)
                    Alison Leewong (100000289012745)
      **Author** Eric Apaka (1567311178)
        **Sent** 2009-12-20 09:48:54 UTC
    **Deleted** false


    (x/L61TQYpAvfFor3wUWyNQ)
      **Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
                      Alison Leewong (100000289012745)
        **Author** Alison Leewong (100000289012745)
          **Sent** 2009-11-09 19:38:08 UTC
      **Deleted** false

      **Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
                      Alison Leewong (100000289012745)
        **Author** Trisha Kehaulani Watson-Sproat (1283873259)
          **Sent** 2009-11-09 20:02:42 UTC
      **Deleted** false


    (id.301095266582643)
      **Recipients** Kristina Kealoha (100000327974482)
                      Alison Leewong (100000289012745)
        **Author** Alison Leewong (100000289012745)
          **Sent** 2011-10-19 02:53:09 UTC
      **Deleted** false

**Recipients**
Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)
**Sent** 2011-10-19 03:25:55 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)
**Sent** 2011-12-27 23:57:46 UTC
**Deleted** false

**Recipients** Kristina Kealoha (100000327974482)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2012-10-19 06:14:06 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)
**Sent** 2014-01-11 06:15:16 UTC
**IP** 70.210.132.249
**Deleted** false


(id.251347648250058)
**Recipients** Alison Leewong (100000289012745)
Brian Shimabukuro (100000232916476)
**Author** Brian Shimabukuro (100000232916476)
**Sent** 2011-10-21 08:02:40 UTC
**Deleted** false


(mid.1396103124049:651f96769db063d034)
**Recipients** Alison Leewong (100000289012745)
(100002678176308)
**Author** (100002678176308)
**Sent** 2014-03-29 14:25:24 UTC
**IP** 64.62.201.6
**Deleted** false


(mid.1396154803101:9c72f8d17e55fc9b17)
**Recipients** Alison Leewong (100000289012745)
(100001765406829)
**Author** (100001765406829)
**Sent** 2014-03-30 04:46:43 UTC
**IP** 64.62.201.9
**Deleted** false


(id.635583306555869)
**Recipients** Steph Czech (1347020125)

Tiare Driver Leong (1015124695)
Michaela Putbres (100000309414695)
Tina Johannes (100000169551675)
Ann S. Freed (524090765)
Mattie Ferguson Ford (100000207770220)
Lisa Houghton (659621273)
Angelica Madamba (100000220737643)
Stacey Schiiler (1208153542)
Kay Lorraine (1438243141)
Jocelyn Okudara (1344514889)
Shanna Oshiro (1804763)
Jackie Murphy (1105403795)
Jennifer Erwin (100000121110251)
Kalin Dudley (23411987)
Ethel Alikpala Ward (732474565)
Robin Hashimoto (1567580683)
Jules Vice (1432951898)
Masako Chambers (1239876820)
Miri Kiryu (594822930)
Giselle Limsingian (100001572760848)
Rita Eastmond (1665729460)
Sonia Petkewich (1204435303)
Brenda Ramones Strimpfel (1631184108)
Beth Tapec Lapenia (1600473070)
Yvette Vargas (1135548073)
Christina Rhodes-Tom (1354746124)
Carlota Ader (100000791631540)
Madeleine De Carvalho (745454347)
Christine Hirabayashi (1837818769)
Jay Em (100000658355223)
Heather Guerrero Wong (1439067971)
Lisa Hancock Gomes (1382864097)
Alma Joy Duldulao-Ybarra (656764878)
Carla Colburn (100000026194163)
Jennifer Chung (1255726079)
Pua Honi Honi Johnson (1607383987)
Holly Lewya (100003189656269)
Mary Byrd (1635728631)
Meredith Vining (1072024180)
Alison Leewong (100000289012745)
Jaye Andersen Daspit (100000545461945)
Malia Luna Love (1471573116)
Stephanie Grande-Misaki (1195122951)
Sofia Rodrigues (100001691719836)
Tess Keliikoa (1453711614)
Kelly Swartman-Hogan (100000353166639)
Lisa Lacroix (1108720570)
Sarai Peredo (100000137111042)
Lahela Langan (1521182167)
Nicole Wallace (1142290208)

