CYNTHIA A. KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail:  c_kagiwada@hotmail.com

Attorney for Defendant
KATHERINE P. KEALOHA

RUSTAM A. BARBEE, HSBA #5655
ATTORNEY AT LAW
1188 Bishop Street, Suite 2606
Honolulu, Hawaii    96813
Telephone:   (808) 524-4406
Facsimile:     (808) 524-4306
E-mail: Rustam@HonoluluAttorney.com

Attorney for Defendant
LOUIS M. KEALOHA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    vs.<br><br>KATHERINE P. KEALOHA (1),<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>GORDON SHIRAISHI (5), and<br>DANIEL SELLERS (6),<br><br>      Defendants. | CR NO. 17-00582-JMS<br><br>DEFENDANTS KATHERINE  P. KEALOHA'S AND LOUIS M. KEALOHA'S MOTION TO FILE EXHIBITS "A"-"M" UNDER SEAL IN SUPPORT OF MOTION IN LIMINE #5; CERTIFICATE OF SERVICE |

**DEFENDANTS KATHERINE P. KEALOHA'S AND
LOUIS M. KEALOHA'S MOTION TO FILE EXHIBITS "A" – "M" UNDER
SEAL IN SUPPORT OF MOTION IN LIMINE # 5**

COMES NOW the defendants, KATHERINE P. KEALOHA, by and

through counsel, Cynthia A. Kagiwada, and LOUIS M. KEALOHA, by and

through counsel Rustam A. Barbee, and hereby move this Honorable Court for an

order sealing Exhibits "A"-"M" in support of the Motion in Limine #5, filed May

8, 2019. This motion is filed pursuant to L.R. 83.12 (Haw.).

The exhibits are subject to the Court's Protective Order Regarding

Discovery, filed November 28,2017.

DATED: Kaneohe, Hawaii, May 8, 2019.

Respectfully submitted,


_____ /s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
KATHERINE  P. KEALOHA


_____ /s/ Rustam A. Barbee
RUSTAM A. BARBEE
Attorney for Defendant
LOUIS  M. KEALOHA

2