UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE P. KEALOHA (1),<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3), and<br>MINH-HUNG NGUYEN (4),<br><br>　　　　　　　　　Defendants. | CR. NO. 17-00582 JMS-RLP<br><br>ORDER FOR DISMISSAL OF COUNT 9 IN FIRST SUPERSEDING INDICTMENT |

ORDER FOR DISMISSAL OF COUNT 9

Upon consideration of the United States' Notice of Dismissal of Count 9 in the First Superseding Indictment filed on May 9, 2019, and pursuant to Federal Rule of Criminal Procedure Rule 48(a) and in the interests of justice, leave of court is GRANTED for the United States to dismiss Count 9 of the First Superseding Indictment filed on March 22, 2018.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 10, 2019.



　　　/s/ J. Michael Seabright
　　　J. Michael Seabright
　　　Chief United States District Judge

*United States v. Kealoha, et al.*, Cr. No. 17-00582 JMS-RLP, Order for Dismissal of Count 9 in First Superseding Indictment