CYNTHIA A. KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail: c_kagiwada@hotmail.com

Attorney for Defendant
KATHERINE P. KEALOHA

RUSTAM A. BARBEE, HSBA #5655
ATTORNEY AT LAW
1188 Bishop Street, Suite 2606
Honolulu, Hawaii   96813
Telephone:   (808) 524-4406
Facsimile:     (808) 524-4306
E-mail: Rustam@HonoluluAttorney.com

Attorney for Defendant
LOUIS M. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KATHERINE P. KEALOHA (1),<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>GORDON SHIRAISHI (5), and<br>DANIEL SELLERS (6),<br><br>  Defendants. | CR NO. 17-00582-JMS<br><br>DEFENDANTS KATHERINE  P. KEALOHA'S  AND LOUIS M. KEALOHA'S EXHIBIT LIST |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| 1001 | | | | | Trial Testimony excerpt |
| 1002 | | | | | Disbursement instructions |
| 1003 | | | | | Central Pacific Bank Documents |
| 1004 | | | | | Metlife document |
| 1005 | | | | | Settlement statement |
| 1006 | | | | | HECM counseling certificate |
| 1007 | | | | | Amortization schedule |
| 1008 | | | | | Check dated 06/01/04 |
| 1009 | | | | | Check dated 07/21/04 |
| 1010 | | | | | Check dated 12/10/04 |
| 1011 | | | | | Check dated 06/05/12 |
| 1012 | | | | | Check dated 04/01/09 |
| 1013 | | | | | Check dated 05/14/09 |
| 1014 | | | | | Check dated 09/16/10 |
| 1015 | | | | | Check dated 08/18/10 |
| 1016 | | | | | Check dated 09/15/11 |
| 1017 | | | | | Check dated 10/07/11 |
| 1018 | | | | | Check dated 09/09/11 |
| 1019 | | | | | Email chain |
| 1020 | | | | | Special Verdict form |
| 1021 | | | | | Photograph |
| 1022 | | | | | Affidavit |
| 1023 | | | | | 05/22/10 HPD incident report #14-188486 re unknown party scratching John Hinazumi's vehicle |
| 1024 | | | | | 02/23/09 – HPD incident report #09-069382 – attempted burglary at Kealoha residence – shattered front door glass |
| 1025 | | | | | 06/24/11 -HPD incident report #11-226328 – Misc Pub re Eric Kramer/Gerard Puana argument over parking |
| 1026 | | | | | 06/27/11 – HPD incident report #11-230568 re Gerard Puana UED – Kramer residence |
| 1027 | | | | | 03/29/12 – HPD incident report #12-123874 re burglary 2nd – Bobby Nguyen report that someone entered Kealoha garage & disabled surveillance |
| 1028 | | | | | 03/29/12 – HPD incident report #12-123875 re attempted burglary |
| 1029 | | | | | 04/17/12 – HPD incident report #12-140843 MISC PUB re female reporting man yelling and swearing in front of her |
| 1030 | | | | | 04/17/12 – HPD incident report #12-150896 MISC PUB re Kat Kealoha relating an unknown male stood outside her residence and shouted vulgar |
| 1031 | | | | | 04/18/12 – HPD incident report #12-141647 MISC PUB re female reporting unknown man yelling and |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| | | | | | screaming about his |
| 1032 | | | | | 04/18/12 – HPD incident report #12-141648 MISC PUB re female reporting unknown person yelling about constitutional |
| 1033 | | | | | 06/22/13 – HPD incident report #13-226943 Theft 2 re unknown suspect stealing mailbox from Kealoha residence |
| 1034 | | | | | 06/22/13 – HPD 443 Card re mailbox theft |
| 1035 | | | | | 06/23/13 – HPD incident report #13-233141 Burg. 2nd re Kat Kealoha reporting unknown person entered her garage and damaged a vehicle |
| 1036 | | | | | 06/27/13 – HPD incident report #13-233821 and MISC PUB re Gerard Puana reporting two trucks were following him at various places/times |
