# BAYS LUNG ROSE HOLMA
Attorneys at Law

Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813

P.O. Box 1760
Honolulu, Hawaii 96806

Tel: (808) 523-9000
Fax: (808) 533-4184
E-mail: mail@legalhawaii.com
www.legalhawaii.com

A Partnership of
Law Corporations

Harvey J. Lung
Crystal K. Rose
Karin L. Holma
Bruce D. Voss
Craig P. Wagnild
Ryan H. Engle
Michael C. Carroll
Adrian L. Lavarias
Sarah M. Love
Matthew C. Shannon
Christian D. Chambers
David R. Major

Grant F. Allison
Georgia Anton
Andrew D. Chianese
Lianne T. Chung
James G. Diehl
John D. Ferry III
Sharon E. Har
David A. Imanaka
Jason W. Jutz
Jai Keep-Barnes
Michael R. Kirgan
Brian M. Mullin
Sharon Paris
Katherine E. Vessels

Of Counsel:
A. Bernard Bays
Jean K. Campbell

Jason N. Baba
(1957-2001)

May 10, 2019

The Honorable J. Michael Seabright
United States District Court
 For the District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

    Re:    United States of America v. Katherine Kealoha,
             Case No. 1:17-cr-00582-JMS-RLP

Dear Judge Seabright:

    Our office represents Gray Media Group Inc., d/b/a KGMB/KHNL, owner and operator of Hawaii News Now, and its reporter Lynn Kawano regarding the above-referenced matter. On May 10, 2019, we filed a Motion to Strike Journalist Lynn Kawano from Witness List or, In the Alternative, to Preclude Her Exclusion from Any Part of the Trial ("Motion"). With the Motion, our office filed a Pro Hac Vice Application for Leita Walker, Esq. ("Application"). Given the short timeframe to address the Motion and Application, my office would like to request that Ms. Walker be permitted to attend any hearing on the Motion or Application by telephone.

    Thank you for your consideration of this request. Should the Court have any questions or concerns, please feel free to contact me.

                        Best Regards,

                        BAYS LUNG ROSE & HOLMA

                        By: _____
                           David R. Major
                           Attorney at Law, A Law Corporation
                           Its General Partner

DRM:tsm

cc:    Michael Wheat
       Eric Beste
       Myles Breiner
       Kevin Sumida
       Cynthia Kagiwada

744309