CYNTHIA A. KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail:  c_kagiwada@hotmail.com

Attorney for Defendant
KATHERINE P. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR NO. 17-00582-JMS-WRP |
|---|---|
| Plaintiff, | DEFENDANT KATHERINE P. KEALOHA'S STATEMENT OF NON-OPPOSITION TO MOTION TO STRIKE LYNN KAWANO FROM THE WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| KATHERINE P. KEALOH(1), LOUIS M. KEALOHA (2), DEREK WAYNE HAHN (3), MINH-HUNG NGUYEN, *aka Bobby Nguyen* (4), and GORDON SHIRAISHI (5) | |
| Defendants. | |

**DEFENDANT KATHERINE P. KEALOHA'S
STATEMENT OF NON-OPPOSITION TO
<u>STRIKE LYNNKAWANO FROM THE WITNESS LIST</u>**

KATHERINE P. KEALOHA, by and through counsel, Cynthia

Kagiwada, states that she has no opposition to striking Lynn Kawano from the

witness list.

The defense listed Ms. Kawano as a witness based on information received through discovery. However, upon further reflection, it does not appear that Ms. Kawano has relevant testimony to offer with respect to the charges in the instant case.

DATED: Kaneohe, Hawai'i, May 15, 2019.

Respectfully submitted,


　 /s/  Cynthia Kagiwada
CYNTHIA KAGIWADA
Attorney for Defendant
KATHERINE P. KEALOHA