## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA, ET AL,<br><br>　　　　　　Defendants. | CR. NO. 17-00582 JMS-WRP<br><br>IN RE NOTICE OF PARTIES' SUBMISSION OF JURORS TO BE EXCUSED FOR CAUSE; EXHIBIT A |

### IN RE NOTICE OF PARTIES' SUBMISSION OF JURORS TO BE EXCUSED FOR CAUSE

On May 15, 2019, the Government submitted, on behalf of all the parties, a list of prospective jurors that all the parties agree should be excused for cause.   This list is attached as Exhibit A.  Also on May 15, 2019, the court excused all the prospective jurors listed at Exhibit A, with the exception of Juror No. 77.

DATED:  Honolulu, Hawaii, May 16, 2019.



　/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

**UNITED STATES v. KEALOHA, et. al.,**
**Case No. 17CR0582-JMS-WRP**
**EXCUSE FOR CAUSE: Parties Consolidated List**
**15 May 2019**

Exhibit A

| JUROR NUMBER | LAST NAME | FIRST NAME |
|---|---|---|
| 002 | TADAKI | RAE |
| 005 | WATANABE | CHAD |
| 011 | CARBERRY | MICHAEL |
| 012 | MARZAN | LAVERNE |
| 018 | OHYE | MITCHELL |
| 019 | SZETO | YU MING |
| 021 | WATANABE | NEIL |
| 029 | AOKI | COLBY |
| 031 | FOSTER | JAMES |
| 032 | CHAN | RICHARD |
| 036 | GARDNER | WILLIE |
| 037 | BALAURO | JACE |
| 039 | ZAVAS | LUKANICOLE |
| 045 | HO | JAMES |
| 047 | HANOG | WARREN |
| 048 | CHANG SATO | CATHLEEN |
| 052 | TYLER | MARJORIE |
| 053 | MASANIAI | FAALELELEI |
| 054 | DEMELLO | ROBIN |
| 056 | ASATO | BARNEY |
| 058 | MCPEEK | ROBERT |
| 060 | UNCIANO | ROLAND |

1

**UNITED STATES v. KEALOHA, et. al.,**
**Case No. 17CR0582-JMS-WRP**
**EXCUSE FOR CAUSE: Parties Consolidated List**
**15 May 2019**

| JUROR NUMBER | LAST NAME | FIRST NAME |
|---|---|---|
| 063 | CHANG | LORNA |
| 065 | TOYAMA | MAXX CULLEN |
| 069 | DELOS SANTOS | RODERICK |
| 070 | COWLAND | STEPHEN |
| 073 | SPRAGUE | VIRGINIA |
| 077 | FUKUNAGA | ARLENE |
| 080 | DARNELL | EVAN |
| 082 | MOORE | JACK |
| 086 | FACTORA | IRIS |
| 088 | SAKAMOTO | SCOTT |
| 089 | OKADA | GWEN SACHIYO |
| 091 | ISA | EARLYN |
| 094 | MONES | HERMELIN |
| 095 | LEE | YUK YING |
| 096 | ORTOGERO | TIANA |
| 097 | LUNA | LEIGHTHAN |
| 099 | NANBU | GLENN |
| 104 | WONG | ING |
| 105 | LAGURA | WILLIAM |
| 109 | FORLOINE | VANESSA |
| 113 | ABE | ANNA |
| 114 | SAKAMOTO | DAVID |

**UNITED STATES v. KEALOHA, et. al.,**
**Case No. 17CR0582-JMS-WRP**
**EXCUSE FOR CAUSE: Parties Consolidated List**
**15 May 2019**

| JUROR NUMBER | LAST NAME | FIRST NAME |
|---|---|---|
| 119 | NGUYEN | KAI |
| 121 | UYEHARA | FAYE |
| 124 | YOGI | PATRICIA |
| 125 | ANDOW | JANA |
| 128 | YOSHIMURA | GEORGE |
| 129 | RUBASCH | CATHERINE |
| 132 | HOM | MELANIE |
| 135 | TESHIMA | LAWSON |
| 138 | HIRATA | DOUGLAS |
| 147 | KALANI | ALFRED STANLEY |
| 148 | FERNANDEZ | CHRISTINE |
| 150 | KAINA | CHARLA |
| 152 | UDARBE | SHERREN |
| 154 | ORDONIO | RAYMOND |
| 156 | UMEMOTO | PAMELA |
| 158 | OKUMOTO | KARIN |
| 161 | NAKAMURA | BRIAN |
| 163 | WONG | HERBERT |
| 164 | ROGERS | DEBORAH |
| 165 | CABUS | KATHY |
| 168 | LIN | XIAOJING |
| 172 | NAGAREDA | SUMMER |

