IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KATHERINE P. KEALOHA (1);<br>LOUIS M. KEALOHA (2);<br>DEREK WAYNE HAHN (3);<br>MINH-HUNG NGUYEN (4); and<br>GORDON SHIRAISHI (5),<br><br>　　　　　　　Defendants. | CR. NO. 17-00582 JMS-WRP<br><br>ORDER GRANTING IN PART, DENYING IN PART, AND HOLDING IN ABEYANCE IN PART KEALOHAS' FIFTH MOTION IN LIMINE, ECF NO. 575 |

## ORDER GRANTING IN PART, DENYING IN PART, AND HOLDING IN ABEYANCE IN PART KEALOHAS' FIFTH MOTION IN LIMINE, ECF NO. 575

　　　　　On May 8, 2019, Defendants Katherine Kealoha and Louis Kealoha ("Kealohas") filed their Fifth Motion in Limine, moving "for an order prohibiting the government from introducing . . . evidence as untimely produced and/or irrelevant . . . ." ECF No. 575-1 at PageID #4950; *see also* ECF No. 575.  A hearing was held on the Motion on May 16, 2019.  At the hearing, the Kealohas withdrew the Motion as to Mark Owen and Carly Lum.  For the reasons stated on the record at the May 16, 2019 hearing, the court rules as follows:

　　　　　The Motion is DENIED as to David Oleksow.

The Motion is DENIED as to Thomas Woodard.

The Motion is DENIED as to Edwin Nam.

The Motion is GRANTED as to Patricia Blanchette.

The Motion is GRANTED as to Lisa Diercks.

The Motion is DENIED as to Mark Gonyea.

The Motion is DENIED as to Noel Herold.

The Motion is DENIED as to the photographs of Bobby Nguyen.

The Motion is HELD IN ABEYANCE as to the notary public evidence.

The Motion is DENIED as to Laurice Otsuka.

For the foregoing reasons, the Kealohas' Fifth Motion in Limine, ECF No. 575, is GRANTED IN PART, DENIED IN PART, and HELD IN ABEYANCE IN PART.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 16, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*United States v. Kealoha, et al.*, Cr. No. 17-00582 JMS-WRP, Order Granting in Part, Denying in Part, and Holding in Abeyance in Part Kealohas' Fifth Motion in Limine, ECF No. 575