WILLIAM P. BARR
Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/6695/8817/9144
Email: michael.wheat@usdoj.gov

Attorneys for the United States

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2019

at  11  o'clock and  0 4  min.  A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KATHERINE P. KEALOHA (1),<br>　aka Katherine E. Kealoha,<br>　aka Kathy Kealoha,<br>　aka Kat,<br>　aka Alison Lee Wong,<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>　aka Bobby Nguyen, and<br>GORDON SHIRAISHI (5),<br><br>　　　　　Defendants. | Cr. No. 17-00582 JMS-RLP<br><br>MOTION TO SEAL UNITED STATES'<br>MOTIONS TO (1) DECLARE<br>FLORENCE PUANA UNAVAILABLE;<br>AND (2) ADMIT RULE 15<br>DEPOSITION TESTIMONY;<br>REQUEST FOR IMMEDIATE<br>HEARING |

The United States moves for an order sealing the United States' Motion to Declare Florence Puana Unavailable and Admit Rule 15 Deposition Testimony. The

United States' motion is replete with details about Ms. Puana's current health prognosis and condition.

The basis for the sealing request is two-fold. First, the jury selection process has already started in this matter. Given the nature of the United States' motion, sealing is appropriate in order to protect the integrity of the jury selection process and ensure the rights to a fair trial are not abridged. *See United States v. Guerrero*, 693 F.3d 990, 1002 (9th Cir. 2012). Second, given the medical details contained throughout the United States' motion, sealing at this time is appropriate to protect Ms. Puana's privacy interest. *See G. v. Hawai'i*, 2010 WL 2607483, at *1 (D. Haw. June 25, 2010) (finding that the need to protect medical privacy qualifies as a compelling reason to overcome the presumption of public access) (citing cases). The United States anticipates that certain information contained in the United States' motion may be discussed in open court in the near future; at that time, unsealing some or all of the United States' motion may be appropriate. However, in the immediate timeframe, the United States respectfully submits sealing is necessary.

Respectfully submitted,

DATED: May 17, 2019

WILLIAM P. BARR
Attorney General
ROBERT S. BREWER, JR.
United States Attorney

*/s/ Colin McDonald*
COLIN M. MCDONALD
Special Attorney to the United States