WILLIAM P. BARR
Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8437/6695/8817/9144
Email: michael.wheat@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>        v.<br><br>KATHERINE P. KEALOHA, et al.,<br><br>                    Defendants. | Cr. No. 17-00582 JMS-RLP<br><br>MOTION TO SEAL LODGMENT OF SUMMARY CHARTS |

On June 12, 2019, the United States filed a motion *in limine* to admit certain summary charts. *See* ECF No. 725. On June 13, 2019, the United States lodged the subject summary charts under seal with the Court. In order to prevent premature dissemination of these summary charts, the United States hereby moves to seal its lodgment of summary charts with the Court.

//

//

In the event the charts are published at trial, they will be unsealed and made publicly available at that time.

Respectfully submitted,

Dated: June 13, 2019

                                   WILLIAM P. BARR
                                   United States Attorney General
                                   ROBERT S. BREWER, JR.
                                   United States Attorney

                                   */s/ Colin M. McDonald*
                                   MICHAEL G. WHEAT
                                   JOSEPH J.M. ORABONA
                                   JANAKI S. GANDHI
                                   COLIN M. MCDONALD
                                   Special Attorneys to the Attorney General

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE P. KEALOHA, et al.,<br><br>Defendants. | Cr. No. 17-00582 JMS-WRP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Colin M. McDonald, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2019.

*/s/ Colin M. McDonald*
COLIN M. MCDONALD
