ORIGINAL   CC : JMS
8013

RECEIVED BY OVERNIGHT FILING

LAW OFFICES OF EARLE A. PARTINGTON
EARLE A. PARTINGTON  #1568
1010 Bishop Street, Suite 1330
Honolulu, Hawai`i  96813
Telephone No. 808-526-9500
Fax No.: 808-537-1144
info@partington-foley.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 5 2019

at 4 o'clock and 39 min. P M
SUE BEITIA, CLERK

Cocounsel for
KATHERINE P. KEALOHA (1)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA (1)<br>  *aka Katherine E. Kealoha,*<br>  *aka Kathy Kealoha,*<br>  *aka Kat,*<br>  *aka Alison Lee Wong,*<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>  *aka Bobby Nguyen,*<br>GORDON SHIRAISHI (5), and<br>DANIEL SELLERS (6),<br><br>                    Defendants. | Case No. CR 17-00582 JMS-WRP<br><br>NOTICE OF APPEARANCE OF COCOUNSEL FOR DEFENDANT KATHERINE P. KEALOHA; CERTIFICATE OF SERVICE |

## NOTICE OF APPEARANCE OF COCOUNSEL
## FOR DEFENDANT KATHERINE P. KEALOHA

COMES NOW THE LAW OFFICES OF EARLE A. PARTINGTON and

EARLE A. PARTINGTON, and hereby enters his appearance as co-counsel for

defendant Katherine P. Kealoha in this case.


DATED:    HONOLULU, HAWAII,   June 15, 2019.

EARLE A. PARTINGTON
Cocounsel for Defendant
KATHERINE P. KEALOHA (1)