# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br> v.<br><br>KATHERINE P. KEALOHA (1),<br> aka *Katherine E. Kealoha,*<br> aka *Kathy Kealoha,*<br> aka *Kat,*<br> aka *Alison Lee Wong*,<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br> aka *Bobby Nguyen*,<br>GORDON SHIRAISHI (5),<br><br>      Defendants. | CR. NO. 17-00582 JMS-RLP<br><br>UNITED STATES'<br>PROPOSED VERDICT FORMS |

  The United States of America, through its counsel, William S. Barr, Attorney General, Robert S. Brewer, Jr., United States Attorney, and Michael G. Wheat, Joseph J.M. Orabona, Janaki S. Gandhi, and Colin M. McDonald, Special Attorneys to the Attorney General, hereby files its Proposed Verdict Forms, one for each defendant.

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHERINE P. KEALOHA (1),<br>  aka Katherine E. Kealoha,<br>  aka Kathy Kealoha,<br>  aka Kat,<br>  aka Alison Lee Wong,<br><br>    Defendant. | CR. NO. 17-00582 JMS-RLP<br><br>VERDICT |

We, the jury, find the defendant KATHERINE P. KEALOHA

_____ of Conspiracy, as charged in Count One of the Indictment
Guilty / Not Guilty

If you find defendant KATHERINE P. KEALOHA guilty of the conspiracy charge in Count One, then answer the following:

We unanimously found the conspirators agreed to commit (select all that apply):

☐ Deprivation of Civil Rights
☐ Obstruction of an Official Proceeding
☐ False Statement to Government Agency
☐ Obstruction of Justice

_____ of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty    in district court from Louis M. Kealoha on or about December 4, 2014, as charged in Count Two of the Indictment

_____ of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty    from Gordon Shiraishi before the Federal grand jury on or about January 7, 2016, as charged in Count Three of the Indictment

VERDICT
KATHERINE P. KEALOHA

| | |
|---|---|
| _____ <br> Guilty / Not Guilty | of Attempt to Obstruct an Official Proceeding by false testimony from Minh-Hung Nguyen before the Federal grand jury on or about April 21, 2016, as charged in Count Six of the Indictment |
| _____ <br> Guilty / Not Guilty | of Attempt to Obstruct an Official Proceeding by false testimony from Minh-Hung Nguyen before the Federal grand jury on or about May 19, 2016, as charged in Count Eight of the Indictment |
| _____ <br> Guilty / Not Guilty | of False Statement to a Federal Officer by Gordon Shiraishi on or about November 16, 2015, as charged in Count Ten of the Indictment |

SO SAY WE ALL.

DATED: _____.
Honolulu, Hawaii                          _____
                                                           FOREPERSON OF THE JURY

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LOUIS M. KEALOHA (2),<br><br>            Defendant. | CR. NO. 17-00582 JMS-RLP<br><br>VERDICT |

We, the jury, find the defendant LOUIS M. KEALOHA

_____ of Conspiracy, as charged in Count One of the Indictment

Guilty / Not Guilty

If you find defendant LOUIS M. KEALOHA guilty of the conspiracy charge in Count One, then answer the following:

We unanimously found the conspirators agreed to commit (select all that apply):

☐ Deprivation of Civil Rights
☐ Obstruction of an Official Proceeding
☐ False Statement to Government Agency
☐ Obstruction of Justice

_____ of Attempt to Obstruct an Official Proceeding by false testimony in district court from Louis M. Kealoha on or about December 4, 2014, as charged in Count Two of the Indictment

Guilty / Not Guilty

_____ of Attempt to Obstruct an Official Proceeding by false testimony from Gordon Shiraishi before the Federal grand jury on or about January 7, 2016, as charged in Count Three of the Indictment

Guilty / Not Guilty

VERDICT
LOUIS M. KEALOHA

_____   of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty    from Minh-Hung Nguyen before the Federal grand jury on or
                       about April 21, 2016, as charged in Count Six of the Indictment

_____   of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty    from Minh-Hung Nguyen before the Federal grand jury on or
                       about May 19, 2016, as charged in Count Eight of the Indictment

_____   of False Statement to a Federal Officer by Gordon Shiraishi on
Guilty / Not Guilty    or about November 16, 2015, as charged in Count Ten of the
                       Indictment


SO SAY WE ALL.


