ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2019

at 10 o'clock and 33 min. A M
SUE BEITIA, CLERK

CYNTHIA A. KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail: c_kagiwada@hotmail.com

Attorney for Defendant
KATHERINE P. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR NO. 17-00582-JMS-WRP |
|---|---|
| Plaintiff, | DEFENDANT KATHERINE P. KEALOHA'S THEORY OF DEFENSE INSTRUCTION; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| vs. | |
| KATHERINE P. KEALOHA (1), LOUIS M. KEALOHA (2), DEREK WAYNE HAHN (3), MINH-HUNG NGUYEN (4), GORDON SHIRAISHI (5), and DANIEL SELLERS (6), | |
| Defendants. | |

**DEFENDANT KATHERINE P. KEALOHA'S**
**THEORY OF DEFENSE INSTRUCTION**

COME NOW Defendant KATHERINE P. KEALOHA ("Ms. Kealoha") by and through her counsel Cynthia Kagiwada, Esq., respectfully submits her proposed theory of defense instruction. This additional instruction is attached as Exhibit "A".

1

DATED: Kaneohe, Hawaii, June 21, 2019.

        Respectfully submitted,

        /s/ Cynthia A. Kagiwada
        CYNTHIA A. KAGIWADA
        Attorney for Defendant
        KATHERINE P. KEALOHA