CYNTHIA A. KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail: c_kagiwada@hotmail.com

Attorney for Defendant
KATHERINE P. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA (1),<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4), and<br>GORDON SHIRAISHI (5),<br><br>Defendants. | CR NO. 17-00582-JMS-WRP<br><br>DEFENDANT KATHERINE P. KEALOHA'S PROPOSED VERDICT FORM; CERTIFICATE OF SERVICE |

**DEFENDANT KATHERINE P. KEALOHA'S**
**<u>PROPOSED VERDICT FORM</u>**

COME NOW Defendants KATHERINE P. KEALOHA, by and through

counsel Cynthia A. Kagiwada, and respectfully submits her proposed verdict form.

DATED: Kaneohe, Hawaii, June 22, 2019.

Respectfully submitted,

          /s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
KATHERINE P. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA (1),<br><br>Defendant. | CR NO. 17-00582-JMS-WRP<br><br>PROPOSED VERDICT FORM |

## **PROPOSED VERDICT FORM**

AS TO COUNT 1 (Conspiracy):

As to the offense of conspiracy as charged in Count 1 of the Indictment, We, the jury, unanimously find Defendant KATHERINE P. KEALOHA:

_____ Not Guilty \_\_\_\_\_ Guilty

If you find Defendant KATHERINE P. KEALOHA guilty of the conspiracy chaage in Count 1, then asnwer the following:

We unanimously find that Defendant KATHERINE P. KEALOHA agreed with one or more conspirators to commit (select all that apply):

_____    Deprivation of Civil Rights Under Color of Law

_____    Obstruction of an Officiaal Proceeding

_____    False Statement to Government Agency

3

_____        Obstruction of Justice

If you find Defendant KATHERINE P. KEALOHA not guilty of the conspiracy charge in Count 1, then please do not answer any further questions.

If you find Defendant KATHERINE P. KEALOHA guilty of the conspiracy chaage in Count 1, then asnwer the following:

AS TO COUNT 2 (Attempt to Obstruct an Official Proceeding):

As to the offense of attempt to obstruct an official proceeding by making a false statement in district court by Louis M. Kealoha on or about December 4, 2014, as charged in Count 2 of the Indictment, We, the jury, unanimously find Defendant KATHERINE P. KEALOHA:

_____ Not Guilty _____ Guilty

AS TO COUNT 3 (Attempt to Obstruct an Official Proceeding):

As to the offense of attempt to obstruct an official proceeding by making a false statement before the federal grand jury by Gordon Shiraishi on or about January 7, 2016 as charged in Count 3 of the Indictment, We, the jury, unanimously find Defendant KATHERINE P. KEALOHA:

_____ Not Guilty _____ Guilty

AS TO COUNT 6 (Attempt to Obstruct an Official Proceeding):

As to the offense of attempt to obstruct an official proceeding by making a false statement before the federal grand jury by Ming-Hung Nguyen on or about

4

Apri 21, 2016 as charged in Count 6 of the Indictment, We, the jury, unanimously find Defendant KATHERINE P. KEALOHA:

_____ Not Guilty \_\_\_\_\_ Guilty

AS TO COUNT 8 (Attempt to Obstruct an Official Proceeding):

As to the offense of attempt to obstruct an official proceeding by making a false statement before the federal grand jury by Ming-Hung Nguyen on or about May 19, 2016 as charged in Count 8 of the Indictment, We, the jury, unanimously find Defendant KATHERINE P. KEALOHA:

_____ Not Guilty \_\_\_\_\_ Guilty

AS TO COUNT 10 (False Statement):

As to the offense of making a false statement to the Federal Bureau of Investigation by Gordon Shiraishi on or about November 16, 2015 as charged in Count 10 of the Indictment, We, the jury, unanimously find Defendant KATHERINE P. KEALOHA:

_____ Not Guilty \_\_\_\_\_ Guilty