CYNTHIA A. KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail: c_kagiwada@hotmail.com

Attorney for Defendant
KATHERINE P. KEALOHA

EARLE PARTINGTON, HSBA # 1568
LAW OFFICE OF EARLE A. PARTINGTON
American Savings Bank Tower
1001 Bishop Street, Suite 1330
Honolulu, HI 96813
Telepohne: (808) 526-9500
E-mail: info@partington-foley.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR NO. 17-00582-JMS-WRP |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT KATHERINE P. KEALOHA'S PROPOSED AMENDED VERDICT FORM; CERTIFICATE OF SERVICE |
| KATHERINE P. KEALOHA (1), LOUIS M. KEALOHA (2), DEREK WAYNE HAHN (3), MINH-HUNG NGUYEN (4), and GORDON SHIRAISHI (5), | |
| Defendants. | |

**DEFENDANT KATHERINE P. KEALOHA'S
PROPOSED AMENDED VERDICT FORM**

COME NOW Defendant KATHERINE P. KEALOHA, by and through counsel Cynthia A. Kagiwad, and Earle Partington, and respectfully submits her proposed verdict form.

DATED: Kaneohe, Hawaii, June 23, 2019.

Respectfully submitted,

　　　　　/s/ Cynthia A. Kagiwada
CYNTHIA A. KAGIWADA
Attorney for Defendant
KATHERINE P. KEALOHA

　　　　　/s/ Earle A. Partington
EARLE A. PARTINGTON
Attorney for Defendant
KATHERINE P. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA (1),<br><br>Defendant. | CR No. 17-00582 JMS-WRP<br><br>KATHERINE P. KEALOHA'S AMENDED VERDICT FORM |

**KATHERINE P. KEALOHA'S AMENDED VERDICT FORM**

**AS TO COUNT ONE (Conspiracy)**

In order to find Katherine P. Kealoha guilty of conspiracy you must unanimously find that the conspirators agreed to commit one or more of the following objects of the conspiracy. You must be unanimous as to any one object. (place a check next to all that apply):

\_\_\_\_\_        Deprivation of Civil Rights Under Color of Law

\_\_\_\_\_        Obstruction of an Official Proceeding

\_\_\_\_\_        False Statement to Government Agency

\_\_\_\_\_        Obstruction of Justice

If you unanimously find at least one of the objects of the conspiracy and that the conspiracy existed between Katherine P. Kealoha and at least one of the defendants and/or Niall Silva, how do you find as to the offense of conspiracy as charged in count one of the indictment as to KATHERINE P. KEALOHA?

_____ Not Guilty                    _____ Guilty

However, if you unanimously find that Katherine P. Kealoha is not guilty of a conspiracy as alleged in count one of the indictment, then you must find her not guilty of all of the remaining charges below.  If you unanimously find her guilty of the conspiracy, then you must separately consider whether Katherine P. Kealoha is guilty or not guilty of the following charges.

**AS TO COUNT TWO (Attempt to Obstruct an Official Proceeding):**

If you have determined that Louis M. Kealoha is not guilty as to count two, you must find that Katherine P. Kealoha is also not guilty as to count two.  But if you have determined that Louis M. Kealoha is guilty as to count two, then you must separately determine whether Katherine P. Kealoha is not guilty or guilty as to count two, and indicate your verdict below:

As to the offense of Attempt to Obstruct an Official Proceeding as charged in count two of the indictment, we the jury unanimously find defendant KATHERINE P. KEALOHA:

_____ Not Guilty            _____ Guilty

AS TO COUNT THREE (Attempt to Obstruct an Official Proceeding):

If you have determined that Gordon Siraishi is not guilty as to count three, you must find that Katherine P. Kealoha is also not guilty as to count three.  But if you have determined that Gordon Shiraisi is guilty as to count three, then you must separately determine whether Katherine P. Kealoha is not guilty or guilty as to count three, and indicate your verdict below.

As to the offense of Attempt to Obstruct an Official Proceeding as charged in count three of the indictment, we the jury unanimously find defendant KATHERINE P. KEALOHA:

_____ Not Guilty            _____ Guilty

**AS TO COUNT SIX (Attempt to Obstruct an Official Proceeding):**

If you have determined that Minh-Hung Nguyen is not guilty as to count six, you must find that Katherine P. Kealoha is also not guilty as to count six. But if you have determined that Minh-Hung Nguyen is guilty as to count three, then you must separately determine whether Katherine P. Kealoha is not guilty or guilty as to count six, and indicate your verdict below.

As to the offense of Attempt to Obstruct an Official Proceeding as charged in count six of the indictment, we the jury unanimously find defendant KATHERINE P. KEALOHA:

_____ Not Guilty          _____ Guilty

**AS TO COUNT EIGHT (Attempt to Obstruct an Official Proceeding):**

If you have determined that Minh-Hung Nguyen is not guilty as to count eight, you must find that Katherine P. Kealoha is also not guilty as to count eight. But if you have determined that Minh-Hung Nguyen is guilty as to count eight, then you must separately determine whether Katherine P. Kealoha is not guilty or guilty as to count eight, and indicate your verdict below.

As to the offense of Attempt to Obstruct an Official Proceeding as charged in count eight of the indictment, we the jury unanimously find defendant KATHERINE P. KEALOHA:

_____ Not Guilty          _____ Guilty

**AS TO COUNT TEN (False Statement to Government Agency):**

If you have determined that Gordon Shiraisi is not guilty as to count ten, you must find that Katherine P. Kealoha is also not guilty as to count ten. But if you have determined that Gordon Shiraisi is guilty as to count ten, then you must separately determine whether Katherine P. Kealoha is not guilty or guilty as to count ten, and indicate your verdict below.

      As to the offense of False Statement as charged in count ten of the indictment, we the jury unanimously find defendant KATHERINE P. KEALOHA:

_____ Not Guilty            _____ Guilty

      Please have the jury foreperson sign and date this Verdict Form on the next page. After completing all five Verdict Forms, indicate to the bailiff that the jury has reached verdicts.