# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 27 2019
at 12 o'clock and 15 min. P M
SUE BEITIA, CLERK

US Gov't
_____
Plaintiff(s)

vs.

L. Kealoha, K. Kealoha, Bobby Nguyen, Derek Hahn, Gordon Shiraishi
_____
Defendant(s)

Civil No. _____

Criminal No. 17-00582 JMS-WRP

NOTE FROM THE JURY # 5

Your Honor,

Can we get 2-3 more copies of the Index of Trial Evidence to assist with deliberation.

Painters Tape
Post-Its
Highlighters

If possible timeline of all events associated w/ case
6/2011 - 10/2017

Dated at Honolulu, Hawaii on 6/27/19

Time: 10:40 am

The space below this line should co[ntain]

(Redacted)
Signature of Foreperson