

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 27 2019
at 12 o'clock and 15 min. P M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

J. MICHAEL SEABRIGHT
CHIEF UNITED STATES DISTRICT JUDGE

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, C-409
HONOLULU, HAWAII 96850-0409

TELEPHONE
(808) 541-1804

June 27, 2019

Members of the Jury:

By note dated June 27, 2019, you asked "Can we get 2-3 more copies of the Index of Trial Evidence to assist with deliberation." And you list additional items that you seek: "Painters Tape," "Post-Its," "Highlighters," and "[i]f possible timeline of all events associated w/case 6/2011 – 10/2017."

The court answers as follows: The court will provide you with 3 additional copies of the Index of Trial Evidence (that is, an index of admitted trial exhibits), painters tape, post-it notes, and highlighters.

The court cannot provide you with a timeline of events. You must rely on the evidence and your own memory, aided by your notes.

J. Michael Seabright
Chief United States District Judge