IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00582 JMS-WRP-01 <br> ) <br> ) ORDER GRANTING EX PARTE <br> ) MOTION TO UNSEAL <br> ) PROCEEDINGS FOR THE LIMITED <br> ) PURPOSE OF PREPARING <br> ) TRANSCRIPT <br> ) |
| v. | ) <br> ) |
| KATHERINE P. KEALOHA (1) <br> *aka Katherine E. Kealoha,* <br> *aka Kathy Kealoha*, <br> *aka Kat,* <br> *aka Alison Lee Wong,* <br>                       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING EX PARTE MOTION TO UNSEAL PROCEEDINGS FOR THE LIMITED PURPOSE OF PREPARING TRANSCRIPT**

Upon Motion of Defendant KATHERINE P. KEALOHA, and good cause appearing, this Court hereby GRANTS the Motion and directs that the proceedings held on March 4, 2019, Dr. Anthony Michaud's testimony, be Unsealed for the Limited Purpose of Preparing a Transcript. After the transcript is prepared the proceedings should be sealed again, and remain sealed until further order of the Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 23, 2020.



 /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*United States v. Kealoha*, Cr. No. 17-00582 JMS-WRP, Order Granting Ex Parte Motion to Unseal Proceedings for the Limited Purpose of Preparing Transcript