**Author** Nicole Wallace (1142290208)
**Sent** 2014-08-22 21:25:15 UTC
**IP** 104.166.100.172
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)

EALOHA-16MC0366-FACEBOOK-AWONG-000046

Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Jackie Murphy (1105403795)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Tess Keliikoa (1453711614)
**Sent** 2014-08-22 21:30:07 UTC
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)

EALOHA-16MC0366-FACEBOOK-AWONG-000047

Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Sonia Petkewich (1204435303)
**Sent** 2014-08-22 21:34:23 UTC
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)

Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Sonia Petkewich (1204435303)
**Sent** 2014-08-22 21:34:25 UTC
**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)

EALOHA-16MC0366-FACEBOOK-AWONG-000049

Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Sofia Rodrigues (100001691719836)
**Sent** 2014-08-22 21:34:38 UTC
**Deleted** true

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)

Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)
**Author** Tess Keliikoa (1453711614)
**Sent** 2014-08-22 21:37:12 UTC
**Deleted** false


(Pi1gsz4bMqpGbbrp5jeUGw)
**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)
**Author** Junior Kekuewa Jr. (100000151862437)
**Sent** 2010-08-17 21:05:14 UTC
**Deleted** false


(mid.1455136760236:8c9d8843e450e86694)
**Recipients** Alison Leewong (100000289012745)
Imani Rose (100006205656941)
**Author** Imani Rose (100006205656941)
**Sent** 2016-02-10 20:39:21 UTC
**IP** 41.82.15.114
**Deleted** false


(01cb55e03f71429ca2f81a94316add41)
**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-08-16 09:13:31 UTC
**Deleted** false

EALOHA-16MC0366-FACEBOOK-AWONG-000051

(AuCoKqvZkiV+Xsq3ajS37A)

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-14 09:15:50 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-15 02:29:21 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-15 17:48:49 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-31 07:54:30 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-03-12 07:17:29 UTC
**Deleted** false

(V7FIhJTW+97fWmOV96yd5A)

**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)
**Author** Junior Kekuewa Jr. (100000151862437)
**Sent** 2010-01-29 18:49:52 UTC
**Deleted** false

(mi5sMP0fvOIqdik76ZR+ig)

**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)
Facebook Site Governance (69178204322)
**Author** Facebook Site Governance (69178204322)
**Sent** 2009-10-29 20:51:36 UTC
**Deleted** false

**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)
**Author** Ross Bayer (201896)
**Sent** 2010-03-25 22:32:21 UTC
**Deleted** false

**Service** Facebook
**Target** 100000289012745
**Generated** 2016-12-19 21:18:14 UTC
**Date Range** 2005-01-01 10:00:00 UTC to 2016-12-19 21:17:36 UTC
**Name**                    **First** Alison
                                   **Middle**
                                   **Last** Leewong


**Registered Email Addresses**


**Vanity Name** alison.leewong


**Registration Date** 2009-09-22 02:52:47 UTC


**Registration Ip**


**Account Closure Date**    **Account Still Active** true


**Phone Numbers**


**Credit Cards**


**Ip Addresses**           **IP Address** 206.195.188.253
                                   **Time** 2013-05-29 02:14:42 UTC
                                   **Action** Login

                                   **IP Address** 173.117.203.170
                                   **Time** 2012-10-19 06:05:23 UTC
                                   **Action** Login

**IP Address** 184.194.40.52
    **Time** 2012-09-11 21:36:41 UTC
    **Action** Login

**IP Address** 72.62.34.75
    **Time** 2012-05-19 07:43:37 UTC
    **Action** Login

**IP Address** 174.145.134.134
    **Time** 2012-05-01 03:34:04 UTC
    **Action** Login

**IP Address** 74.82.64.35
    **Time** 2011-10-31 21:39:19 UTC
    **Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-10-25 23:36:50 UTC
    **Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-10-19 23:34:03 UTC
    **Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-10-19 03:27:43 UTC
    **Action** Session updated

**IP Address** 206.195.188.253
    **Time** 2011-10-19 02:26:15 UTC
    **Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-09-02 02:28:33 UTC
    **Action** Login