| 1037 | | | | | 06/27/13 – HPD incident report #13-233824 and MISC PUB re Gerard Puana reporting two trucks were following him at various places/times |
| 1038 | | | | | 06/27/11 - HPD Report No. 11-230568 Prepared by HPD Officer Kyle C. Chu |
| 1039 | | | | | 06/27/11 – HPD Report No. 11-230568 Prepared by HPD Officer William Ellis |
| 1040 | | | | | 06/27/11 – HPD Report No. 11-230568 Prepared by HPD Officer Chad Gibo |
| 1041 | | | | | 01/28/09 Purchase Contract for Greenwood Condo – 1128 Ala Napunani Street, #1803, Honolulu, HI |
| 1042 | | | | | 06/30/13 – Colored photos of Gerard Puana taken by US Marshal |
| 1043 | | | | | 07/08/13 – MOI of Shaughnessy interview of Destenie Turner w/photo lineup of Gerard Puana |
| 1044 | | | | | 06/10/16 FBI 302 by SA Caryn Ackerman re emails sent by Lynn Kawano |
| 1045 | | | | | Undated Letter from Danny Santiago to Michael Wheat w/screen shots from Lynn Kawano texts |
| 1046 | | | | | 10/30/15 Lawn and Order Bill to Chief Louis Kealoha |
| 1047 | | | | | State of Hawaii Department of Commerce and Consumer Affairs Registration for Lawn and Order, LLC |
| 1048 | | | | | 11/09/12 – Check written by Jaunette DeMello Quiroz to Cash in the amount of $1,385 |
| 1049 | | | | | 12/17/14 & 12/18/14 – Emails between Kat Kealoha and Brian |
| 1050 | | | | | 06/29/13 – HPD arrest report of Gerard Puana |
| 1051 | | | | | 09/19/13 – Motion to Correct Illegal Sentence – Gerard Puana UED |
| 1052 | | | | | 06/28/11 – Petition for Ex Parte Temporary Restraining Order filed by Julie Honey Dean Kramer against Gerard Puana |
| 1053 | | | | | 06/24/11 – HPD incident report #11-226064 MISC |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| | | | | | PUB re Gerard Puana insisting on speaking to Chief Kealoha |
| 1054 | | | | | 12/30/15 FBI 302 re 07.23.15 investigation of Gerard Puana [re coffee cup incident & mailbox turning 180 degrees] |
| 1055 | | | | | 06/27/11 - Video of Gerard Puana throwing coffee cup incident – Black Ford Explorer - .avi |
| 1056 | | | | | 03/13/12 – Judgment of Conviction and Probation Sentence – CR 11-1-0895 |
| 1057 | | | | | 03/13/12 – Minutes re Gerard Puana Deferred Acceptance of No Contest Plea |
| 1058 | | | | | 03/13/12 – Continuation of Clerk's minutes re Gerard Puana sentenced to serve 47 days |
| 1059 | | | | | 03/13/12 – Continuation of Clerk's Minutes from Phase A |
| 1060 | | | | | Sand Island Documents |
| 1061 | | | | | 07/02/13 – USDC Arrest warrant for Gerard Puana |
| 1062 | | | | | Phone records for XXX.XXX4984 from 01.03.13 through 04.2015 |
| 1063 | | | | | HI DMV Motor Vehicle Registration for Gerard Puana, Plate: NYG349<br>Make: Pontiac; Type: 4DSD: Yr: 2005 |
| 1064 | | | | | 06/30/13 – HPD interview of G. Puana [by D. Akagi] w/Brian Shaughnessy present 06-30 Interview Gerard Puana HPD-Serial 31 |
| 1065 | | | | | Hoohiki Docket List in State v. G. Puana - 1PC11-1-000895 |
| 1066 | | | | | 07/05/11 - Warrant of Arrest for G. Puana in State v. G. Puana, 1PC11-1-000895 |
| 1067 | | | | | 06/29/11 – Arrest report for G. Puana re HPD Report No. 11-230568 |
| 1068 | | | | | 06/29/11 - Order Pertaining to Bail in State v. G. Puana, 1PC11-1-000895 |
| 1069 | | | | | 12/12/11 G. Puana's No Contest Plea and Motion to Defer in State v. G. Puana, 1PC11-1-000895 |
| 1070 | | | | | 03/12/13 - Judgment of Conviction and Probation Sentence - State v. G. Puana, 1PC11-1-000895 |
| 1071 | | | | | 03/12/13 Terms and Conditions of Probations in State v. G. Puana, 1PC11-1- |
| 1072 | | | | | 03/28/12 - Waiver of Extradition in State v. G. Puana, 1PC11-1-000895 |