**UNITED STATES v. KEALOHA, et. al.,**
**Case No. 17CR0582-JMS-WRP**
**EXCUSE FOR CAUSE: Parties Consolidated List**
**15 May 2019**

| JUROR NUMBER | LAST NAME | FIRST NAME |
|:---:|---|---|
| 175 | GUILLEN | PATRICK |
| 177 | FERNANDEZ | JESSICA |
| 178 | CHUNG | SARAH |
| 180 | PALPALLATOC | CHAD |
| 185 | CHIKAMORI | CORDETTE |
| 188 | TOMA | RONALD |
| 190 | BAUTISTA | CHRISTOPHER |
| 191 | LEE | JILL |
| 192 | TUPUOLA | KIMILEE |
| 193 | WEBSTER-SCHULTZ | SUSAN |
| 198 | KIYOTA | RONALD |
| 206 | KIBE | GERALD |
| 207 | FIESTA | APPLE GEM |
| 211 | VERDUSCO | DAMIONE |
| 218 | TANABE | CHRISTOPHER |
| 220 | WATANABE | LAURA |
| 225 | SATO | ELLEN |
| 229 | ORTIZ | JULIET |
| 232 | VAZQUEZ | ARMANDO |
| 236 | GARCIA | MARIA BONA |
| 237 | CARANTO | JEMELLE |
| 239 | HIRANO | HELEN |

4

# UNITED STATES v. KEALOHA, et. al.,
## Case No. 17CR0582-JMS-WRP
## EXCUSE FOR CAUSE: Parties Consolidated List
## 15 May 2019

| JUROR NUMBER | LAST NAME | FIRST NAME |
|:---:|:---|:---|
| 242 | NACAPUY | MHEL |
| 244 | GLAZIER | GARTH |
| 246 | JEANS | DARRON |
| 247 | MURAKOSHI | SUE |
| 248 | MOSHER | NINA |
| 251 | COLOMA | SUSIE |
| 252 | YOUNG | TARA |
| 260 | MCKINNEY | BRITTANY |
| 266 | BARRETT | SUSAN |
| 268 | CRAMER | SCOTT |
| 269 | TAKENAKA | CARRIE |
| 270 | SOUSA | MARK |
| 278 | CHUN | STANFORD |
| 279 | WONG | RONALD |
| 280 | HALL | JOHN |
| 282 | BONE | MARK |
| 283 | AGUADA | JAIME |
| 286 | ASUNCION | JOEMAR |
| 287 | DANBARA | MICHAEL |
| 293 | MARIANO | VELMA |
| 294 | AMOSA | AMOSA |
| 297 | BERNARDINO-MUN | BRIANA |

**UNITED STATES v. KEALOHA, et. al.,**
**Case No. 17CR0582-JMS-WRP**
**EXCUSE FOR CAUSE: Parties Consolidated List**
**15 May 2019**

| JUROR NUMBER | LAST NAME | FIRST NAME |
|---|---|---|
| 303 | DUCOTE | MARIA |
| 305 | SIMMONS | JON KAWENA |
| 308 | LURBE | CHEZERAE |
| 309 | SILLS | MARGIE |
| 315 | LUM | KIMBERLY M |
| 319 | SANTOKI | CLARISSA |
| 324 | MEDEIROS | DENISE |
| 330 | AGBUNAG | TRINNIE ASUNCION |
| 331 | KURATSU | DYLAN TADAYOSHI |
| 332 | WONG | JENSON |
| 336 | KAWABATA | RYAN |
| 338 | KAU | DEBORAH LYNN |
| 340 | FERMANTEZ | ALBERT |
| 344 | KOJIMA | WAYNE |
| 351 | TAKEUCHI | GAIL |
| 352 | TERRY | THOMAS |
| 353 | DAYOAN | LORRAINE |
| 354 | UMEDA | SHARON |
| 359 | KELIIPULEOLE | SHAROLE |
| 360 | ALVARADO | JOCELYN |
| 364 | JAY | JARROD KIMO MASAMI |
| 365 | CALHAU | JOHANNA |

**UNITED STATES v. KEALOHA, et. al.,**
**Case No. 17CR0582-JMS-WRP**
**EXCUSE FOR CAUSE: Parties Consolidated List**
**15 May 2019**

| JUROR NUMBER | LAST NAME | FIRST NAME |
|---|---|---|
| 368 | PASCUA | CYNTHIA |
| 370 | PARACUELLES-CALARO | CHRSTIAN-JAY |
| 373 | KAHOOHALAHALA | KALAIKA |
| 376 | CASTRO | CAMERIN |
| 378 | MIYASHIRO | JACI |
| 381 | LI | HONGLONG |
| 389 | SULA | TIANA |
| 392 | KAWAHARA | KEIKO |
| 393 | TILTON | CHARLES |
| 394 | SAKAMOTO | SHARYNNE |
| 395 | VICTOR | NICOLE |
| 401 | CABILES | LEILANI |
| 402 | KO | PRISCILLA CHE YUN |
| 403 | OLIVEROS | PACITA |
| 404 | GALINDO-CURAMMENG | LIZA |
| 414 | TACDOL | DUSTIN IKAIKA |
| 415 | LING | SYDETTE SATOMI |
| 422 | DELGADO | DAVID |
| 423 | CHO | COURTNEY |
| 428 | KEAO | RUSSELL |
| 429 | TIMMERMAN | MARK P |