DATED: _____.
Honolulu, Hawaii                              _____
                                              FOREPERSON OF THE JURY

2

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>DEREK WAYNE HAHN (3),<br><br>　　　　　　　　Defendant. | CR. NO. 17-00582 JMS-RLP<br><br>VERDICT |

We, the jury, find the defendant DEREK WAYNE HAHN

_____ of Conspiracy, as charged in Count One of the Indictment
Guilty / Not Guilty

If you find defendant DEREK WAYNE HAHN guilty of the conspiracy charge in Count One, then answer the following:

We unanimously found the conspirators agreed to commit (select all that apply):

☐ Deprivation of Civil Rights
☐ Obstruction of an Official Proceeding
☐ False Statement to Government Agency
☐ Obstruction of Justice

_____ of Attempt to Obstruct an Official Proceeding by false testimony in district court from Louis M. Kealoha on or about December 4, 2014, as charged in Count Two of the Indictment
Guilty / Not Guilty

_____ of Attempt to Obstruct an Official Proceeding by false testimony from Gordon Shiraishi before the Federal grand jury on or about January 7, 2016, as charged in Count Three of the Indictment
Guilty / Not Guilty

VERDICT
DEREK WAYNE HAHN

_____ of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty from Minh-Hung Nguyen before the Federal grand jury on or about April 21, 2016, as charged in Count Six of the Indictment

_____ of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty from Minh-Hung Nguyen before the Federal grand jury on or about May 19, 2016, as charged in Count Eight of the Indictment

_____ of False Statement to a Federal Officer by Gordon Shiraishi on
Guilty / Not Guilty or about November 16, 2015, as charged in Count Ten of the Indictment

SO SAY WE ALL.

DATED: _____.
Honolulu, Hawaii                                    _____
                                                    FOREPERSON OF THE JURY

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>     v.<br><br>MINH-HUNG NGUYEN (4),<br>  *aka Bobby Nguyen,*<br><br>                   Defendant. | CR. NO. 17-00582 JMS-RLP<br><br>VERDICT |

We, the jury, find the defendant MINH-HUNG NGUYEN

_____ of Conspiracy, as charged in Count One of the Indictment

Guilty / Not Guilty

If you find defendant MINH-HUNG NGUYEN guilty of the conspiracy charge in Count One, then answer the following:

We unanimously found the conspirators agreed to commit (select all that apply):

       ☐ Deprivation of Civil Rights
       ☐ Obstruction of an Official Proceeding
       ☐ False Statement to Government Agency
       ☐ Obstruction of Justice

_____ of Attempt to Obstruct an Official Proceeding by false testimony in district court from Louis M. Kealoha on or about December 4, 2014, as charged in Count Two of the Indictment

Guilty / Not Guilty

_____ of Attempt to Obstruct an Official Proceeding by false testimony from Gordon Shiraishi before the Federal grand jury on or about January 7, 2016, as charged in Count Three of the Indictment

Guilty / Not Guilty

VERDICT
MINH-HUNG NGUYEN

_____ of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty from Minh-Hung Nguyen before the Federal grand jury on or about April 21, 2016, as charged in Count Six of the Indictment

_____ of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty from Minh-Hung Nguyen before the Federal grand jury on or about May 19, 2016, as charged in Count Eight of the Indictment

_____ of False Statement to a Federal Officer by Gordon Shiraishi on
Guilty / Not Guilty or about November 16, 2015, as charged in Count Ten of the Indictment

SO SAY WE ALL.

DATED: _____.
Honolulu, Hawaii                    _____
                                    FOREPERSON OF THE JURY

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>GORDON SHIRAISHI (5),<br><br>　　　　　　　Defendant. | CR. NO. 17-00582 JMS-RLP<br><br>VERDICT |

We, the jury, find the defendant GORDON SHIRAISHI

_____ of Conspiracy, as charged in Count One of the Indictment
Guilty / Not Guilty

If you find defendant GORDON SHIRAISHI guilty of the conspiracy charge in Count One, then answer the following:

We unanimously found the conspirators agreed to commit (select all that apply):

- ☐ Deprivation of Civil Rights
- ☐ Obstruction of an Official Proceeding
- ☐ False Statement to Government Agency
- ☐ Obstruction of Justice

_____ of Attempt to Obstruct an Official Proceeding by false testimony from Gordon Shiraishi before the Federal grand jury, on or about January 7, 2016, as charged in Count Three of the Indictment
Guilty / Not Guilty

_____ of Attempt to Obstruct an Official Proceeding by false testimony from Minh-Hung Nguyen before the Federal grand jury on or about April 21, 2016, as charged in Count Six of the Indictment
Guilty / Not Guilty

VERDICT
GORDON SHIRAISHI

_____  of Attempt to Obstruct an Official Proceeding by false testimony
Guilty / Not Guilty   from Minh-Hung Nguyen before the Federal grand jury on or
about May 19, 2016, as charged in Count Eight of the Indictment

_____  of False Statement to a Federal Officer by Gordon Shiraishi on
Guilty / Not Guilty   or about November 16, 2015, as charged in Count Ten of the
Indictment

SO SAY WE ALL.

DATED: _____ .                       _____
Honolulu, Hawaii                                    FOREPERSON OF THE JURY

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE P. KEALOHA (1),<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>GORDON SHIRAISHI (5),<br><br>　　　　　Defendants. | CR. NO. 17-00582 JMS-RLP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2019.

　　　　　　　　　　　　　　　　　　*/s/ Joseph J.M. Orabona*
　　　　　　　　　　　　　　　　　　JOSEPH J.M. ORABONA