**IP Address** 206.195.188.253
    **Time** 2011-07-18 21:19:43 UTC
    **Action** Login

KEALOHA-16MC0366-FACEBOOK-AWONG-000054

**IP Address** 206.195.188.253

**Time** 2011-07-18 21:14:16 UTC

**Action** Login


**Additional Properties** machines

ncmec_reports

unified_messages

**Machines**

**Cookie** BcMjV_2RdpurXlFUvEqxk94Q
**First Seen** 2016-04-29 20:24:37 UTC
**Seen Count** 2
    **Seen** 2016-04-29 20:24:41 UTC
    **Seen** 2016-04-29 20:24:39 UTC


**Cookie** f2SlURqhVMi52ZExQON8941o
**First Seen** 2013-05-29 02:14:23 UTC
**Seen Count** 1
    **User** Alison Leewong (100000289012745)
    **Seen** 2013-05-29 02:14:42 UTC


**Cookie** 7PugTUdYPVdpPeeQrN38L4Po
**First Seen** 2011-04-10 00:38:04 UTC
**Seen Count** 8
    **User** Kristina Kealoha (100000327974482)
    **User** Alison Leewong (100000289012745)
    **User** Rudy Puana (100000536522743)
    **Seen** 2012-10-19 06:05:23 UTC
    **Seen** 2012-09-11 21:36:41 UTC
    **Seen** 2012-05-19 07:43:37 UTC
    **Seen** 2012-05-01 03:34:04 UTC
    **Seen** 2012-05-01 03:34:04 UTC
    **Seen** 2012-05-01 03:30:47 UTC
    **Seen** 2012-05-01 03:30:47 UTC
    **Seen** 2012-05-01 03:30:48 UTC


**Cookie** i28kTptpOLJTW3-xny6Y_k4j
**First Seen** 2011-07-18 17:38:19 UTC
**Seen Count** 1
    **User** Alison Leewong (100000289012745)
    **Seen** 2011-10-31 21:39:19 UTC


**Cookie** V_XaTKUElznBl33jUblua7t5
**First Seen** 2010-11-10 19:41:11 UTC

KEALOHA-16MC0366-FACEBOOK-AWONG-000056

**Seen Count 7**

> **User** Alison Leewong (100000289012745)
> **Seen** 2011-10-25 23:36:50 UTC
> **Seen** 2011-10-19 23:34:03 UTC
> **Seen** 2011-10-19 03:27:43 UTC
> **Seen** 2011-10-19 02:26:15 UTC
> **Seen** 2011-09-02 02:28:33 UTC
> **Seen** 2011-07-18 21:19:43 UTC
> **Seen** 2011-07-18 21:14:16 UTC

KEALOHA-16MC0366-FACEBOOK-AWONG-000057

**Unified Messages** (xsLUHuxZ/NPDO+nIdqdZRg)
**Recipients** Eric Apaka (1567311178)
Alison Leewong (100000289012745)
**Author** Eric Apaka (1567311178)
**Sent** 2009-12-20 09:48:54 UTC
**Deleted** false


(x/L61TQYpAvfFor3wUWyNQ)
**Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2009-11-09 19:38:08 UTC
**Deleted** false

**Recipients** Trisha Kehaulani Watson-Sproat (1283873259)
Alison Leewong (100000289012745)
**Author** Trisha Kehaulani Watson-Sproat (1283873259)
**Sent** 2009-11-09 20:02:42 UTC
**Deleted** false


(id.301095266582643)
**Recipients** Kristina Kealoha (100000327974482)
Alison Leewong (100000289012745)
**Author** Alison Leewong (100000289012745)
**Sent** 2011-10-19 02:53:09 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)
**Sent** 2011-10-19 03:25:55 UTC
**Deleted** false

**Recipients** Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
**Author** Kristina Kealoha (100000327974482)
**Sent** 2011-12-27 23:57:46 UTC

Deleted false

Recipients Kristina Kealoha (100000327974482)
Alison Leewong (100000289012745)
Author Alison Leewong (100000289012745)
Sent 2012-10-19 06:14:06 UTC
Deleted false

Recipients Alison Leewong (100000289012745)
Kristina Kealoha (100000327974482)
Author Kristina Kealoha (100000327974482)
Sent 2014-01-11 06:15:16 UTC
IP 70.210.132.249
Deleted false