| 1073 | | | | | 05/10/12 - G. Puana's Motion for Reconsideration of Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1074 | | | | | 05/10/12 - Declaration of Counsel in Support of G. Puana's Motion for Reconsideration of Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1075 | | | | | 06/12/12 - Order Granting Motion for DANC and Conditions of Probation in State v. G. Puana, 1PC11- |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| | | | | | 1-000895 |
| 1076 | | | | | 06/14/13 - Waiver of Extradition in State v. G. Puana, 1PC11-1-000895 |
| 1077 | | | | | 09/19/13 - State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1078 | | | | | 08/23/13 - Ex. A (Court Calender View of 1P1020001475) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1079 | | | | | 08/23/13 - Ex. B (Court Calender View of 1P1020001476) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1080 | | | | | 08/23/13 - Ex. C (Court Calender View of 1P1020001972) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1081 | | | | | 12/12/11 - Ex. D (G. Puana COP and Motion to Defer) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1082 | | | | | 03/13/12 - Ex. E (Judgment of Conviction) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1083 | | | | | 03/13/12 - Ex. E (Terms and Conditions of Probation) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1084 | | | | | 05/10/12 - Ex. F (G. Puana's Motion for Reconsideration of Sentence) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1085 | | | | | 05/10/12 - Ex. F (Decl. of Counsel to G. Puana's Motion for Reconsideration of Sentence) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1086 | | | | | 06/15/12 - Ex. G (Order Granting DANC) to State's Motion to Correct Illegal Sentence in State v. G. Puana, 1PC11-1-000895 |
| 1087 | | | | | 11/14/13 - G. Puana's Opposition to State's Motion to Correct Illegal Sentence |
| 1088 | | | | | 11/25/13 - Order Denying State's Motion to Correct Illegal Sentence |
| 1089 | | | | | 08/26/11 – Letter from Sand Island Treatment Center to Judge Wilson re: G. Puana |
| 1090 | | | | | 02/13/17 - G. Puana's calendars and bank records referred to at his 9/22/16 FBI interview re: 2007-2013 events with K. Kealoha |
| 1091 | | | | | 06/21/13 – Photo of mailbox |
| 1092 | | | | | 06/21/13 - Various still video shots of street and Kealoha residence and white car |
| 1093 | | | | | 06/29/13 - Document Entitled "Defendant's Exhibit "P" (First Circuit Judicial Determination of Probable |

5

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
|  |  |  |  |  | Cause-G. Puana, HPD No. 13-226943 and Affidavit in Support of Warrantless Arrest-NaleiSooto) |
| 1094 |  |  |  |  | 07/08/13 - Document Entitled "Defendant's Exhibit "Z" (7/8/13 Letter from USPS Inspector Brian Shaughnessy to Les Osborne Re: Case No. 1984950-MT, Honolulu, HI: Violation of Title 18, USC Section 1705, Destruction of Letter Boxes or Mail; by GERARD K. PUANA) |
| 1095 |  |  |  |  | 06/29/13 - Document Entitled "Defendant's Exhibit "BB" (First Circuit Judicial Determination of Probable Cause-G. Puana, HPD No. 13-226943 and Affidavit in Support of Warrantless Arrest-NaleiSooto |
| 1096 |  |  |  |  | 06/29/13 - Document Entitled "Defendant's Exhibit "CC" (HPD Arrest Report-Gerard Puana in HPD Report No. 13-226943) |
| 1097 |  |  |  |  | 01/26/10 - Document Entitled "Defendant's Exhibit "EE" (1/26/10 Email from K. Kealoha to G. Puana Re: Greenwood and payments to K. Kealoha's acct XXXX-XX1502) |