(id.251347648250058)
Recipients Alison Leewong (100000289012745)
Brian Shimabukuro (100000232916476)
Author Brian Shimabukuro (100000232916476)
Sent 2011-10-21 08:02:40 UTC
Deleted false


(mid.1396103124049:651f96769db063d034)
Recipients Alison Leewong (100000289012745)
(100002678176308)
Author (100002678176308)
Sent 2014-03-29 14:25:24 UTC
IP 64.62.201.6
Deleted false


(mid.1396154803101:9c72f8d17e55fc9b17)
Recipients Alison Leewong (100000289012745)
(100001765406829)
Author (100001765406829)
Sent 2014-03-30 04:46:43 UTC
IP 64.62.201.9

**Deleted** false

(id.635583306555869)

Recipients Steph Czech (1347020125)
Tiare Driver Leong (1015124695)
Michaela Putbres (100000309414695)
Tina Johannes (100000169551675)
Ann S. Freed (524090765)
Mattie Ferguson Ford (100000207770220)
Lisa Houghton (659621273)
Angelica Madamba (100000220737643)
Stacey Schiller (1208153542)
Kay Lorraine (1438243141)
Jocelyn Okudara (1344514889)
Shanna Oshiro (1804763)
Jackie Murphy (1105403795)
Jennifer Erwin (100000121110251)
Kalin Dudley (23411987)
Ethel Alikpala Ward (732474565)
Robin Hashimoto (1567580683)
Jules Vice (1432951898)
Masako Chambers (1239876820)
Miri Kiryu (594822930)
Giselle Limsingian (100001572760848)
Rita Eastmond (1665729460)
Sonia Petkewich (1204435303)
Brenda Ramones Strimpfel (1631184108)
Beth Tapec Lapenia (1600473070)
Yvette Vargas (1135548073)
Christina Rhodes-Tom (1354746124)
Carlota Ader (100000791631540)
Madeleine De Carvalho (745454347)
Christine Hirabayashi (1837818769)
Jay Em (100000658355223)
Heather Guerrero Wong (1439067971)
Lisa Hancock Gomes (1382864097)
Alma Joy Duldulao-Ybarra (656764878)
Carla Colburn (100000026194163)
Jennifer Chung (1255726079)
Pua Honi Honi Johnson (1607383987)
Holly Lewya (100003189656269)
Mary Byrd (1635728631)
Meredith Vining (1072024180)
Alison Leewong (100000289012745)
Jaye Andersen Daspit (100000545461945)
Malia Luna Love (1471573116)
Stephanie Grande-Misaki (1195122951)

KEALOHA-16MC0366-FACEBOOK-AWONG-000060

Sofia Rodrigues (100001691719836)
Tess Keliikoa (1453711614)
Kelly Swartman-Hogan (100000353166639)
Lisa Lacroix (1108720570)
Sarai Peredo (100000137111042)
Lahela Langan (1521182167)
Nicole Wallace (1142290208)

**Author** Nicole Wallace (1142290208)

**Sent** 2014-08-22 21:25:15 UTC

**IP** 104.166.100.172

**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Jackie Murphy (1105403795)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)

KEALOHA-16MC0366-FACEBOOK-AWONG-000061

Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Tess Keliikoa (1453711614)

**Sent** 2014-08-22 21:30:07 UTC

**Deleted** false


**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)

Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Sonia Petkewich (1204435303)

**Sent** 2014-08-22 21:34:23 UTC

**Deleted** false

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)

KEALOHA-16MC0366-FACEBOOK-AWONG-000063

Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Sonia Petkewich (1204435303)

**Sent** 2014-08-22 21:34:25 UTC

**Deleted** false


**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)
Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)

KEALOHA-16MC0366-FACEBOOK-AWONG-000064

Stephanie Grande-Misaki (1195122951)
Sonia Petkewich (1204435303)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Sofia Rodrigues (100001691719836)