| 1098 |  |  |  |  | 07/08/13 - Document Entitled "Defendant's Exhibit BBB" (USPS Memorandum of Interview (prepared by Brian Shaughnessy) re: interview of BOH representative Destenie Turner who confirmed G. Puana on 1/23/13 improperly attempted to access F. Puana and K. Kealoha's bank statements) |
| 1099 |  |  |  |  | 12/18/09 - Document entitled "Exhibit 4" (12/18/09 Email from G. Puana to K. Kealoha reverse mortgage "secret") |
| 1100 |  |  |  |  | Undated - Document entitled "Exhibit 6" (U.S. Marshals Service photos of face shot of G. Puana and hand tattoo MP with skull, G. K. Puana FID XXX2607) |
| 1101 |  |  |  |  | 12/02/14 - Defendant's Second Amended Exhibit List in U.S. v. G. Puana, Cr. No. 13-00735 LEK |
| 1102 |  |  |  |  | 09/30/14 - Deposition Transcript of G. Puana in F. Puana v. K. Kealoha, Civil No. 13-1-0686-03 VLC |
| 1103 |  |  |  |  | 07/08/13 - 7/8/13 USPS Report Case No. 1984950 re: G. Puana (prepared by Brian Shaughnessy) to AUSA L. Osborne, Exs. 1-7 |
| 1104 |  |  |  |  | 12/03/14 - Federal Court Notice to AUSA L. Osborne Re: Records Produced by ASB on 11/29/14 pursuant to Grand Jury Subpoena, Records are mainly bank statements from G. Puana Account No. 09-0532439, from the period 12/8/09 to 1/8/14 |
| 1105 |  |  |  |  | 11/14/14 - Depo Transcript of "Kay" Florence K. Hartsell in F. Puana et al v. K. Kealoha, Civ. No. 13-1-0686-03 |
| 1106 |  |  |  |  | 11/14/14 - Depo Transcript of Ricky L. Hartsell in F. |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
|  |  |  |  |  | Puana et al v. K. Kealoha, Civ. No. 13-1-0686-03 |
| 1107 |  |  |  |  | 11/14/14 - Depo Transcript of Carolyn DeMello in F. Puana et al v. K. Kealoha, Civ. No. 13-1-0686-03 |
| 1108 |  |  |  |  | 11/19/14 - Cont'd Depo Transcript of Carolyn DeMello in F. Puana et al v. K. Kealoha, Civ. No. 13-1-0686-03 |
| 1109 |  |  |  |  | 2013-2014 - Documents from F. Puana et al v. K. Kealoha, Civ. No. 13-1-0686-03 (Discovery, Court Submissions, etc.) |
| 1110 |  |  |  |  | 06/29/13 - Exhibit "2" in Civil No. 13-1-0685-03, K. Kealoha Depo (Photo of BOH Check Card of Gerard Puana, XXXX XXXX XXXX 9579) |
| 1111 |  |  |  |  | 06/29/13 - Exhibit "9" in Civil No. 13-1-0685-03, K. Kealoha Depo (Island Title Corp. Final Statement dated 10/6/09 Re: Borrower-The John Puana and Florence Puana Trusts, Lender-MetLife Home Loans REVERSE MORTAGE for $513, 474.20) |
| 1112 |  |  |  |  | 06/29/13 - Exhibit "15" in Civil No. 13-1-0685-03, K. Kealoha Depo (9/19/13 Final Settlement Statement (HUD-1) re: Sale of 3934 Nioi Place, Honolulu, Hi 96816, Seller: John Puana Trust /Florence Puana Trust |
| 1113 |  |  |  |  | 06/29/13 - Exhibit "16" in Civil No. 13-1-0685-03, K. Kealoha Depo (10/05/09 Apartment Deed (in Trust) from Reynold and Una Lee to K. Kealoha, Trustee of Gerard K. Puana Revocable Trust, re: 1128 Ala Napunani St., #1803 or "Greenwood") |
| 1114 |  |  |  |  | 07/11/13 - Grand Jury Testimony of Brian Shaughnessy in the matter of USDC GRAND JURY INVESTIGATION No. 13-I-78 |
| 1115 |  |  |  |  | 06/00/13 - Documents re: Dru Akagi and HPD No. 13-226943 (June 2013) (PORTIONS REDACTED) |
| 1116 |  |  |  |  | 07/14/14 - 7/14/14 Supplemental Report Covering Alleged Destruction of Mailbox Re; G. Puana from Brian Shaughnessy to L. Osborne with Exhibits |
| 1117 |  |  |  |  | 12/00/03 thru 12/00/13 - G. Puana's Calendars from 12/03 to 12/13 |
| 1118 |  |  |  |  | Undated - Memo from G. Kurashima re: various document provided and notes re: civil case |