**Sent** 2014-08-22 21:34:38 UTC

**Deleted** true

**Recipients** Carla Colburn (100000026194163)
Jennifer Erwin (100000121110251)
Sarai Peredo (100000137111042)
Tina Johannes (100000169551675)
Mattie Ferguson Ford (100000207770220)
Angelica Madamba (100000220737643)
Alison Leewong (100000289012745)
Michaela Putbres (100000309414695)
Kelly Swartman-Hogan (100000353166639)
Jaye Andersen Daspit (100000545461945)
Jay Em (100000658355223)
Carlota Ader (100000791631540)
Giselle Limsingian (100001572760848)
Sofia Rodrigues (100001691719836)

KEALOHA-16MC0366-FACEBOOK-AWONG-000065

Holly Lewya (100003189656269)
Tiare Driver Leong (1015124695)
Meredith Vining (1072024180)
Lisa Lacroix (1108720570)
Yvette Vargas (1135548073)
Stephanie Grande-Misaki (1195122951)
Stacey Schiller (1208153542)
Masako Chambers (1239876820)
Jennifer Chung (1255726079)
Jocelyn Okudara (1344514889)
Steph Czech (1347020125)
Christina Rhodes-Tom (1354746124)
Lisa Hancock Gomes (1382864097)
Jules Vice (1432951898)
Kay Lorraine (1438243141)
Heather Guerrero Wong (1439067971)
Tess Keliikoa (1453711614)
Malia Luna Love (1471573116)
Lahela Langan (1521182167)
Robin Hashimoto (1567580683)
Beth Tapec Lapenia (1600473070)
Pua Honi Honi Johnson (1607383987)
Brenda Ramones Strimpfel (1631184108)
Mary Byrd (1635728631)
Rita Eastmond (1665729460)
Shanna Oshiro (1804763)
Christine Hirabayashi (1837818769)
Kalin Dudley (23411987)
Ann S. Freed (524090765)
Miri Kiryu (594822930)
Alma Joy Duldulao-Ybarra (656764878)
Lisa Houghton (659621273)
Ethel Alikpala Ward (732474565)
Madeleine De Carvalho (745454347)

**Author** Tess Keliikoa (1453711614)

**Sent** 2014-08-22 21:37:12 UTC

**Deleted** false


(Pi1gsz4bMqpGbbrp5jeUGw)

**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)

**Author** Junior Kekuewa Jr. (100000151862437)

**Sent** 2010-08-17 21:05:14 UTC

**Deleted** false

KEALOHA-16MC0366-FACEBOOK-AWONG-000066

(mid.1455136760236:8c9d8843e450e86694)
**Recipients** Alison Leewong (100000289012745)
Imani Rose (100006205656941)
**Author** Imani Rose (100006205656941)
**Sent** 2016-02-10 20:39:21 UTC
**IP** 41.82.15.114
**Deleted** false

(01cb55e03f71429ca2f81a94316add41)
**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-08-16 09:13:31 UTC
**Deleted** false

(AuCoKqvZklV+Xsq3ajS37A)
**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-14 09:15:50 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-15 02:29:21 UTC
**Deleted** false

**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-15 17:48:49 UTC
**Deleted** false

**Recipients**

KEALOHA-16MC0366-FACEBOOK-AWONG-000067

George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-01-31 07:54:30 UTC
**Deleted** false


**Recipients** George Furukawa (1129921915)
Alison Leewong (100000289012745)
**Author** George Furukawa (1129921915)
**Sent** 2011-03-12 07:17:29 UTC
**Deleted** false



(V7FlhJTW+97fWmOV96yd5A)
**Recipients** Junior Kekuewa Jr. (100000151862437)
Alison Leewong (100000289012745)
**Author** Junior Kekuewa Jr. (100000151862437)
**Sent** 2010-01-29 18:49:52 UTC
**Deleted** false



(mi5sMP0fvOIqdik76ZR+ig)
**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)
Facebook Site Governance (69178204322)
**Author** Facebook Site Governance (69178204322)
**Sent** 2009-10-29 20:51:36 UTC
**Deleted** false


**Recipients** Ross Bayer (201896)
Alison Leewong (100000289012745)
**Author** Ross Bayer (201896)
**Sent** 2010-03-25 22:32:21 UTC
**Deleted** false

KEALOHA-16MC0366-FACEBOOK-AWONG-000068