| 1119 |  |  |  |  | 10/05/09 - 10/5/09  Apartment Deed (To Trust) from Reynold Lee and Una Lee to Katherine Kealoha, Trustee for the G K. Puana Revocable Trust, re: 1128 Ala Napunani St., #1803, Honolulu, Hi 96818 |
| 1120 |  |  |  |  | 01/28/09 Purchase Contract, 1128 Ala Napunani St., #1803, Honolulu, HI 96818, respectively |
| 1121 |  |  |  |  | 12/01/12 thru 07/31/13 - HSFCU Statements for F. Puana and G. Puana account (Acct No. XXXX0340) from 12/01/12-7/31/13, Deposit and Cancelled Checks |
| 1122 |  |  |  |  | 12/01/12 thru 06.30/15 - HSFCU Statements for G. |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| | | | | | Puana account (Acct No. XXXX0660) from 12/01/12-6/30/15, Deposit and Cancelled Checks |
| 1123 | | | | | 07/30/15 - Email from HSFCU compliance manager William Akamine to Laurice Otsuka, FBI, re: RECEIPTS FOR PUANA ACCOUNT NOs XXXX0660 and XXXX0340 |
| 1124 | | | | | 01/07/13 thru 07/16/13 - HSFCU Receipts for Account No. XXXX0340, shows "GERARD K. PUANA" signatures |
| 1125 | | | | | 10/31/12 thru 12/02/14 - HSFCU Receipts for Account No. XXXX0660 shows "GERARD K. PUANA" signatures |
| 1126 | | | | | 07/17/15 - Certificate of Authenticity of ASB Business Records Signed by Renette Cabatic, ASB Legal Docs Assistant, pursuant to Grand Jury Subpoena |
| 1127 | | | | | 07/16/15 - Letter from ASB Legal Docs Assistant Renette Cabatic to FBI Agent Jeff Felmann re: Additional Records for K. Kealoha and G. Puana |
| 1128 | | | | | 12/08/08 thru 06/08/15 - ASB Bank Statements for Acct No. 00905-32439 (Gerard K. Puana) from 12/8/08 tp 6/8/15, deposits and cancel ed checks |
| 1129 | | | | | 01/03/11 thru 06/30/15 - ASB Deposit, Debits, and Cancelled Checks for ASB Account No. XXXXX-X2439 (Gerard K. Puana) from 1/3/11 to 6/30/15 |
| 1130 | | | | | 12/04/14 - Transcript of Jury Trial in USA v. G. Puana, Cr No. 13-00375 LEK, Testimony of Niall Silva and Louis Kealoha |
| 1131 | | | | | 07/02/13 - 7/2/13 CID Closing Report prepared by HPD Det. Dru Akagi in HPD Report No. 13-226943 (Theft 2) Complainant: K. Kealoha, 1018 Kealaolu Ave |
| 1132 | | | | | 01/23/15 – Trial Testimony of Gerard Puana – 13-1-0686 |
| 1133 | | | | | 01/27/15 – Trial Testimony of Gerard Puana -13-1-0686 |
| 1134 | | | | | 01/28/15 - Trial Testimony of Gerard Puana - 13-1-0686 |
| 1135 | | | | | 01/29/15 - Trial Testimony of Gerard Puana - 13-1-0686 |
| 1136 | | | | | 01/30/15 - Trial Testimony of Gerard Puana - 13-1-0686 |
| 1137 | | | | | 01/22/15 Trial Testimony Shari Motooka-Higa- 13-1-0686 |
| 1138 | | | | | 01/22/15 and 01/23/15 Trial Testimony Carolyn Demello- 13-1-0686 |
| 1139 | | | | | 02/04/15 - Trial Testimony Destenie Turner- 13-1-0686 |
| 1140 | | | | | 02/04/15 - Trial Testimony Lealani Puana- 13-1-0686 |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| 1141 | | | | | 02/04/15 - Trial Testimony Rudolph Puana- 13-1-0686 |
| 1142 | | | | | Gerard Puana's American Savings Bank Monthly Statements and Checks to Gerard Puana, from January 2003 to December 2009 – P-1 |
| 1143 | | | | | Bank of Hawaii ."Arbonne" Account No. XXX2522, Monthly Bank Statements, September 2007 to December 2009 – P-2 |
| 1144 | | | | | Gerard Puana American Savings Bank Acct. No. XXX2439 Monthly Statements & Check Deposited to Kealoha, BOH Joint Account No. XXX1502 – P-4 |
| 1145 | | | | | Greenwood Apt. 1803 Purchase Contract, dated January 28, 2009 – P-10 |
| 1146 | | | | | Greenwood Apt. 1803 Counter Offer, dated February 3, 2009 – P-11 |
| 1147 | | | | | Greenwood Apt. 1803, Addendum, signed by Kealoha, March 26, 2009 - P-12 |
| 1148 | | | | | Greenwood Apt. 1803, Addendum, signed by Kealoha, April 15, 2009 - P-13 |
| 1149 | | | | | Greenwood Apt. 1803, Addendum, signed by Kealoha, April 26, 2009 P-14 |
| 1150 | | | | | Greenwood Apt. 1803, Addendum, signed by Kealoha, June 30, 2009 - P-15 |
| 1151 | | | | | Greenwood Apt. 1803, Addendum, signed by Kealoha, July 14, 2009 - P-16 |
| 1152 | | | | | Greenwood Apt. 1803, Addendum, signed by Kealoha, August 17, 2009 - P-17 |
| 1153 | | | | | Greenwood Apt. 1803 Addendum, initialed September 8, 2009 - P-18 |
| 1154 | | | | | Greenwood Apt. 1803, Addendum, signed by Kealoha September 9, 2009 - P-19 |
| 1155 | | | | | Greenwood Apt. 1803, Buyer's Estimated Settlement Statement, printed Oct. 22, 2009 - P-20 |
| 1156 | | | | | Greenwood Apt. 1803 Buyer's Final Settlement Statement, dated Oct 14, 2009 - P-21 |
| 1157 | | | | | Greenwood Buyer/Borrower's Vesting Instruction, dated May 1, 2009 - P-22 |
| 1158 | | | | | Kealoha's Greenwood Apt. 1803 Deposit Check $1,000, dated January 28, 2009 - P-23 |
| 1159 | | | | | Kealoha's Greenwood Apt. 1803 Deposit Check $4,000; dated January 28, 2009 - P-24 |
| 1160 | | | | | Kealoha's Greenwood Apt. 1803 "Rental Check $3,600, dated March 17, 2009 - P-25 |
| 1161 | | | | | Kealoha's Greenwood Apt. 1803 "Rental" Check $1,800, dated April 6, 2009 - P-26 |
| 1162 | | | | | Kealoha's Greenwood Apt. 1803 "Rental" Check $1,800, dated May 13, 2009 - P-27 |
| 1163 | | | | | Kealoha's Greenwood Apt. 1803 "Rental" Check $1,800, dated June 3, 2009 - P-28 |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| 1164 | | | | | Kealoha's Greenwood Apt. 1803 "Rental" Check $1,800, dated July 10, 2009 - P-29 |
| 1165 | | | | | Sears Receipt, dated December 3, 2009 – P-30 |
| 1166 | | | | | Homeworld Receipt, dated December 3, 2009 – P-31 |
| 1167 | | | | | Discount Furniture Warehouse, dated July 16, 2010 – P-32 |
| 1168 | | | | | Apartment Deed (To Trust) Apt. 1803 – P-33 |
| 1169 | | | | | Plaintiffs Florence Puana and Gerard Puana Complaint, filed March 7, 2013 – P-34 |
| 1170 | | | | | Defendant Katherine Kealoha First Amended Answer to Complaint and First Amended Counterclaim; filed August 20, 2014 – P-35 |
| 1171 | | | | | Gerard Puana's ASB, Safe Deposit Lease Agreement, Box No. XXX0434, dated September 8, 2006 – P-37 |
| 1172 | | | | | Gerard Puana's American Savings Bank, Safe Deposit Box No. XXX0434, Log of Access to Safe Deposit Box – P-38 |
| 1173 | | | | | DCCA Arbonne International Trade Name – P-40 |
| 1174 | | | | | Sole Proprietorship Signature Card, Bank of Hawaii, Acct. No. XXX2522, Katherine Puana Kealoha dba Arbonne International, dated September 11, 2007 - P-41 |
| 1175 | | | | | Bank of Hawaii Arbonne Account No. XXX2522 Check Card for Gerard Puana - P-42 |
| 1176 | | | | | 2004 – Gerard Puana Calendar – P-88 |
| 1177 | | | | | 2005 – Gerard Puana Calendar – P-89 |
| 1178 | | | | | 2006 – Gerard Puana Calendar – P-90 |
| 1179 | | | | | 2007 – Gerard Puana Calendar – P-91 |
| 1180 | | | | | 2008 – Gerard Puana Calendar – P-92 |
| 1181 | | | | | 2009 – Gerard Puana Calendar – P-93 |
| 1182 | | | | | 2010 – Gerard Puana Calendar – P-94 |
| 1183 | | | | | 2011 – Gerard Puana Calendar – P-95 |
| 1184 | | | | | 2011 – Gerard Puana Amended 2011 Calendar – P-95A |
| 1185 | | | | | 2012 – Gerard Puana Calendar – P-96 |
| 1186 | | | | | 1128 Ala Napunani Purchase Contract (Exhibit A to Gerard Puana Deposition) – D-1 |
| 1187 | | | | | ler's Real Property Disclosure Statement (Exhibit C to Gerard Puana Deposition) – D-3 |
| 1188 | | | | | Document Receipt and Approval (Exhibit D to Gerard Puana Deposition) – D-4 |
| 1189 | | | | | Agmnt to Occupy Prior to Close of Escrow. (Exhibit E to Gerard Puana Deposition) – D-5 |
| 1190 | | | | | Email dated June 22, 2011 (Exhibit F to Gerard Puana Deposition) – D-6 |
| 1191 | | | | | Gerard Puana's Answers To Interrogatories (Exhibit G to Gerard Puana Deposition) – D-7 |
| 1192 | | | | | Various months of appointment calendar (Exhibit H to Gerard Puana Deposition) -D-8 |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| 1193 | | | | | Check No. 1439 (Exhibit I to Gerard Puana Deposition) – D-9 |
| 1194 | | | | | Check No. 1514 (Exhibit J to Gerard Puana Deposition) – D-10 |
| 1195 | | | | | Check No. 1591 (Exhibit K to Gerard Puana Deposition) – D-11 |
| 1196 | | | | | Check No. 1269 (Exhibit L to Gerard Puana Deposition) – D-12 |
| 1197 | | | | | Check No. 1070 (Exhibit M to Gerard Puana Deposition) – D-13 |
| 1198 | | | | | Check No. 1073 (Exhibit N to Gerard Puana Deposition) – D-14 |
| 1199 | | | | | Check No. 1084 (Exhibit O to Gerard Puana Deposition) – D-15 |
| 1200 | | | | | Check No. 1106 (Exhibit P to Gerard Puana Deposition) – D-16 |
| 1201 | | | | | Check Nos. 2119 and 2120 (Exhibit Q to Gerard Puana Deposition) – D-17 |
| 1202 | | | | | Check Nos. 2199 and 2200 (Exhibit R to Gerard Puana Deposition) – D-18 |
| 1203 | | | | | Check Nos. 2265 and 2267 (Exhibit S to Gerard Puana Deposition) - D-19 |
| 1204 | | | | | Check Nos. 2271 and 22 72 (Exhibit T to Gerard Puana Deposition) – D-20 |
| 1205 | | | | | Check Nos. 2307 and 2308 (Exhibit U to Gerard Puana Deposition) - D-21 |
| 1206 | | | | | Letter dated April 4, 2012 from Kealoha to Tabacco (Exhibit W to Gerard Puana 0eoosition) – D-23 |
| 1207 | | | | | Bank of Hawaii Cashier's Check (Exhibit Y to Gerard Puana Deposition) – D-25 |
| 1208 | | | | | Discount Furniture Warehouse Receipt (Exhibit Z to Gerard Puana Deposition) – D-26 |
| 1209 | | | | | 2009-2010 Real Property Tax Bill (Exhibit M to Gerard Puana Deposition) – D-27 |
| 1210 | | | | | Emails between Gerard and Kealoha (Exhibit BB to Gerard Puana Deposition) – D-28 |
| 1211 | | | | | Email dated Dec. 18, 2009 from Gerard to Kathy (Exh. EE to Gerard Puana Deposition) – D-31 |
| 1212 | | | | | Homeworld receipt dated December 03, 2009 (Exh. FF to Gerard Puana Deposition) – D-32 |
| 1213 | | | | | Sears Installed Merchandise Agreement (Exhibit GG to Gerard Puana Deposition) – D-33 |
| 1214 | | | | | Excerpts of records from ASB re safe box – D101 |
| 1215 | | | | | Records from ASB re Safebox – D-102 |
| 1216 | | | | | HFCU Records re Florence – D-103 |
| 1217 | | | | | ASB Records Volumes 1 & 2 – D-104 |
| 1218 | | | | | ASB Records re Account No. 00905 – D-105 |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| 1219 | | | | | January 25, 2011 - Shell Oil gas card for Gerard – D-112 |
| 1220 | | | | | 2011 - Email Gerard Puana – D-114 |
| 1221 | | | | | Gerard Calendars Produced November 21, 2014 – D-115 |
| 1222 | | | | | June 3, 2009 - First American Title Payment – D-118 |
| 1223 | | | | | KK Escrow Check – D-119 |
| 1224 | | | | | Gerard Answers To Interrogatories – D-137 |
| 1225 | | | | | Missing portions of P-1 and P-4 extracted from D-105 – D-281 |
| 1226 | | | | | Small envelope – D-282 |
| 1227 | | | | | Larger envelope – D-283 |
| 1228 | | | | | Photo of Mailbox |
| 1229 | | | | | Copy of photo of mailbox pedestal |
| 1230 | | | | | Undated - Copy of colored photo of mailbox after remodel was completed |
| 1231 | | | | | Photograph of possible suspect Stephen Capone – 2013 |
| 1232 | | | | | Photograph of Mailbox Pedestal 1018 Kealaolu Avenue Taken – Measurement of mailbox pedestal 05.11.19 |
| 1233 | | | | | Photograph of Mailbox Pedestal 1018 Kealaolu Avenue Taken – Closeup Measurement of mailbox pedestal (26 inches) 05.11.19 |
| 1234 | | | | | Photograph of Mailbox Pedestal 1018 Kealaolu Avenue Taken – Base of mailbox pedestal 05.11.19 |
| 1235 | | | | | Photograph of Mailbox Pedestal 1018 Kealaolu Avenue Taken – Topf of mailbox pedestal 05.11.19 |
| 1236 | | | | | Photograph of Mailbox Pedestal 1018 Kealaolu Avenue Taken – Measurement of middle of mailbox pedestal (14.5 inches) 05.11.19 |
| 1237 | | | | | Destenie Turner emails to Robert Marks dated 9-16-14, including EIR for Katherine Puana Kealoha on 1-15-13 |
| 1238 | | | | | Gerard K. Puana List of Items for Sand Island Treatment Center 7.13 |
| 1239 | | | | | Amazon.com search for Solar Group Inc. Cast Aluminum Pedestal Mailbox, 12.26.14 |
| 1240 | | | | | Video of Gerard K. Puana – 6/27/11 (need sheet ID CD as submitted with original exhibits) - coffee cup video |
| 1241 | | | | | Video of Mailbox Theft Video – Short Version 6/21/13 (need sheet ID CD as submitted with original exhibits) |
| 1242 | | | | | Satellite Map of 3934 Nioi Place 5.19 |
| 1243 | | | | | Terrain Map of 3934 Nioi Place 5.19 |
| 1244 | | | | | Photograph of 3934 Nioi Place – Front View – 5.19 |

| Plf No | Def. No. | Date Offered | Mkd | Adm | Description |
|---|---|---|---|---|---|
| 1245 | | | | | Photograph of 3934 Nioi Place – Front Right Side View – 5.19 |
| 1246 | | | | | Photograph of 3934 Nioi Place – Front Left Side View – 5.19 |
| 1247 | | | | | Photograph of 3934 Nioi Place – Rear Left Side View –5.19 |
| 1248 | | | | | Photograph of 3934 Nioi Place – Rear Right View – 5.19 |
| 1249 | | | | | 1128 Napunani Street, #1803, Honolulu HI – current tax assessment (certified copy) |
| 1250 | | | | | 1128 Napunani Street, #1803, Honolulu HI – apartment deed recorded 10/14/09 in the name of Gerard K. Puana Trust (certified copy) |
| 1251 | | | | | 1128 Napunani Street, #1803, Honolulu HI – substitution of trustee recorded 1/13/15 (certified copy) |
| 1252 | | | | | Email #1 from Gerard Puana to Katherine Kealoha with photograph 6.22.11 |
| 1253 | | | | | Email #2 from Gerard Puana to Katherine Kealoha with photograph  6.22.11 |
| 1254 | | | | | HPD Officer Michael Garcia Appraisal Report dated 6.30.13 |
| 1255 | | | | | HPD Officer Michael Garcia Correspondence with Letha Decaires, Ethics Commission, 1.27.15 to 2.12.15 |
| 1256 | | | | | FBI 302 by Caryn Ackerman and Jeffrey Felmann - HPD Officer Michael Garcia interview, 12.8.15 |
| 1257 | | | | | Indictment – United States v. Gerard Puana, CR No. 13-00735, 7.11.13 |
| 1258 | | | | | FBI 302 by Jeffrey Felmann – Interview of Jeffrey Fryer 10.14.15 |
| 1259 | | | | | FBI 302 by Jeffrey Felmann and Caryn Ackerman – Interview of Jeffrey Fryer 10.15.15 |
| 1260 | | | | | FBI 302 by Jeffrey Felmann – Additional Information received from Jeffrey Fryer 10.13.15 |

DATED: Kaneohe, Hawaii, May 13, 2019.

Respectfully submitted,


       /s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
KATHERINE P. KEALOHA


       /s/ Rustam A. Barbee
RUSTAM A. BARBEE
Attorney for Defendant
LOUIS M. KEALOHA